# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: April 11, 2006)**

* * * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

Section (3)(A) of the court's order dated April 3, 2006, included an incorrect date for the time period governing the notice to "legacy INS" former and current employees who trained at the Federal Law Enforcement Training Center. The dates for the time period that the employees attended training are corrected to read **January 1, 2002 to August 23, 2003**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge