IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ARTURO MORENO, JR., individually and on behalf of others similarly situated,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-142C

(Judge Firestone)

DEFENDANT'S NOTICE OF FILING PROPOSED COLLECTIVE ACTION NOTICE

Pursuant to the Court's order dated April 3, 2006, defendant provides this notice of filing the enclosed proposed collective action notice. Defendant's counsel made considerable efforts to secure plaintiff's counsel's written agreement in order to complete a timely joint filing, but was unable to do so. Upon the basis of electronic mail and telephone communications with plaintiff's counsel, defendant's counsel believes that the enclosed proposed collective action notice will be acceptable to plaintiff.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

April 17, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of April 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING PROPOSED COLLECTIVE ACTION NOTICE" and enclosed joint proposed collective action notice was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease