**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**No. 05-142C**
**Judge Firestone**

**THE UNITED STATES,**

**Defendant.**

---

**PLAINTIFFS CONSENT TO DEFENDANT'S PROPOSED COLLECTIVE ACTION NOTICE**

In accordance with the Court's April 3, 2006 Order, the Parties conferred and agree to a form of notice to be sent to the class of similarly situated people in this matter. Due to unknown technical difficulties, the Defendant did not receive the Plaintiffs' written consent before filing its Notice of Filing Proposed Collective Action Notice on April 17, 2006. Nevertheless, the Plaintiffs did review the notice that the Defendant filed with Court on April 17, 2006 and consent to its form. Accordingly, we ask the Court to approve the form so that notice can be sent expeditiously.

Dated: April 18, 2006

Respectfully Submitted,

Michael J.D. Sweeney, Esq.
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370

Counsel for Plaintiffs