**No. 05-142C**
**(Filed: April 18, 2006)**

* * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the Defendant's Notice of Filing Proposed Collective Action Notice and the Plaintiff's Consent to Defendant's Proposed Collective Action Notice. The court approves the proposed collective action notice. The Defendant shall use its best efforts to send the proposed notice to the class of similarly situated people in this matter, as identified in the court's April 3, 2006 Order, by **May 19, 2006.**

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge