IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., individually and on behalf of others similarly situated, | ) | |
| Plaintiff, | ) | No. 05-142C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF COMPLIANCE

Pursuant to the Court's order dated April 3, 2006, and the Court's order and docket text dated April 18, 2006, defendant provides this notice of compliance with the Court's orders. On May 19, 2006, in compliance with the Court's orders, the approved notice was sent by postal mail to "all 'legacy INS' former and current employees who trained at the Federal Law Enforcement Training Center from January 1, 2002 to August 23, 2003, and who attended a sixth day of training per week, but did not receive timely payment for that sixth day," at each recipient's last known mailing address.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Jeffrey S. Pease

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0292
Fax: (202) 514-8624

May 19, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of May 2006, a copy of the foregoing "DEFENDANT’S NOTICE OF COMPLIANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Jeffrey S. Pease