# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-142C** |
| **THE UNITED STATES,** | ) | **(Judge Firestone)** |
| **Defendant.** | ) | |

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Dominick Merced Sr.

Address: 6574 Beech Trail

City: Converse, State: TX, Zip code: 78109

Email address: [illegible]

Phone: (210) 666-8549

Signature: [illegible] Date: 23 May 2006

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.