# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-142C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING OF CONSENTS TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Josefina Barton, Charles E. Bell, Revathi Muneer, Chamaiporn Carey, Anthony Pantalone, Dana Golson, Gail Simmons, David A. Tibbs, Ruben H. Pratt Jr., Timothy Danek, Hector Arredondo, Martin A. Airey, John Steven Milian, Clarice Hsieh, Saul D. Roe, Flora P. Almadova, Gaston L. Lara, William R. Brannen, Timothy G. Borden, Joseph K. Egan, Stanley D. Grosswald, James A. Bitterman, Scott A. Murphy, Michael Marciano, Octavio A. Serrano IV, Ashfa N. Mirza, Jerome Bria, William Sansone, Jeri Quinkert, and Mary Coombs Sansone.

Dated: May 26, 2006

Respectfully Submitted,

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiff(s)