**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-142C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING OF CONSENTS TO SUE**

Please take notice that the following individuals hereby file consents to sue in this litigation:

Melissa Lyons, Paul F. Fields, Yesenia Roman, James R. Stuhr, Laarni B. Oviedo, James Gamoa, Michael Boyer, Robert G. Kennedy, David Daugman, Wayne Lindstrom, Gloria Jean Bailey, Steven E. Shelly, Warren Cornelius Guillory, Kenneth C. Weir, Lance Edmonds, TheodoreJ. Gauthier, Conrado G. Torres, Jr., Abel Samaniero, Anthony Ruggiero, Jose A. Contreras, Dennis A. Lee, Walter F. O'Keefe, Gary M. Ward, Rene Mora, Peter A. Parlik, Ed L. Schwaigert, Susana Yvellez, Ener L. Lopez, Harry E. Ackroyd, Reinfrido Areo Ayson, Gilberto Cua, Alhaji Tunkara, Sally Hiller, Hernando Aguirre, William David Jones, Ernest A. Verina, George Cosme, Efren A. Cruz, David L. Pippen, Bogdan Koszarycz, Jonathan D. Hill, Rex D. Werking, Hushang Rad, Sherry J. Johnson, Carol Muidrow, Justin C. Gellert, Mark Moser, Manuel M. Gomez, Renee E. Smith, Jose L. Bayanilla, Rudy M. Faz Jr., Jeffrey L. Racht, Joseph M. Pedro III, Jose C. Luna, Erika Gutierrez, Benjamin E. Hayhurst, Angel L. Rivera, Sandra R. Gamez, Marcel Paul Belinsky, Jaunita Guajardo Reyes, Duane A. Austria, Julie Dicks, Paul Carter, Mark Edwin Summers, Jennifer Nielsen, Cynthia Christensen, Norma Ambriz, Elizabeth Munns, Melvin B. Salvador, Marta V. Ruvalcaba, Heath A. Clemens, Lois Hunter, Lawrence Wozniak, Brett D. Kynard, Frank Muzio, Walter Odinokow, Judith A. Bruels, Hal Queyor, Bievenido Bragas Jr., Arlo S. Arcinas, Monica A. Dafforn, Michael D. Rathsack, Syed Fazl Rab, Timothy M. Bowers, Michael H. Cherry, Ike S. Chang, David O'Denius, Cheridan Abelkader, Kermit Tilford, Samuel Avkyan, John A. Pignatelli, Miguel J. Duarte, Steven Durino, Mariano Garay-Ortiz, Odette E. Mendez, Clarence Mcwhinnie, Stephen Mudd, Adam Cobb, Vintonne Williams, Ruben M. Fojas, James C. Mann, Jacqueline Garzasty, Jennifer Hood, Joseph Iannaccone, Thomas David Valade, Mark Annotti, Vincent Martin, Wanda Royall, Dennis Arnaboldi, John Cleere, George McGreal, Salvatore Gemma, Andre Martone, Daniel Wells, Larry Ketzel, Mary Zapplac, Bradley Goshorn, Nelson Almeida, Jon M. McCurdy, Kenneth S. Piegari, Frederick N. Tracey, Don D. Powe, Eileen Hart, Robin Louis Bellamy, Dianna L. Fiskin, Matthew DuFresne, Richard V. Lovell, Katiuska Tapia, Jose F. Fscalera, Deric D. Jordan, Melissa Ann Carrillo, Michael Rigg, Errol McIver, Neil N. Ali, Eric Gershon, Celester A. Knee, Niurka Y. Calchito, Dawn Wisniewski, Michael A. Rigsby, Jesus Lopez, Jr., Rhona L. Stanley, Ronald Nelson, Paul J. Kelly, Boris M. Tsypis, Michael Kaneris, Laura Marshall, Carol Opdahl, JoAnn Shyrock, David Shyrock, Kathleen A. Hewson, Julia C. Bokelman-Kennedy, Ron C. Oda, George H. Wilson,

Mark Haturi, Norma A. Ramirez, Rafael Corro, Franklin Oria, Jerry G. Chamberlain, Eva Pedersen.

Dated: June 02, 2006

Respectfully Submitted,

______________________

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiff(s)