# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## Certificate of Service

I hereby certify that on June 02, 2006, I electronically filed the foregoing with the Clerk of the United States Court of Federal Claims using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Jeffery S. Pease
United State Department of Justice
Commercial Litigation Branch-Civil Division
1100 L Street, NW
Room 12018
United State Department of Justice
Washington, DC 20530

2.

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

1.

2.

Anibal R. Garcia, Paralegal
Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
agarcia@getmanlaw.com
845-255-9370
845-255-8649