**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendants.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Erika B. Gamboa, John J. Brehm, Shelly Lannan, Sonial Bulter, Raul De Loera Jr., Earl W. Fullerton, Gregory Keir Pelissero, Sandra L. Villarreal, Savoeurt Dul, Norma V. Garcia, Ellen J. D'Amato, Jose DiBene Jr., Warren Becher, Elliott McDougald, Erie J. Hopkins, Pedro V. Duran, Dong Hun Yim, Ramona C. Escontrias, Liugean Singleton, Michael A. Renfeldt, Thomas Nolan, Shelley Beaulieu, Hassen A. Abadico, Gordon McMurray, Tatiana Snitkovskaia, Michael A. Webb, Javier A. Ramoner, Ayda Lopez, Nghiem Van Nguyen, Maria S. Oh, David Clark, Veronica Perez-Taghizadeh, Sultan Farakhan, Cindy S. Dennis Schappe, Emmanuel Arambulo, Roy C. Pechous, Susan W. Pruitt, David Srein, Ronald W. Potter, James P. Hansen, Gilbert S. Hernandez, Angelica Cruse, Jeffery Craig Theriot, Anthony L. Adams Sr., Gerald M. Goldstein, Alba L. Arguilez, Hadley Newgent, Steve Nguyen, David J Dambrosio, Steven K. Ash, Brain A. Turek, Wendy Fu, Francis J. Hinnegan, Andrew Cacley, Reynaldo A. Saldivar, David M. Sweeney, Dale D. Taylor, Carlos R. Barro- Villahermosa, Trady L. Goethe, Jeffrey A. Girven, Diana E. Canta, Steve Huang, Elizabeth Kafati, Brenda Watkins, Reophi Medina, Darlene A. Bonaparte, Sandra L. Dixon, Karin Pepper, Michael P Radeus, Wilfredo P. Yee, Carl E. Hance, Margaret J. Paradowski, Ian Cole, Ronda Archer, Lonnie L. Hall, Marie Theresa Vara, Antonia M. Snyder, Todd Bellew, Abdel R. Ruiz, Ling P. Moser, Linda R. Martin, Rosa Elia Murillo, Francis D. Meo, Laura Smaczniak, Kyisha Jones, Gilbert Owens, Raymond Pinto, Margaret Wilson, Ruben Berrios-Burgos, Michael J. Ahern, Cecilia Arredondo, Michael Luker, Jorge Quinones, Elizabeth Lipponen, Steven Kindrock, Eugene Russell, Pete Florendo, Jon Blankman, Lucent Hadnot-Jacobs, Elizabeth Machuca, Jennifer Bertsch, Arturo Vasquez, Teutusi Satele, Karen Buckiney, Jerald Ard, Julie Mossar, Johanna Bonfiglio, Carlos Esquer, Mark Stokes, Luz Delgado, Gary Tober, James King, Loris Goodwin, Alexander Quirante, Julia Sarich, Matthew Gilbertson, Trevor Thomas, Daron L. Browder, Roderick Harville, Robert Reilley, James J. Miller, Richard Babcock, Laurie Chu, Gabriela Avelar, Hector A. Vargas, Sharon L. Johnson, James H. Burford, Michael Kraft, Jay McKinnon, Eric Dedicatoria, Myriam I. Rosado,

Tyronda Lee, Gerald E. Racht, Jr., Egle Fox, Pamela D. McKue, Perla V. Jarquin, Nazario baez-Zamdrano, Roy D. Esponoza, Jacob Abraham, Johnny Williams, Marilyn Hills, Elizabeth Garman, Shane Musgrave, Natalie Wu, Ruben A. Cruz-Lugo and Ruth Eklund.

Dated: June 09, 2006

Respectfully Submitted

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiff(s)