# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: DALE D. TAYLOR

Address: 302 TYNAN WAY

City: SALINAS, State: CA, Zip code: 93906

Email address: JACKDALE@PACBELL.NET

Phone: 831 449-1983

Signature: Dale D Taylor Date: 06/01/06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-142C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: CARLOS R. BARROS - VILLAHERMOSA

Address: P.O. BOX 11182

City: SAN JUAN, State: PR, Zip code: 00910-2282

Email address: cbarroscfe@msn.com

Phone: 787.948.3525

Signature: [signature] Date: June 1, 2006

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Trudy L Goethe

Address: 28015 S Bybee Rd

City: Harrisonville, State: MO, Zip code: 64701

Email address: trudy64701@yahoo.com

Phone: 816-380-2196

Signature: Trudy L Goethe Date: 5-31-06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-142C** |
| **THE UNITED STATES,** | ) | **(Judge Firestone)** |
| **Defendant.** | ) | |

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Jeffrey A. Girven

Address: 5809 N. 33rd St

City: McAllen, State: TX, Zip code: 78504

Email address: jgirven@rgv.rr.com

Phone: 956-994-8394

Signature: [signature] Date: 31 MAY 06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Diana E. Cantu (previously Diana E. Soliz)

Address: 9612 Atlanta DR.

City: LAREDO, State: TX, Zip code: 78045

Email address: justdeedee0410@sbcglobal.net

Phone: 956-645-6559 / 956-722-5317

Signature: Diana E Cantu Date: 5/23/06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: STEVE HUANG

Address: 1027 68TH ST

City: BROOKLYN, State: NY, Zip code: 11219

Email address: SJH1968_2000@YAHOO.COM

Phone: 718-852-8609

Signature: [signature]

Date: 5/22/06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., individually and on behalf of others similarly situated, | ) | |
| Plaintiff, | ) | No. 05-142C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: ELIZABETH KAFATI

Address: 7111 PERSHING St.

City: Hollywood, State: FL, Zip code: 33024

Email address: KAFATIE@ Bellsouth.net

Phone: 954 963 2458

Signature: EKafati Date: 6/1/06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Brenda Watkins

Address: 825 N. Overlook Dr

City: Olathe, State: KS, Zip code: 66061

Email address: Brenda.Watkins@dhs.gov

Phone: (913) 485-4988 / (913) 321-1212

Signature: Brenda Watkins Date: 5/24/06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: REOPHI MEDINA

Address: 5 CABERNET COURT

City: HUNTINGTON, State: NY, Zip code: 11743

Email address: raymedina@optonline.net

Phone: 631-261-0994

Signature: [signature] Date: 06-05-06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: GERALD L. HUEHL

Address: 38 CLASS RD

City: CHAMPLAIN, State: NY, Zip code: 12919

Email address: ____________

Phone: (518) 298-4795

Signature: [signature] Date: 6.2.06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-142C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Darlene A. Bonaparte (now known as Durant)

Address: 99 County Rt 1

City: Bombay, State: ny, Zip code: 12914

Email address: darlene.durant@dhs.gov or dbombay62@yahoo.com

Phone: (518) 358-6396 (home)

Signature: Darlene Durant Date: June 2/2006

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Sandra L. Dixon

Address: 3106 Devonshire Street

City: Duluth, State: MN, Zip code: 55806

Email address: sand-grey39@hotmail.com

Phone: (218) 390-9829

Signature: Sandra L Dixon Date: 5/28/06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Karin Pepper

Address: 250 Park Ave.

City: Saleltite Beach, State: FL, Zip code: 32937

Email address: Karinpep@yahoo.com

Phone: 321-777-4496

Signature: Karin Pepper Date: 6-1-06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Michael P. Radens

Address: 50 Rodgers Drive

City: Coraopolis, State: PA, Zip code: 15533

Email address: mradens@yahoo.com

Phone: (484) 769-3175

Signature: [signature] Date: 05/24/2006

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUE**

I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs, and other relief) against the United States. I authorize the Getman Law Office, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Getman Law Office without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the Getman Law Office on my behalf will be deducted from the settlement or judgment first, or paid separately by the United States. I understand these costs will be divided equally among all the legacy INS employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by the United States on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the United States as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: WILFREDO P. YEE

Address: 5501 SIGNAL HILL DRIVE

City: DUBLIN, State: CA, Zip code: 94568

Email address: WKXCY@COMCAST.NET

Phone: (925) 829-3468

Signature: [signature] Date: 5/31/06

TO JOIN THIS CASE, THIS FORM MUST BE FILED IN COURT NO LATER THAN **July 18, 2006**. SEND TO: Getman Law Office, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370.