**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendants.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Jeffrey W. Clark, Daniel Archer, Thomas F. Watson, James P. Knapp, Geeta Sharma, Axel A. Kappes, Jr., Maurice W. Graham, Frederick Ryner, William C. Harmon, Orson C. Kelley, Gary Davis, Alberta Jo Tabor,Kathleen Sweeney, Janet McCandless, Joseph E. Moody, Clyde N. Buckley, Albert Stettner, Roberto Gerardo, Errol J. Tabacco, James K. Bond, Mellissa B. Harper, Argelia Esparza-Navarrete, Jessica E. Zamora, Reggie Huffman, Gregory L. Cleveland, Elena Salinas, Pierina Christie, Rodolfo Arruejo, Joanne Lee, Robert S. Ulbricht, Marsha A. Sicard, Jerry G. Sablan, Khari Davis, Larry Hansen, Floyd Dusharm, Drew Rodman, Robert BardenGAry L. Grant Sr., Joseph T. Koson, Bei Hua Cai, Makesha R. Clark, Cynthia Marie O'Brien, Demond C. Dawkins, Lilia DeAvila, More Scaglione, David J. Collum, Paul Sanichar, Princess Stryker Gibson, Lisa D. Da Cruz, Yung Stevens, Patrick M. Kenneally, Cleybis Santana, Larry Panetta, Thomas L. Gerald Jr., Wade Chang, Alexander Quirante, Gregory Phelan, Yang Ye, Chiang Chi-Yang, Geoffrey S. White, Makiko Ikeda, Harry D. Williams, Michael Paul Gendream, David J. Kumpost, Sean O' Reilly, Timothy R. Crump, Paul Kaiser, Rosalina Samonte, Russell Eugene Hott Jr., Jahes O. Bell, Tyrone Bell, Anji Wanjiru, Laura Brownell, Neil C. Held and Kevin Oetinger

Dated: June 16, 2006

Respectfully Submitted

/s/

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiff(s)