**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Rodolfo R. Murillo, Arnold T. Reola, Savatore J. Castellitto, Annmarie Lopez, Robert F. Cauley, Paul A. Todd, Cynthia V. Camacho, Daniel G. Zepeda, Andrew X. Chen, Clifton M. Gladney, Trevor S. Thomas, Datra Surul, Debbie Rodriques, Elzbieta Suitalski, Gregory Lewis, Beth Passanante, Ethel J. Herring, Aida Morales, Cory Lee Carlyle, Peter Mailloux, Marcella Goforth, George w. Joyal, Trent E. Darsey, William Snyder, Matthew Silcore, Jason Wolf, Dave L. Chai, Pamela Hutchings, Raymond Heffer, Jonathan Cruz-Camacho, Kimiko Hamaya, Khanh Mong, Richard Reyes, Ariel Diaz, Susanna Lai David, Mari Elaine Piechowicz, Claudia Macias, Jay Schaeffer, Shawn Lindseth, Randy L. Lasar, Steven L. Lang, Justin Burnham, Cahrlotte Bartholomew, Edward Voluntad, David Gomez, Melody A. Thibault, Jeffery Scott Tetrault, David L. Ceglowski, Danyang Zhang, Glenda A. Swanson and Erik Teschner.

Dated: June 22, 2006

Respectfully Submitted,

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiffs