**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendants.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Kelvin N. Rodriguez-Torres, , Kimberley Hughes Vogt, Thomas G. Danielkiewicz, Travis R. Wong, Alicia Lara, June Liu, Thad Jacobsen, Paul Brower, Melvin S. Diaz, Israel Persales Jr., Eileen Kenny, Harvey R. Deering, Jerald H. Walters, Timothy Michael Allison, Jack E. Manning, Cristina Baez Freyre, Charles V. Clark Jr., Tamara R. Wissmueller, Loren Plymate, Barbara J. Martin, Mirta Flores, Abel D. Bravo, Jessica Reeves, Darius L. Reeves, John Tuffly, Eric Donaldson, David L. Marshall, Christyke R. Yates, Kenneth K. Hong, Jose David Melendez, Gerardo Estrada, Catherine Ventura, Angel S. Garcia, Bennett Hong, William L. Cline, Jason W. Wilkes, Robert A. Munoz, Sandra S. Stapleton, Andrea Coffey, Pamela Roth, Kenneth A. Nygarrd, Marlin Jenkins, Greata Burgert, Richard L. Longoria II, Peter Fitlpatrick, John T. Reynolds, Roger Backen, Craig Finistein, Miguel Cadena, Oladele Adaramola, Carolton Cooper, Joseph Hernandez, Teresa Richardson, Donald J. Katz, Evaneline Chapman , John Stanley, Sarah Posvar, Theodore A. Walkey, Quanshateshia Pitts, Jmaes Nielsen, Rober B. Rye, Claudette J. Garcia, Carlos O. Rodriguez Diaz, Sultan D. Sewell, Jesus Hernandez, Carlos Miller and Sarah C. Garcia

Dated: June 30, 2006

Respectfully Submitted

/s/

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiff(s)