**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Wendell Jackson, George Harvey Jr., Gilbert Vasquez, Polly E. Kaiser, Andrew MIchael Orton, Mark A. Schofield, Lynn M. Pope, Bernadine Leslie Flores, Jack Lippard, Dorothy M. Johnson, Lance Kovac, James A. Brantley, Lyke Boelens, Jonathan Garcia -Martinez, Catherine Cole, Anthony Rivera, John R. Drane, Shineka Scott, Gordon Miller, George Caraccioli, Ramon L. Villaflor Jr., Alfredo Vela, Maureen Kwiatkowski, Nathan Whatley, James Donald Ghee II, John Dubski, Luis R. Garcia, Martha J. Beckett Gordon, Jacob J. Ogbe, Carter Smith, Paulette G. Delisle, Chilet Angsantikul, Steven C. Finn, Samuel Colon-Ruiz, Raymundo Guzman, Richard A. Stone, Michael N. New, Richard Parent, Brian C. Casterline and Edward J. Kelly.

Dated: July 07, 2006

Respectfully Submitted,

/s/

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561

(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiffs