**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Carl Cooper, Alma O. Teran, Steven Milnes, Lara C. Brainard, Alan G. Bennett, Robert Lombardi, Segundo S. Manzano, Alejandra Diaz, Jose R. Trujillo, Efren Garcia Sr., Dennis R. Smyth, Doris E. Morris, Oscar R. Donado, Juan P. Virgen, Timothy J. McCarthey, Jerry L. Dickey, Robert A. Sanders, Leonard J. Bogdanski, Galoane Taulau, Jwana Smith, Karen Bruce, James G. Daniels, Mau Zuder, Ruth A. Hartwell, Abraham D. Aninzo, Heather Lagacy, Allison Y. Marable , Lisa Gomez Antonio Alvarado, Charene Johnson, Timothy Benz, Hector Gomez,Diane Doran, Kevin R. Owens, Tanh Tan Tran, Kavita S. Mane, Norma P. Roman, Herbert F. Grofcsik, Warren Kerschbaum, Nnamdi F. Aneke, John A. Stocker, R. Robinson Chance Jr., Pamela DiMeo, Micah L. Acox, Leopoldao Aguirre, Maria J. Alvarez, Angelica Campos, Dawn Caress Cox, Andrew George Coleman, Lyle M. Conley, Matthew Davies, Liliana Julien, Kevin Laird, David H. Lease, Melina Malbon, John Masciarelli, John Mirandona Jr., Abraham Narvaez, Tri Thanh Nguyen, Michael A. Ortiz, Connie L. Stephens, Helen Stillman, Floyd L. Wilder, Michael Fernandez, Walter Preston Leroy, Nicole Jarzniecki, Erik Andern, Rebecca Lippa, Robinette D. Brown, Raquel Smith and Gary L. Byrd, Joel M. Bialke, Joanne Lee, Melissa Gonzalez, Joe Davis, Marjorie Norman, Voncilla Frankin, Judith Hospedales, Gloria Tellez, David A. Ragsdale, Noel D. Angeles, Shenna Anderson, Andrew Turla, Max W. Pulley, Charles Tennison, Frank Mendiola, Ulises G. Solorio, Arnold Goodridge, Leonard J. Davis, Jerry A. Willeford, Lawernce Void, Jr., Araceli Vital-Trvino, Roberto J. Abella, Cheryl L. Fair, Cecilia M. Melchor, Eduardo Saucedo, Richard Culpepper, Fidel D. Reyes, Scott R. Masters, Brenntt Robert Streetman, Juan Lopez, Juan Molinar, Laura J. Burau, John H. Wilkes, Michael Branch, Jaine J. Garcia, Juan A. Muniz Cardona, Sandra J. Holt, Mark D. Rodrigez, Mark Cozine, Datza Valcarcel,

Dated: July 17, 2006

/s/

_______________________________

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiffs