**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Tamara Artis, Linda J. Ball, Aurora M. Banda, Noel M. Bialke, Demetrius D. Blow, Robert Calderon, Francesco Campo, Tomas Diaz Jr., Jeremy Eagan, John A. Garcia, Patricia Hyde, Kelly McCabe, Jeremy McCullough, Benjamin Moldovan, Michael Mordino, Tammy Nealy, Laurie E. O'Bryon, Michael Proctor, Marta Roney, Marcie Sheffield, Leslie Wolff-Hoyos, Mary L. Yee, John M. Yunches, Amina Zinnerman

Dated: July 18, 2006

Respectfully Submitted,

__________/s/____________________

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649