# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: July 19, 2006)**

* * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR.,** *
**individually and on** *
**behalf of others similarly situated,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Defendant's motion, filed July 13, 2006, for an enlargement of 25-days to respond to plaintiffs' first request for production of documents, first set of interrogatories, and request for production of documents accompanying its notice of deposition to Wayne Coleman is **GRANTED**. Accordingly, defendant shall respond to plaintiffs' discovery requests by **Friday, August 4, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge