IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., individually and on behalf of others similarly situated, | ) | |
| Plaintiff, | ) | No. 05-142C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF COMPLIANCE

Pursuant to the Court's order and docket text dated July 19, 2006, defendant provides this notice of compliance. On August 4, 2006, in compliance with the Court's order, defendant responded to plaintiffs' first request for production of documents, first set of interrogatories, and request for production of documents accompanying its notice of deposition to Wayne Coleman. Defendant's responses were sent by overnight delivery service, and a courtesy copy was sent by electronic mail.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Jeffrey S. Pease

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0292
Fax: (202) 514-8624

August 4, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of August 2006, a copy of the foregoing "DEFENDANT’S NOTICE OF COMPLIANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Jeffrey S. Pease