**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., THOMAS C. PORTA, individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION TO FILE CONSENTS TO JOIN PLAINTIFFS OUT OF TIME**

The Plaintiffs move the Court for permission to join 19 additional Plaintiffs to this Fair Labor Standards Act collective action out of time. The Consents to Sue for the 19 are attached. The Defendant has consented to joining the additional 19. The collective action currently has 739 Plaintiffs. With the 19, the collective action will total 758 Plaintiffs.

Pursuant to the Court-ordered notice in this action, the deadline for filing consents to sue was July 18, 2006. After the deadline, the Plaintiffs received additional consents to sue that were delayed for various reasons, including absence during the notice periods due to mandatory training, not receiving notice in a timely manner due to change of address, and absence due to military service in Iraq. The Plaintiffs contacted the Defendant who agreed not to oppose this request to extend the deadline for filing to accommodate those consents received by today, with the understanding that this will be the Plaintiffs' only such request.

Accordingly, the Plaintiffs respectfully request that the Court grant permission to join the 19 additional Plaintiffs whose consents to sue are attached to this motion.

Respectfully submitted,

/s

Michael J. D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs