# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: August 21, 2006)**

* * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR.,** *
**individually and on** *
**behalf of others similarly situated,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's unopposed motion, filed August 11, 2006, to file out of time the consents to sue for an additional 19 plaintiffs is **GRANTED**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge