**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

NOTICE OF FILING OF CONSENT TO SUE

Please take notice that the following individuals hereby file consents to sue in this litigation:

Ceceli M. Hill, Claude Hendrick Lee, Douglas W. Bates, Victore Araujo, Rosa E. Rivas, John Costello, Joey S.Loeffler, Angelia Chavis, Richard Holicki, Linnea Stuart, Rudy Duran, Terrance A. Hart, Lynnette Hall, Rose I. Magiera, Gwendolyn R. Moss, Jay Roberts, Susan Hrastar and Vincenza Pizzo

Dated: August 29, 2006

Respectfully Submitted,

_________/s/____________________

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
Fax: (845) 255-8649

Counsel to Plaintiffs