IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., individually and on behalf of others similarly situated, | ) | |
| Plaintiff, | ) | No. 05-142C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO POSTPONE TELEPHONE STATUS CONFERENCE

Pursuant to the Court's order dated September 21, 2006, a status conference is scheduled to be held at 10:30 a.m. on September 28, 2006. Defendant respectfully requests that the Court postpone the scheduled telephone status conference for one week because undersigned counsel anticipates that he will be out of the office and outside of the metropolitan District of Columbia area for at least the remainder of this week due to an unanticipated family emergency. Defendant's counsel left a telephone message for plaintiff's counsel to inform him of this motion and determine whether it would be opposed, but did not receive a response prior to filing this motion. For this reason, defendant, the United States, requests that the Court grant this motion to postpone the scheduled telephone status conference for one week.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0292
Fax: (202) 514-8624

September 25, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 25th day of September 2006, a copy of the foregoing "DEFENDANT’S MOTION TO POSTPONE TELEPHONE STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Jeffrey S. Pease