# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: September 28, 2006)**

* * * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR., individually and on behalf of others similarly situated,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' unopposed motion, filed September 22, 2006, to extend the discovery deadline on the issue of liability is **GRANTED**. Accordingly, discovery on liability will close on **Friday, December 1, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge