# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: September 28, 2006)**

* * * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Defendant's unopposed motion, filed September 25, 2006, to postpone for one week the status conference call scheduled for September 28, 2006 is **GRANTED**. Defendant shall contact the court when he returns to the office in order to reschedule the status conference.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge