# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: October 6, 2006)**

* * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR.,** *
**individually and on** *
**behalf of others similarly situated,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The status conference originally scheduled for September 28, 2006 is hereby **RESCHEDULED** for **Wednesday, October 11, 2006 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted that the following numbers: counsel for plaintiff at (845) 255-9370; counsel for defendant at (202) 307-1011. The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge