IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 05-142C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 45 days in this case, to and including January 15, 2007, within which to complete fact discovery. Pursuant to the Court's order on September 28, 2006, fact discovery in this case regarding the issue of liability is presently scheduled to end on December 1, 2006.[1] Plaintiffs' counsel has indicated that he does not oppose this motion for an enlargement of time.

The Government initially responded to plaintiffs' written discovery requests on August 4, 2006, and has supplemented its document production on multiple occasions. However, the parties continue to attempt to resolve plaintiffs' discovery concerns in this case and in Porta as expressed by plaintiffs' counsel in a letter sent by electronic mail on September 18, 2006, and in the Moreno status conference on October 11, 2006. The parties continue to actively attempt to identify the remaining issues of

[1] Defendant is simultaneously filing a similar motion in the related case of Porta v. United States, No. 05-14210C (Fed. Cl.), for which fact discovery on liability is also scheduled to end on December 1, 2006.

fact and law, and narrow or clarify the scope of plaintiffs' prior discovery requests such that the Government can locate and produce any additional potentially relevant non-privileged documents, or respond otherwise.

Following the Moreno status conference, the Government expanded its search for relevant documents in Moreno and Porta to include the Office of Personnel Management ("OPM") and the Justice Management Division ("JMD") of the Department of Justice ("DOJ"). The Government proposed a draft joint stipulation of fact and law intended for use in this case and Porta on November 2, 2006. Plaintiffs' counsel conducted a Rule 30(b)(6) deposition of Wayne Coleman on November 2, 2006, and November 3, 2006, and is scheduled to depose Vicki Draper of OPM on November 30, 2006. A Rule 30(b)(6) deposition is scheduled in Porta on November 29, 2006. Because the principal attorney for the Government will be on official travel from the afternoon of November 27, 2006, through December 1, 2006, he has arranged for substitute counsel to attend the depositions scheduled for November 29, 2006, and November 30, 2006, prior to the December 1, 2006, scheduled close of discovery in this case and Porta.

Despite substantial efforts of the parties to complete fact discovery on liability prior to the scheduled close of discovery, additional time is required. Additional time is necessary for

JMD personnel to complete review of potentially responsive documents, including contacting originating agencies concerning potentially privileged documents, and for DOJ to review all JMD documents for privilege and physically produce any responsive non-privileged documents, and because of scheduled leave of necessary JMD personnel, and the upcoming holiday period. Additional time will also provide plaintiffs' counsel sufficient time to propound anticipated formal discovery requests in response to depositions in Moreno and Porta, and for the Government to respond appropriately. Further, the parties intend to request that the Court issue protective orders in this case and in Porta to permit the Government promptly to produce certain documents that otherwise may not be disclosed pursuant to the Privacy Act.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 514-8624

November 27, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of November 2006, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Jeffrey S. Pease