# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: November 28, 2006)**

* * * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR.,**
**individually and on**
**behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed November 27, 2006, for a 45-day enlargement of time for the parties to complete fact discovery on the issue of liability is **GRANTED**. Accordingly, fact discovery on liability will close on **Monday, January 15, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge