# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: January 19, 2007)**

* * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR.,**
**individually and on**
**behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' unopposed motion, filed January 17, 2007, to adopt the parties' joint stipulated protective order is **GRANTED**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge