**Exhibit 2**

**U.S. Department of Justice**
Immigration and Naturalization Service

HQHRD 100/10.4

Office of the Executive Associate Commissioner

*425 I Street NW*
*Washington, DC 20536*

APR 24 2002

MEMORANDUM FOR ROBERT F. DIEGELMAN
ACTING ASSISTANT ATTORNEY GENERAL
FOR ADMINISTRATION

FROM: George H. Bohlinger, III
Executive Associate Commissioner
Office of Management

SUBJECT: Overtime on the Sixth Day of Training

The purpose of this memorandum is to request you to seek an exception from the U.S. Office of Personnel Management (OPM) to the regulatory prohibition against paying overtime to employees attending basic training at the Immigration Officer Academy (IOA). We are requesting this authority retroactive to January 1, 2002.

In order to accommodate the additional training needs of various agencies in response to the events of September 11th, the Federal Law Enforcement Training Center (FLETC) mandated a 6-day week for all trainees beginning January 1, 2002. This move to a 6-day training week compresses all current class schedules at the IOA. For example, the traditional 18-week Immigration Officer Basic Training Course (IOBTC) will be shortened to 15 weeks. All other courses will be shortened as well.

For the Immigration and Naturalization Service (INS) instructors and trainees at the IOA, the scheduling of training over a 6-day workweek raises the issue of compensation for the overtime hours on the 6th day. Under the regulations governing the payment of overtime, the instructors must be paid overtime for the hours they work on the 6th day. This overtime pay will be in addition to any administratively uncontrollable overtime pay or law enforcement availability pay they may receive.

For those employees attending the training, however, this situation creates tremendous inequities. Under current OPM regulations, employees attending basic training may not be paid overtime unless one of six exceptions listed at 5 C.F.R. 410.402(b) applies, or an exception to the prohibition is granted by OPM.

Under the compressed IOBTC training schedule, trainees (principally Immigration Inspectors) are working 14 8-hour days of overtime to complete the basic Immigration Officer and Spanish training programs. Based on our hiring estimates, we anticipate training approximately 1,320 new employees through the IOBTC. We also anticipate training approximately 480 new Adjudications Officers, who will be required to work 4 8-hour days of overtime to complete the basic course; and approximately 216 Detention Enforcement Officers, who will be required to work 6 8-hour days of overtime. The employees not being paid are GS-5 and GS-7 trainees; the instructors being paid are GS-12 and GS-13 employees.

While the INS can stand behind the prohibition in the regulations to defend not paying the trainees, the resultant inequities will speak louder to our new employees and any future employees than any regulatory defense we might make. Given the number of employees we must hire to meet our hiring goals and the investments we have made in our new employees prior to basic training, we cannot afford the risk of losing new recruits because of the requirement that they put in overtime during training for no compensation.

Current OPM regulations specifically provide that an agency may seek an exception to the prohibition on payment of premium pay where circumstances warrant. The INS requests an exception be sought under this provision because we must make every effort to stay competitive in our bid to attract highly talented candidates who are also being drawn to other Federal agencies with homeland security missions.

We have determined that the majority of components at FLETC are not paying basic trainees overtime in accordance with the prohibition in the regulations. These components include the Bureau of Prisons, Bureau of Alcohol, Tobacco, and Firearms, Internal Revenue Service, Secret Service, Customs Service, and Forest Service. We have been able to confirm that three organizations are paying basic trainees overtime. The agencies are the National Park Service Park Police, the Capitol Police and the U.S. Mint.

Despite the practices of other agencies, we believe it is important to move forward with this request. INS is among the largest users of FLETC and is facing numerous challenges in filling critical border protection positions. In some cases, employees are refusing to attend training, where it is voluntary. In addition, INS has received a grievance related to this issue, to which we must respond. Given the extraordinary and exigent circumstances requiring implementation of the 6th-day of training, and the impact such demands are having on potential applicants for positions INS is mandated to fill, we believe it is critical that this effort move forward expeditiously. The estimated $3.2 million cost of the overtime is available within existing INS resources.

As a result of our concern for equity for the employees and our concern about INS' ability to attract and retain well-qualified individuals to these critical homeland security jobs, we request that you seek an exception from OPM. This exception will authorize INS to pay overtime for those employees attending a 6th day of basic training at the IOA retroactive to January 1, 2002.