**Ehrbar, John J**

**From:** Ehrbar, John J

**Sent:** Wednesday, September 03, 2003 1:29 PM

**To:** Arndt, Jill

**Cc:** Hastings, Rick; Baer, Robert K; Aira, Margie; Smalls, Alethea; Baptiste-Robinson, Eulalia; Higgins, John J; Nogami, Glenda; Waldstreicher, Sid; Lowell, Cynthia; Ellis, Karen M; Park, Steve A; Bergeron, Pauline A; Bartlett, Pamela L; Smith, Kent ; Walker, Glenda F; Hanner, Christine S; Brown, Gwen L; Adams, Denise J; Brown, Phil G; Hunn, Mindy G; Crevonis, Gary E; Tingley, Frederick W; Ehrbar, John J

**Subject:** Payment for Sixth (6th) Day of Training

On August 6, 2003, we received authority from the Department of Homeland Security (DHS) to pay Fair Labor Standards Act (FLSA) overtime to legacy Immigration and Naturalization Service (INS) students who were assigned and attended basic training for a 6th day after January 1, 2002. Effective this pay period (17-03) these employees are to be paid overtime under FLSA provisions. Retroactive payments will be processed, as discussed below.

As other DHS Bureaus have employees affected by this decision, coordination with these organizations was necessary. Through that process, the effective date of the current pay period, 17-03, August 24 through September 6, 2003 was established to start payment of the overtime on a current basis. This message serves as your authorization to do so. The overtime is to be coded into the system as TC 13/17 – FLSA Training, in the applicable week1/week2 fields.

As this is an FLSA overtime payment, the only time that may be credited is for hours actually worked. Time may not be credited for time not worked on the 6th day of basic training for employees who were excused from attending all or any part of the 6th day. The overtime credit is to be limited to hours in attendance. Absences from the scheduled class for all or any significant portion of the training day (an hour or more) may not be included in the overtime payment. For example, if a student attended the morning portion of the 6th day but was excused from the afternoon portion, he or she would only be credited with 4 hours of FLSA hours of work for that workweek.

We understand that a 6th day of basic training per week started on or shortly after January 1, 2002 and included the following occupations:

Adjudication Officers
Application Adjudication Officers
Asylum Officers
Criminal Investigators
Deportation Officers
Detention Enforcement Officers
Immigration Enforcement Officers, and
Immigration Inspectors.

Processing retroactive payments will be started as soon as possible. We will need to issue input instructions to employees and timekeepers to ensure uniform procedures are followed so that the payments are correctly computed, recorded and tracked. A specific budget/accounting designation will be established to correctly charge the payment to the proper budget. Current charges will be made to the same accounting code that covers the non-overtime hours of the student as reported on the time card.

Please provide this office with copies of the class rosters of employees eligible for retroactive overtime so that necessary control procedures may be established. Send them to:

Fred Tingley
Office of Human Resources Management
DHS/ICE
800 K Street NW, Room 5000
Washington, D.C. 20536.

PLAINTIFF'S EXHIBIT 13

Please ensure that necessary Federal Law Enforcement Training Center officials are informed. The

Personnel Officers in the field and headquarters units are receiving copies of this message. Please refer questions to Mr. Fred Tingley at (202) 305-9865.

John J. Ehrbar
Chief, Compensation Policy Section
Office of Human Resources Management
Bureau of Immigration and Customs Enforcement