**U.S. Department of Justice**

Civil Division

KAB:JSPease
DJ Nos. 154-05-142, 154-05-14210

Tel: (202) 353-7991
Fax: (202) 514-8624

*Washington, D.C. 20530*

January 12, 2007

**VIA U.S. MAIL & EMAIL**

Michael J.D. Sweeney, Esq.
Law Offices of Dan Getman
9 Paradies Lane
New Paltz, NY 12561

Re: Discovery in Moreno v. United States, No. 05-142C (Fed. Cl.) and Porta v. United States, No. 05-14210C (Fed. Cl.)

Dear Mr. Sweeney:

This letter responds to your electronic mail message on January 12, 2007. In lieu of expanding our document search regarding your discovery requests in these cases to the Department of Housing and Urban Development ("HUD"), the State Department, and the Forest Service, we will (similarly to BLM and NPS) seek affidavits from personnel in those agencies regarding their pay policies for a sixth day of entry level training at the FLETC. In conjunction with this alternative to expanding formal discovery, we intend to stipulate that, after a reasonable search, the responding agencies (DHS, OPM, JMD) have not located any additional non-privileged documents regarding other agencies' policies.

With regard to your comments about newly-produced historical documents, I produced them as soon as they were produced to me, as I explained yesterday. With regard to whether additional documents may exist that we have not yet discovered, as we have explained repeatedly, including yesterday at the deposition, we require and are entitled to formal discovery requests in order to properly respond. To the extent that we discover new documents independently in the normal course, we of course will produce such documents in accordance with the Rules of the Court that require supplementation of our discovery responses.

Very truly yours,

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division