8-11-03

**Baker, Donald Bryce**

**From:** Baker, Donald Bryce
**Sent:** Monday, August 11, 2003 3:22 PM
**To:** Draper, Vicki Lynn
**Subject:** RE: basic training and FLSA

I don't need to see the letter if it uses similar language to our regulations without providing a definition of "regular working hours" or examples that shed light on the definition.

As you will remember, Dwight Brown's early FLSA briefing notes showed that he understood "regular working hours" to include regularly scheduled overtime hours back around 1976 or so—even before the regulations clarified the point. So I doubted we would have FPM letters that indicated something different.

Thanks for checking. Bryce

-----Original Message-----
**From:** Draper, Vicki Lynn
**Sent:** Monday, August 11, 2003 3:06 PM
**To:** Baker, Donald Bryce
**Subject:** RE: basic training and FLSA

Bryce,

You are correct. The only FPM letter that addressed time spent in training as hours of work under the FLSA was FPM Letter 551-17, dated 1-16-81, in which we rescinded the guidance in FPM Letter 551-3 (reversal of policy/FLSA trumps 5 U.S.C. 4109). FPM Letter 551-17 used the phrases "outside regular working hours" and "during regular working hours" without definitions.

There is a paragraph in FPM Letter 551-17 entitled, "Apprenticeship or Internship Training or Training under the Veterans Readjustment Act." This paragraph contains similar language to that in the current regulations at 5 CFR 551.423(a)(3).

Would you like a copy of this FPM letter? If so, please provide a fax number.

Vicki

> -----Original Message-----
> **From:** Baker, Donald Bryce
> **Sent:** Wednesday, August 06, 2003 3:15 PM
> **To:** Draper, Vicki Lynn
> **Subject:** basic training and FLSA
>
> Vicki:
>
> Someone from INS tried to tell me that old FPM letters addressed the issue of overtime pay for basic training hours. Since the issue is FLSA rules, only FLSA-related FPM letters would matter. There was some FPM guidance on FLSA and training (eventually a reversal of policy to come to the position that FLSA trumped 5 U.S.C. 4109) but I don't remember anything specific about basic training. If there was, I bet it used general language like " outside regular working hours" without a definition, which the regulations eventually provided. If you have some time, would you mind looking over the old FLSA FPM letters and seeing if there is anything relevant?
>
> Bryce