**Main Identity**

**From:** "Michael Sweeney" <msweeney@hvcbiz.rr.com>
**To:** "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
**Sent:** Friday, January 12, 2007 2:50 PM
**Subject:** Re: Moreno & Porta Proposed Protective Orders & Additional Documents

Jeff,

As per my request at Mr. Mikowicz deposition, please provide affidavits from HUD, State Department and Forestry personnel regarding those entities pay policies for a sixth day of entry level training at the FLETC along with the stipulation that you describe in the three of your January 10, 2007 letter. Please let me know as soon as possible if you do not intend to provide the affidavits and stipulation for the additional entities.

Also, the Defendant produced a series of documents at 1:38 p.m. yesterday, in the middle of the OPM 30(b)(6) deposition. Two of the documents, MOR 213 and 220, refer to documents showing that OPM considered the term "regular working hours" to include regularly scheduled overtime as far back as 1976. I cannot imagine the reason the Defendant did not produce these documents earlier as they go to the heart of the issues in this case and are clearly covered by the document requests. I requested the production of the documents at the deposition, and I reiterate the request now. Please let me know if you have an objection to producing the documents so that we can bring it to Judge Firestone for prompt resolution.

Thank you.

- Mike Sweeney

----- Original Message -----
From: "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
To: <MSweeney@getmanlaw.com>
Sent: Wednesday, January 10, 2007 4:41 PM
Subject: RE: Moreno & Porta Proposed Protective Orders & Additional Documents

Mike,

Please see the attached letter and enclosures.

Thanks,
Jeff

-----Original Message-----
From: Michael Sweeney [mailto:msweeney@hvcbiz.rr.com]
Sent: Tuesday, January 09, 2007 6:21 PM
To: Pease, Jeffrey (CIV)
Subject: Re: Moreno & Porta Proposed Protective Orders & Additional Documents