**Main Identity**

**From:** "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
**To:** <MSweeney@getmanlaw.com>
**Sent:** Wednesday, January 10, 2007 4:41 PM
**Attach:** 2007-01-10 Letter.pdf; 2007-01-10 Docs.pdf; PrivLog2007-01-10.pdf
**Subject:** RE: Moreno & Porta Proposed Protective Orders & Additional Documents

Mike,

Please see the attached letter and enclosures.

Thanks,
Jeff

-----Original Message-----
From: Michael Sweeney [mailto:msweeney@hvcbiz.rr.com]
Sent: Tuesday, January 09, 2007 6:21 PM
To: Pease, Jeffrey (CIV)
Subject: Re: Moreno & Porta Proposed Protective Orders & Additional Documents

Jeff,

I understand your concerns about the Privacy Act. I will send the proposed order to the Court.

With respect to the 5th subject on the OPM deposition notice, my concern is that we discover what various entities received OPM communications on its policy with respect to the 6th day of training at the FLETC. I would be happy with a representation that people responsible for compensation policy at the INS, DHS, ICE, CIS, CBP, BLM and NPS received communications sent out on the list serve from January 1, 2002 through January 1, 2005 (to the extent that the particular entity existed).

Affidavits from BLM and NPS personnel regarding those entities pay policies for a sixth day of entry level training at the FLETC would be acceptable along with the stipulation that you describe in the fourth paragraph of your letter.

Please do not misunderstand my concern with respect to propounding additional document requests for the documents identified in the Draper and Coleman depositions. It is not that I do not want to propound additional requests, it is that the documents identified are covered under the requests already propounded. Given the nature of the Defendant's responses to date, I do not have faith that additional requests will not be dealt with any differently. I am willing to try to negotiate something over the telephone, but if you are of another mind, I will raise the issue with the Court. Let me know how you would like to proceed.

I am not inclined to seek an extension of discovery.

- Mike Sweeney