**U.S. Department of Justice**

Civil Division

KAB:JSPease
DJ Nos. 154-05-142, 154-05-14210

Tel: (202) 353-7991
Fax: (202) 514-8624

*Washington, D.C. 20530*

January 16, 2007

**VIA U.S. MAIL & EMAIL**

Michael J.D. Sweeney, Esq.
Law Offices of Dan Getman
9 Paradies Lane
New Paltz, NY 12561

Re: Discovery in Moreno v. United States, No. 05-142C (Fed. Cl.) and Porta v. United States, No. 05-14210C (Fed. Cl.)

Dear Mr. Sweeney:

In response to your voicemail, I will be available to talk on Thursday. I have been very busy with other matters and will be out of the office tomorrow for previously scheduled leave. Thank you for confirming your receipt of the JMD documents in accordance with the Court's order granting our enlargement of time extending the discovery period until yesterday. As I've indicated in prior letters, although I am willing to discuss discovery issues briefly by telephone, I think it is probably most appropriate to correspond in writing given the detailed nature of the discovery proceedings thus far. Of course, as the Government and the Court have indicated to you previously, you might also choose to file a motion to compel to place appropriate discovery issues before the Court.

Very truly yours,

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division