**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICIAL FILE COPY**

U.S. Department of Justice

ORIGINATOR
OFFICE SYMBOL PS/PG
INITIALS
DATE 6/3/2

CONCURRENCES
OFFICE SYMBOL PS/PG
SURNAME
DATE 6/3/02
OFFICE SYMBOL PS
SURNAME
DATE 6/3/02 Back to JAWS 6/21/02
OFFICE SYMBOL HR/A
SURNAME
DATE 6.28.02
OFFICE SYMBOL AAG/A
SURNAME
DATE 7/2/02
OFFICE SYMBOL
SURNAME
DATE
OFFICE SYMBOL
SURNAME
DATE
OFFICE SYMBOL
SURNAME
DATE
OFFICE SYMBOL
SURNAME
DATE

JUL - 2 2002

Washington, D.C. 20530

MEMORANDUM FOR GEORGE H. BOHLINGER, III
EXECUTIVE ASSOCIATE COMMISSIONER
OFFICE OF MANAGEMENT
IMMIGRATION AND NATURALIZATION SERVICE

FROM: Robert F. Diegelman
Acting Assistant Attorney General
for Administration

SUBJECT: Overtime Compensation for the Sixth Day of Training

This replies to your request that the Department seek Office of Personnel Management (OPM) approval of an exception to the prohibition on paying premium pay under 5 CFR 410.402(b)(7). You request this exception so that overtime compensation may be paid to employees who receive basic training on a six-day per week schedule at the Federal Law Enforcement Training Center (FLETC).

For the reasons provided below, we have decided not to seek OPM approval of an exception. As you know, several other Department components also provide basic training on a six-day per week schedule at FLETC. To determine whether there is a Departmentwide consensus position on this issue, we informally contacted those components. Strong opposition was expressed to a policy of providing overtime pay for the sixth day of training, citing both the budgetary impact and the difficulty of drawing a clear line between compensable and non-compensable training activities.

We are reluctant to adopt a policy that would force all affected Department components to make additional unanticipated premium pay expenditures. Further, we believe it would be counterproductive to adopt a policy of offering or denying premium pay entitlements to Department employees in similar circumstances based solely on which component happens to employ them.

Although, we believe it would be unwise to request approval of an exception under 5 CFR 410.402(b)(7), we will continue to work with you and your staff to identify opportunities to address the Immigration and Naturalization Service's human capital needs and concerns. If members of your staff have any questions about this topic, they may contact John Cahill, of the Justice Management Division, Personnel Staff, Policy Group, on (202) 514-6778.

23-282

MOR-314

FORM DOJ-40
11-79

# Overtime Pay for the "Sixth Day" of Basic FLETC Training

| Bureau | Does the bureau want to pay for the "sixth day"? | If the bureau does not want to pay, does it object to other component(s) paying for the "sixth day"? |
|---|---|---|
| BOP | yes | n/a |
| DEA | no | yes |
| FBI | yes | n/a |
| INS | yes | n/a |
| USMS | no | yes |

Notes

In objecting, DEA cites the difficulty of drawing the line as to what is work and what is not work--e.g., informal discussions after class, homework, etc. (Although DEA makes little use of the FLETC facility, it is concerned about the precedential effects.) USMS objects based on the budgetary impact, and the belief that the beneficial staffing impact of paying for the "sixth day" would be slight.

FBI does not object. However, since it uses FLETC only for training its small police force, the budgetary impact is small.

BOP has entered into an inappropriate settlement agreement (attached) with its unions to grant a day of excused absence for each Saturday training day. We have asked them to revise the agreement to avoid the use of excused absence, and to use the awards process to recognize exemplary performance during training. Using the awards process offers an opportunity to tie monetary rewards to performance, rather than treating them as entitlements.

OPM staff would expect us to coordinate an exception request with the other affected Federal agencies--especially the Treasury Department, which operates FLETC. In informal conversations with Treasury staff, we learned that, although some Treasury bureaus have made inquiries on this subject, Treasury does not support paying overtime pay for the "sixth day." It is unlikely that OPM would approve a request for one

Department only–i.e., without a substantial consensus among affected agencies.

SETTLEMENT
BETWEEN THE UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
FEDERAL LAW ENFORCEMENT TRAINING CENTER
GLYNCO, GEORGIA (Employer)

and

COUNCIL OF PRISON LOCALS (Union)

In full settlement of the grievance filed by the Council of Prisons Locals concerning the six (6) day a week schedule for Bureau of Prisons staff attending Introduction to Correctional Techniques training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, the parties freely and voluntarily agree as follows:

1. Administrative leave will be granted to employees who successfully complete the Introduction to Correctional Techniques training class and who were required to attend training under the accelerated six (6) day per week program;

2. One (1) administrative leave day (eight hours) will be granted for each day the employee was required to attend and participate in said training beyond five (5) days in a regular Monday thru Friday work week. Travel days to and from the training center are excluded.

3. All administrative leave must be taken by the employee within one (1) year from the date the employee successfully completed the entire training course;

4. The employee may request to use the administrative leave as the employee does with any other form of leave. Such leave will normally be approved provided there are no work related reasons (non-arbitrary) for denial. Under no circumstances will the leave be granted for a particular requested day if it would directly result in having to pay overtime or compensatory time to another employee. It is expected, however, that during the course of 1 year that this leave will be granted;

5. This leave may not be carried over for another year if not used within the first year. Employees leaving the Federal Bureau of Prisons will not be compensated for any unused portion of administrative leave.

6. This agreement is in no way precedent setting for any other training event sponsored by the Bureau of Prisons or attended by staff from the Bureau of Prisons.

**SIGNED**

Joseph E. Chapin — Date
Chief, Labor Management Relations

**SIGNED**

Phil Glover — Date
President, Council of Prison Locals