U.S. Department of Justice

Federal Bureau of Prisons

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ► 2

| | |
|---|---|
| To DEB TOMCHEK | From J. BARNES (BOP) |
| Dept./Agency | Phone # |
| Fax # | Fax # |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

Washington, DC 20534

OCT 21 2003

MEMORANDUM FOR JOANNE W. SIMMS
DEPUTY ASSISTANT ATTORNEY GENERAL
HUMAN RESOURCES AND ADMINISTRATION

FROM: Keith E. Hall, Assistant Director
Human Resource Management Division

SUBJECT: Overtime Compensation During Training

Due to the increase in the number of federal law enforcement staff requiring training at the Federal Law Enforcement Training Center (FLETC), Glynco, Georgia, the FLETC training schedule was compressed in January 2002 to a 6-day per week program. As a result of this schedule, much confusion ensued regarding whether to pay overtime for the sixth day of training each week. The Bureau of Prisons (BOP) has since discontinued this schedule, but in the near future, is anticipating going back to another 6-day per week training schedule.

In March 2003, the Office of Personnel Management (OPM) issued a decision which stated FLSA covered employees are entitled to receive overtime for time spent in entry-level training on the sixth day of a training course. The OPM decision indicated because the training was scheduled in advance of the administrative workweek, the sixth day of training should be considered "regular working hours", therefore, warranting overtime payment. This interpretation appears to differ from our view regarding the payment of overtime while in a training status as stated in 5 CFR 551.423(a)(1) and (2).

In light of this development, it is requested the Department provide guidance regarding whether the BOP should pay overtime to non-exempt employees who attend future entry-level training six days a week.

Additionally, it is now uncertain if the BOP should pay overtime for a scheduled Spanish Immersion class which runs for 10 consecutive days. This training, however, is voluntary, unlike the entry-level, mandatory training at FLETC.

Based on the rationale used in the OPM decision, if the training is scheduled in advance of the administrative workweek (which most all training is), it appears overtime would be authorized in most all cases involving training scheduled to go beyond a regular 5-day workweek. Therefore, it is also requested guidance be provided regarding payment of overtime for training of this nature.

Your assistance in clarifying this issue is greatly appreciated. If you have questions or need additional information, please contact Jeff Barnes, Chief, Pay and Position Management at (202) 307-3073.