**Arturo Moreno, Jr., et. al v. United States, No. 05-142C (Fed. Cl.), and Thomas C. Porta, et. al v. United States, Nos. 05-14210C & 05-759C (Fed. Cl.)**

**Defendant's List of Privileged or Protected Documents Withheld from Production**

**January 12, 2007**

**Source: Justice Management Division, United States Department of Justice, Washington, D.C.**

**Joanne Simms**

| Document | Date(s) | Author(s) | Recipient(s) including cc's | Redacted Material and Basis for Redactions |
|---|---|---|---|---|
| E-mails (4) ("6-day training week at FLETC") | 03/06/02; 03/08/02; 03/11/02; 03/14/02 | Thomas Milburn; Joanne Simms | Thomas Milburn; Joanne Simms | Redactions from 03/14 e-mail: Non-responsive personal information and deliberative process privilege regarding deliberations not at issue. |
| E-mails (5) ("6-day training week at FLETC") | 03/06/02; 03/08/02; 03/11/02; 03/14/02 | Thomas Milburn; Joanne Simms | Thomas Milburn; Joanne Simms | Redactions from 03/14 e-mails: Non-responsive personal information and deliberative process privilege regarding deliberations not at issue. |
| E-mails (2) (The Assault on the Sixth Day Training Week) | 04/22/03 | Thomas Milburn | Joanne Simms | Redactions regarding deliberations not at issue: deliberative process privilege. |
| E-mail ("FLETC Visit Summary") and attachment | 03/26/04 | Joanne Simms | Paul Corts | Redactions regarding deliberations not at issue: deliberative process privilege. |
| E-mails ("FLSA for basic training") | 09/26/03 | Joe Lazar; Stuart Frisch | Stuart Frisch; Joe Lazar; Debra Tomchek | Withheld: attorney-client privilege. |

| | | | | |
|---|---|---|---|---|
| E-mail, "FLETC paper MPS.wpd" and attachment, "Policy and Management Issues" | 06/18/02 | Ed Guryansky; attachment: JMD Management and Planning Staff | Richard Haley; Benjamin Burrell; David Slingerland; Santal Manos; Everett Hilliard; Joanne Simms; David Orr | Attachment pages 2-6 withheld entirely, parts of 7 and 8 redacted, and pages 9-12 withheld entirely; regarding deliberations not at issue: deliberative process privilege. |
| E-mail ("Correspondence Issues") | 06/05/02 | Joanne Simms | Debra Tomchek | Redacted first paragraph regarding deliberations not at issue: deliberative process privilege and Privacy Act. |
| E-mails (2) ("Correspondence Issues") | 06/05/02 | Joanne Simms; Debra Tomchek | Debra Tomchek; Joanne Simms | Redacted first paragraph of first e-mail and first paragraph of second e-mail regarding deliberations not at issue: deliberative process privilege and Privacy Act. |
| E-mails (3) ("Correspondence Issues") | 06/05/02 | Joanne Simms; Debra Tomchek | Debra Tomchek; Joanne Simms | Redacted first paragraph of first e-mail and first four paragraphs of second e-mail regarding deliberations not at issue: deliberative process privilege and Privacy Act. |
| E-mail, "FLETC Position Paper and attachment, "Meeting the Law Enforcement Training Needs of the Department of Justice Agencies at the Federal Law Enforcement Training Center | E-mail: 05/08/02; Attach-ment: 05/09/02 | E-mail: Thomas Milburn; Position paper: Office of the Associate AssistantAttorney General | Robert Diegelman; Joanne Simms | Redacted first paragraph on page 1, final paragraph on page 3, withheld page 4, redacted first and final sections of page 5, withheld page 6, and page 7 except for first full sentence, withheld pages 8-10 regarding deliberations not at issue: deliberative process privilege. |
| E-mails (2) "FW:BOD" | E-mail: 08/22/03 | Joanne Simms | Jennifer Layne | Redacted attachments referenced in e-mail and included in attachment, which concern deliberative matters not at issue: deliberative process privilege. |

| | | | | |
|---|---|---|---|---|
| E-mails (3) | 04/19/02; 04/22/02 | Paul Krumsiek; Joanne Simms; John Cahill | Joanne Simms; Paul Krumsiek; Joanne Simms; Paul Krumsiek; Ana Mazzi; Charles Howell; Belva MacDonald | Redacted first two e-mails regarding deliberations not at issue: deliberative process privilege. |
| E-mail ("FLETC Training Issues") | 02/21/02 | Thomas Milburn | Joanne Simms | Redacted last three paragraphs regarding deliberations not at issue: deliberative process privilege. |
| E-mails (2) ("FLETC Training Issues") | 02/21/02; 02/25/02 | Thomas Milburn; Joanne Simms | Joanne Simms; Thomas Milburn | Redacted last three paragraphs of first e-mail and second e-mail regarding deliberations not at issue: deliberative process privilege. |
| E-mails (3) ("FLETC Training Issues") | 02/21/02; 02/25/02 | Thomas Milburn; Joanne Simms | Joanne Simms; Thomas Milburn | Redacted last three paragraphs of first e-mail and last two e-mails regarding deliberations not at issue: deliberative process privilege. |
| E-mails (4) ("FLETC Training Issues") | 02/21/02; 02/25/02 | Thomas Milburn; Joanne Simms | Joanne Simms; Thomas Milburn | Redacted last three paragraphs of first e-mail and last three e-mails regarding deliberations not at issue: deliberative process privilege. |
| E-mails (3) ("US Marshals Service and FLETC") | 10/17/03; 10/23/03 | Thomas Milburn; Joanne Simms | Joanne Simms; Thomas Milburn | Redacted second paragraph of 10/23 e-mail concerning deliberations not at issue: deliberative process privilege. |
| E-mails (4) ("US Marshals Service and FLETC") | 10/17/03; 10/23/03 | Thomas Milburn; Joanne Simms | Joanne Simms; Thomas Milburn | Redacted fourth e-mail and redacted second paragraph of first 10/23 e-mail concerning deliberations not at issue: deliberative process privilege. |

| | | | | |
|---|---|---|---|---|
| E-mails (3) : "PARTNER ORGANIZATIONS AT FLETC," with attachment | 01/22/02; 01/23/02 | John Burton; Thomas Milburn; John Vail | Thomas Milburn; Russell Wright; Brian Beckwith; others at Treasury; BOP, EPA; GSA; NOAA; NPS; IRS; Navy; John Vail; Joanne Simms; Paul Krumsiek | Redacted one personal e-mail address from first e-mail: Privacy Act. |
| E-mails (6): "PARTNER ORGANIZATIONS AT FLETC" | 01/22/02; 01/23/02; 01/24/02 | John Burton; Thomas Milburn; John Vail; Paul Krumsiek; John Cahill | Thomas Milburn; Russell Wright; Brian Beckwith; others at Treasury; BOP, EPA; GSA; NOAA; NPS; IRS; Navy; John Vail; Joanne Simms; Paul Krumsiek; John Cahill | Redacted one personal e-mail address from first e-mail: Privacy Act. |
| E-mails (4): "PARTNER ORGANIZATIONS AT FLETC" with attachment | 01/22/02; 01/23/02; 01/24/02 | John Burton; Thomas Milburn; John Vail; Joanne Simms | Thomas Milburn; Russell Wright; Brian Beckwith; others at Treasury; BOP, EPA; GSA; NOAA; NPS; IRS; Navy; John Vail; Joanne Simms; Paul Krumsiek; John Cahill | Redacted one personal e-mail address from first e-mail: Privacy Act. |

| | | | | |
|---|---|---|---|---|
| E-mails with attachment of draft GAO report regarding FLETC issues. | E-mails: 07/03/03; 07/08/03; 07/16/03 Report: July, 2003 | | Congressional Requesters | Withheld pursuant to deliberative process privilege and notice on draft providing that recipients "must not under any circumstances, show or release its contents for other than official review and comment." Note: final report has been produced. |

**Paul Corts**

| **Document** | **Date(s)** | **Author(s)** | **Recipient(s) including cc's** | **Redacted Material and Basis for Redactions** |
|---|---|---|---|---|
| E-mail ("FLETC Visit Summary") and attachment | 03/26/04 | Joanne Simms | Paul Corts | Redactions regarding deliberations not at issue: deliberative process privilege. |

**Paul Krumsiek**

| **Document** | **Date(s)** | **Author(s)** | **Recipient(s) including cc's** | **Redacted Material and Basis for Redactions** |
|---|---|---|---|---|
| E-mails (5) (final e-mail: "OT at Glynco") | 04/19/02; 04/22/02 | Paul Krumsiek; Joanne Simms; John Cahill | Joanne Simms; Paul Krumsiek; Ana Mazzi; Charles Howell; John Cahill; Bill D. Taylor; Belva MacDonald | Redacted first two e-mails and subject line of second two e-mails regarding deliberations not at issue: deliberative process privilege. |

| | | | | |
|---|---|---|---|---|
| E-mails (3) (issue of INS request for exemption) | 04/19/02; 04/22/02 | Paul Krumsiek; Joanne Simms; John Cahill | Joanne Simms; Paul Krumsiek; John Cahill; Bill D. Taylor; Ana Mazzi; Charles Howell; Belva MacDonald | Redacted first two e-mails regarding deliberations not at issue: deliberative process privilege. |
| "Pending and Future Pay Web Issues" | 05/21/03 | Paul Krumsiek | | Redacted all topics other than FLSA overtime pay regarding deliberations not at issue: deliberative process privilege. |
| E-mails (5): "PARTNER ORGANIZATIONS AT FLETC" | 01/22/02; 01/23/02; 01/24/02 | John Burton; Thomas Milburn; John Vail; Paul Krumsiek; John P. Cahill | Thomas Milburn; Russell Wright; Brian Beckwith; others at Treasury; BOP, EPA; GSA; NOAA; NPS; IRS; Navy; John Vail; Thomas Milburn; Joanne Simms; Paul Krumsiek; John P. Cahill | Redacted one personal e-mail address from first e-mail: Privacy Act. |
| E-mails (3): "PARTNER ORGANIZATIONS AT FLETC," with attachment | 01/22/02; 01/23/02; 01/24/02 | John Burton; Thomas Milburn; John Vail | Thomas Milburn; Russell Wright; Brian Beckwith; others at Treasury; BOP, EPA; GSA; NOAA; NPS; IRS; Navy; John Vail; Joanne Simms; Paul Krumsiek | Redacted one personal e-mail address from first e-mail: Privacy Act. |

**Anna Mazzi**

| **Document** | **Date(s)** | **Author(s)** | **Recipient(s) including cc's** | **Redacted Material and Basis for Redactions** |
|---|---|---|---|---|
| E-mails (3) (issue of INS request for exemption) | 04/19/02; 04/22/02 | Paul Krumsiek; Joanne Simms; John Cahill | Joanne Simms; Paul Krumsiek; Joanne Simms; Paul Krumsiek; Ana Mazzi; Charles Howell; Belva MacDonald | Redacted first two e-mails and subject line of third regarding deliberations not at issue: deliberative process privilege. |
| E-mails (2) ("Overtime Pay for the "Sixth Day" of Training") | 05/24/02 | John Cahill; Paul Krumsiek | Paul Krumsiek; Ana Mazzi; Margaret Foskey; Charles Howell; John P. Cahill | Redacted second e-mail: attorney-client privilege. |
| E-mail ("Question") | 11/05/03 | Debra Tomchek | Ana Mazzi | Withheld: attorney-client privilege. |
| E-mails (2) ("Question") | 11/05/03; 11/07/03 | Debra Tomchek; Ana Mazzi | Ana Mazzi; Debra Tomchek | Withheld: attorney-client privilege. |
| E-mails (3) ("Question") | 11/05/03; 11/07/03 | Debra Tomchek; Ana Mazzi | Ana Mazzi; Debra Tomchek | Withheld: attorney-client privilege. |

| | | | | |
|---|---|---|---|---|
| E-mails (4) ("Question") | 11/05/03; 11/07/03 | Debra Tomchek; Ana Mazzi | Ana Mazzi; Debra Tomchek | Withheld: attorney-client privilege. |
| E-mails (5) ("Overtime pay issue") | 07/28/03; 08/12/03 | Stuart Levey; Paul Corts; Debra Tomchek; Ana Mazzi | Joanne Simms; Paul Corts; Susan Richmond; Everett Hilliard; Debra Tomchek; Edith Byrne; Jamie Higgins; Ana Mazzi; Paul Krumsiek | Redacted Ana Mazzi's 8/12/03 e-mail: attorney-client privilege. |

**Robert Diegelman**

| **Document** | **Date(s)** | **Author(s)** | **Recipient(s) including cc's** | **Redacted Material and Basis for Redactions** |
|---|---|---|---|---|
| Position Paper, "Meeting the Law Enforcement Training Needs of the Department of Justice Agencies at the Federal Law Enforcement Training Center" | 05/09/02 | Office of the Associate Assistant Attorney General, FLETC | | Redacted first paragraph on page 2, redacted final paragraph on page 4, withheld page 5, redacted first and last sections page 6, withheld page 7 and page 8 except for first full sentence, withheld page 9-11 regarding deliberations not at issue: deliberative process privilege. |

| | | | | |
|---|---|---|---|---|
| Position Paper with seal, "Meeting the Law Enforcement Training Needs of the Department of Justice Agencies at the Federal Law Enforcement Training Center" with Attachments 1 through 7 | 05/09/02 | Office of the Associate AssistantAttorney General, FLETC | | Redacted first paragraph on page 1, redacted final paragraph on page 3, withhold page 4, redacted first section of page 5, withheld page 6 except first four lines, page 7 except for last sentence of first section, withheld ages 8-10; withhold Attachments 3, 5, 6 and 7 regarding deliberations not at issue: deliberative process privilege. |
| Position Paper with seal, "Meeting the Law Enforcement Training Needs of the Department of Justice Agencies at the Federal Law Enforcement Training Center" with Attachments 1 through 7 | 05/09/02; revised 05/23/02 | Office of the Associate AssistantAttorney General, FLETC | | Redacted first paragraph on page 1, redacted final paragraph on page 3, withheld page 4, redacted first section of page 5, withheld page 6, page 7 except for first full sentence, withheld pages 8-10; withheld listing of Attachments 3, 5, 6 and 7 and these Attachments regarding deliberations not at issue: deliberative process privilege. |
| Powerpoint presentation, "Federal Law Enforcement Training Center" 16 pages total (including title page) | July 2002 | | | Withheld page 2, redacted on page 6 the third bullet point, sub-points two and three, and fourth bullet point, redacted on page 10 the final column, redacted on page 11 the title and the third sub-point of the first bullet point and the second bullet point, withheld pages 12-16 regarding deliberations not at issue: deliberative process privilege. |
| DOJ/FLETC Presentation (Winzip files) | April 2002 (last update) | | | Withheld entirely pursuant to the deliberative process privilege. To the extent that this contains factual information or deliberations at issue, they are not separable from other deliberative material. |

**Office of Personnel (JMD)**

| Document | Date(s) | Author(s) | Recipient(s) including cc's | Redacted Material and Basis for Redactions |
|---|---|---|---|---|
| Memo (unsigned), "Overtime Compensation for the Sixth Day of Training" with routing sheet and attachments: chart; unsigned BOP settlement agreement; control sheet; Memo from George Bohlinger to Robert F.Diegelman dated 4/24/02; and Memo to Acting Deputy Commissioner from George Bohlinger dated 02/27/02 | 07/02/02 | Robert Diegelman | George F. Bohlinger, III | Redacted second full paragraph on second page of attached chart: work-product and attorney-client privileges regarding separate pending litigation that does not involve entry-level training. |

**Debra Tomcheck**

| Document | Date(s) | Author(s) | Recipient(s) including cc's | Redacted Material and Basis for Redactions |
|---|---|---|---|---|
| E-mail, "Question" | 11/05/03 | Debra Tomchek | Ana Mazzi | Withheld: attorney-client privilege. |

**Stuart Frisch**

| Document | Date(s) | Author(s) | Recipient(s) including cc's | Redacted Material and Basis for Redactions |
|---|---|---|---|---|
| E-mails (2) "FLSA for basic training" | 09/26/03 | Joe Lazar; Stuart Frisch | Stuart Frisch; Joe Lazar; Barbara Bush; Scott Goldsmith | Withheld: attorney-client privilege. |
| E-mail "FLSA for basic training Reply II" forwarding e-mail "FYI on OT for Trainees | 09/26/03 | Joe Lazar | Stuart Frisch | Withheld: attorney-client privilege. |
| E-mails (2) "FLSA for basic training" | 09/26/03 | Joe Lazar; Stuart Frisch | Stuart Frisch; Joe Lazar; Debra Tomchek; Joanne Simms; Barbara Bush; Scott Goldsmith | Withheld: attorney-client privilege. |