**Arturo Moreno, Jr., et. al v. United States**
**No. 05-142C (Fed. Cl.)**

**Defendant's List of Privileged or Protected Documents**
**Withheld from Production**

**<u>January 11, 2007</u>**

**Source: U.S. Customs and Border Patrol, Department of Homeland Security, Washington, D.C.**
**Office of Personnel Management, Washington, D.C.**

| No. | Date | Author | Recipient(s) | Document Type | Subject Matter | Privilege Claim |
|---|---|---|---|---|---|---|
| 1. | Various | Peter Smith, William Kraus, Julie Murphy, Lori Cole, Michael Coster, Arthur Rettinger, James Green, Kathy Whipple, Faisal Gill, Melanie Watson, or Jeffrey Pease | Various | Various | Litigation | Attorney Client, Attorney Work Product |

| No. | Date | Author | Recipient(s) | Document Type | Subject Matter | Privilege Claim |
|---|---|---|---|---|---|---|
| 2. | Various | Various | Peter Smith, William Kraus, Julie Murphy, Lori Cole, Michael Coster, Arthur Rettinger, James Green, Kathy Whipple, Faisal Gill, Melanie Watson, or Jeffrey Pease | Various | Litigation | Attorney Client, Attorney Work Product |
| 3. | Various | Alethea Smalls | None | Envelopes | Two file boxes of envelopes returned to sender without a forwarding address, which include protected personal identifying information of non-plaintiffs. | The Privacy Act |
| 4. | Various | Various | Various | Electronic Mail | Approximately 1500-page, 7.5-inch thick collection of email correspondence between various employees regarding status of back pay payments, including protected personal information of non-plaintffs, which would also be unduly burdensome to redact, with very low likelihood of leading to admissible evidence. | The Privacy Act |

| No. | Date | Author | Recipient(s) | Document Type | Subject Matter | Privilege Claim |
|---|---|---|---|---|---|---|
| 5. | May 6, 2003 | DHS Broadcast | Various | Electronic Mail (MOR-39) | Alphabetically-listed & non-relevant recipient list, except including "Frederick W Tingley." | The Privacy Act |
| 6. | June 19, 2003 | Jo Ann C. Perrini | Various | Electronic Mail (MOR-132) | Communications regarding 6th day of training issue. | Attorney-Client |
| 7. | May 6, 2003 | James S. Green, Mark A. Robbins | James S. Green, Mark A. Robbins, Jo Ann C. Perrini, Donald J. Winstead, Vicki Lynn Draper, Jerome D. Mikowicz | Electronic Mail Messages (MOR-140 to MOR-141) | Communications regarding 6th day of training issue. | Attorney-Client |
| 8. | Unknown | Ronald P. Sanders | Ronald James | Draft letter (MOR-145 to MOR-147) | Attorney "redline" edits regarding overtime pay for 6th day of training issue. | Attorney-Client, Attorney Work Product |
| 9. | July 8, 2003 | Melanie Watson | Donald Bryce Baker, et al. | Electronic Mail (MOR-144) | Attorney "redline" excerpts regarding overtime pay for 6th day of training issue. | Attorney-Client, Attorney Work Product |
| 10. | March 23, 2003 | Various | Various | Electronic Mail (MOR-202 to MOR-203) | Attorney-client communications regarding: "FLETC Training Overtime Issue." | Attorney-Client, Attorney Work Product |

| No. | Date | Author | Recipient(s) | Document Type | Subject Matter | Privilege Claim |
|---|---|---|---|---|---|---|
| 11. | March 26, 2003 | Melanie J. Watson | Jo Ann C. Perrini, Donald Bryce Baker, Jerome D. Mikowicz, Kathie Ann Whipple, James S. Green, Steven E. Abow, Eric S. Gold | Electronic Mail | Attorney-client communications regarding "FLETC ltr." | Attorney-Client, Attorney Work Product |
| 12. | July 2, 2003 | Unknown | Unknown | Handwritten Notes | Notes of meeting with counsel. | Attorney-Client, Attorney Work Product |
| 13. | July 8, 2003 | Melanie J. Watson | Jo Ann C. Perrini, Donald Bryce Baker, Jerome D. Mikowicz, Kathie Ann Whipple, James S. Green, Steven E. Abow, Eric S. Gold | Electronic Mail | Attorney-client communications regarding "FLETC ltr." | Attorney-Client, Attorney Work Product |