**Main Identity**

**From:** <Jeffrey.Pease@usdoj.gov>
**To:** <MSweeney@getmanlaw.com>
**Sent:** Monday, August 14, 2006 8:30 AM
**Subject:** RE: Moreno v. US--Waiving the Atty-Client Privilege

Mike,

Thanks for the citations to clarify your prior comments. Without admitting or conceding the relevance or binding nature of the cases you cite, I understand these cases to stand for the unremarkable proposition of law that when "advice of counsel" is advanced as a defense, attorney-client privilege may be waived. However, we do not rely in Porta or Moreno upon "advice of counsel" for our defense of good faith. Rather, the Government's good faith defense involves the actions of Government officials based upon the regulations or interpretations of the agencies entrusted with interpreting statutes or regulations. What any legal counsel advised or did not advise is not material, what is material are the actions and positions taken by the Government officials making decisions. That is very different than asserting an "advice of counsel" defense. We have maintained, and have not waived, our attorney-client privilege while asserting a good faith defense. I do appreciate you clarifying your comments on this matter.

Very truly yours,

Jeff

Jeffrey S. Pease
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 12018
Washington, D.C. 20530 (20005 for non-postal deliveries)
Tel: (202) 307-0292
Fax: (202) 514-8624

-----Original Message-----
From: MSweeney@getmanlaw.com [mailto:MSweeney@getmanlaw.com]
Sent: Friday, August 11, 2006 5:30 PM
To: Pease, Jeffrey (CIV)
Subject: Moreno v. US--Waiving the Atty-Client Privilege

Jeff,

With respect to the issue of the good faith defense and waiver of the attorney client privilege, I refer you to the following cases: Ngyuen v. Excel, 197 F.3d 200; Newman v. Countrywide Home Loans, 2001 WL 1414380; Beneficial v. Bank One, 205 F.R.D. 212.

- Mike Sweeney

Michael J.D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
fax: (845)- 255-8649