**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 05-142C** |
| | ) | **(Judge Firestone)** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

# DECLARATION OF MICHAEL J.D. SWEENEY, ESQ.

I, Michael J.D. Sweeney, declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. I am an attorney admitted to practice before this Court. I am associated with the Getman Law Office, 9 Paradies Lane, New Paltz, N.Y. 12561, attorneys for the Plaintiffs in this case. I make this declaration to introduce certain documents and facts in support of the Plaintiffs' Motion to Compel Production of Information.
2. Attached as Exhibit A is a true and correct copy of an April 24, 2002 memo from George H. Bohlinger, III, Executive Associate Commissioner Office of Management at the INS to Robert F. Diegelman, Acting Assistant Attorney General for Administration.
3. Attached as Exhibit B is a true and correct copy of relevant portions of the 30(b)(6) Deposition of Defendant by Wayne A. Coleman.
4. Attached as Exhibit C is a true and correct copy of a November 18, 2002 e-mail from Bryce Baker, Senior Advisor to the Deputy Associate Director for OPM's Center for Pay and Performance Policy, to Vicki Draper, Lead Compensation Specialist with OPM.
5. Attached as Exhibit D is a true and correct copy of a December 18, 2002 e-mail from

Vicki Draper, Lead Compensation Specialist with OPM, to Gary Wilson, Program Manager for Pay, Attendance and Leave and the U.S. Forest Service.

6. Attached as Exhibit E is a true and correct copy of a March 19, 2003 e-mail from Steve Cohen, Special Advisor to the Director of OPM, to Melissa Allen, Acting Chief Human Capital Officer at DHS.

7. Attached as Exhibit F is a September 3, 2003 e-mail from John Ehrbar, Chief of Compensation Policy for Immigration and Customs Enforcement.

8. Attached as Exhibit *G* is a true and correct copy of a September 18, 2006 letter from Michael J.D. Sweeney to Jeffrey Pease dated 9/18/06.

9. Attached as Exhibit H is a true and correct copy of a January 12, 2007 Letter from Jeffrey Pease to Michael J.D. Sweeney.

10. Attached as Exhibit I is a true and correct copy of relevant portions of the November 30, 2006 Deposition of Vicki Draper, Lead Compensation Specialist with OPM.

11. Attached as Exhibit J is a true and correct copy of an August 11, 2003 e-mail from Bryce Baker, Senior Advisor to the Deputy Associate Director for OPM's Center for Pay and Performance Policy, to Vicki Draper, Lead Compensation Specialist with OPM.

12. Attached as Exhibit K is a true and correct copy of relevant portions of the January 11, 2007 30(b)(6) Deposition of OPM by Jerome Mikowicz, Deputy Associate Director for Pay and Leave Administration at the U.S. Office of Personnel Management.

13. Attached as Exhibit L is a true and correct copy of a January 12, 2007 e-mail from Michael J.D. Sweeney to Jeffrey Pease.

14. Attached as Exhibit M is a true and correct copy of letters of December 21, 2006 and January 12, 2007 from Jeffrey Pease to Michael J.D. Sweeney.

15. Attached as Exhibit N is a true and correct copy of a January 9, 2007 e-mail from Michael J.D. Sweeney to Jeffrey Pease.
16. Attached as Exhibit O is a true and correct copy of a January 16, 2007 letter from Jeffrey Pease to Michael J.D. Sweeney.
17. Attached as Exhibit P is a true and correct copy of a January 17, 2002 e-mail from Joanne W. Simms, Deputy Assistant Attorney General, Human Resources and Administration, to Paul Krumsiek of the Justice Management Division, entitled "Overtime at Glynco".
18. Attached as Exhibit Q is a true and correct copy of a July 2, 2002 memo entitled "Overtime Compensation for the Sixth Day of Training" from Robert F. Diegelman, Acting Assistant Attorney General for Administration, to George H. Bohlinger, III, Executive Associate Commissioner Office of Management at the INS.
19. Attached as Exhibit R is a true and correct copy of a June 24, 2003 e-mail from Donald Winstead, Deputy Associate Director for Pay and Leave Administration at OPM, copying James Green and Mark Robbins, OPM counsel.
20. Attached as Exhibit S is a true and correct copy of a July 8, 2003 e-mail from Jo Ann Perrini, Manager of OPM's Pay and Administration Group, to Melanie Watson and James Green, counsel to OPM.
21. Attached as Exhibit T is a true and correct copy of a July 14, 2003 fax from Peter Gregory, Chief of DHS' Commercial Law Division, to Fred Tingley, a Pay Specialist with DHS.
22. Attached as Exhibit U is a true and correct copy of an October 21, 2003 memo from Joanne W. Simms, Deputy Assistant Attorney General, Human Resources and Administration, to Keith E. Hall, Assistant Director, Human Resource Management Division, entitled "Overtime Compensation During Training".

23. Attached as Exhibit V is a true and correct copy of Defendant's List of Privileged or Protect Documents Withheld from Production, January 11, 2007, Source Justice Management Division.

24. Attached as Exhibit W is a true and correct copy of Defendant's List of Privileged or Protect Documents Withheld from Production, January 11, 2007; Source CBP, DHS, OPM.

25. Attached as Exhibit X is a true and correct copy of Plaintiffs' First Request for Production of Documents to Defendant.

26. Attached as Exhibit Z is a true and correct copy of an August 2006 e-mail exchange between Michael J.D. Sweeney and Jeffrey Pease.

Dated: January 26, 2007

Respectfully submitted,

/s

Michael J. D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649