# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: January 31, 2007)**

* * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR.,**
**individually and on**
**behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

As discussed during the status conference on January 30, 2007, the parties shall file briefs related to the plaintiff's Motion to Compel the Production of Information, filed on January 26, 2007, as follows:

**February 12, 2007** The government files its response.

**February 26, 2007** The plaintiff files its reply.

In addition, as an attachment to their briefs, the parties shall include a list of citations to Fair Labor Standards Act cases on the issue of willfulness.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge