IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 05-142C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CITATIONS REGARDING FLSA WILLFULNESS

Pursuant to the Court's order on January 31, 2007, defendant provides the following citations to relevant cases regarding the issue of whether plaintiffs have alleged or could prove a willful violation of the Fair Labor Standards Act.

Hazen Paper Co. v. Biggins, 507 U.S. 604, 614-17 (1993) (interpreting willfulness in an analogous provision of the Age Discrimination in Employment Act).

McLaughlin v. Richland Shoe Co., 486 U.S. 128, 135 n.13 (1988) ("If an employer acts reasonably in determining its legal obligation, its action cannot be deemed willful under. . . under the standard we set forth. If an employer acts unreasonably, but not recklessly, in determining its legal obligation, then . . . it should not be [considered willful] under [Trans World Airlines v. Thurston, 469 U.S. 111, 126 (1985),] or the identical standard we approve today.").

Angelo v. United States, 57 Fed. Cl. 100, 108-09 (2003) ("Under this standard, and given that the burden of proof is on the Plaintiffs, Ms. Robinson's failure to consider one criterion, although perhaps unreasonable and negligent, was not 'deliberate' or 'intentional' and thus not willful.").

Hillstrom v. Best Western TLC Hotel, 354 F.3d 27, 33-34 (1st Cir. 2003) (interpreting willfulness in analogous provisions of the Family and Medical Leave Act).

Hickman v. United States, 43 Fed. Cl. 424, 445 (1999) (determining that the novelty of the issue and an agency's reliance upon its personnel specialists counseled against a finding of willfulness).

Ellison v. United States, 25 Cl. Ct. 481, 488 (1992) (applying Richland Shoe to an Equal Pay Act claim against the Government).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Jeffery S. Pease
by s/ Mark T. Pittman
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 514-8624

February 6, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of February 2007, a copy of the foregoing "DEFENDANT'S CITATIONS REGARDING FLSA WILLFULNESS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Mark T. Pittman