# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: February 9, 2007)**

* * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR.,** *
**individually and on** *
**behalf of others similarly situated,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion, filed February 6, 2007, for a 45-day enlargement of time within which to respond to plaintiffs' motion to compel is **GRANTED**. Accordingly, defendant shall respond to plaintiffs' motion to compel by **Thursday, March 29, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge