LIST OF EMAILS SENT JANUARY 1, 2002 – MAY 30, 2004

| | | | |
|---|---|---|---|
| 'payleave@listserv.opm.gov' | Federal Student Loan Repayment Program | Wed 5/26/2004 1:45 PM | 300 KB |
| 'payleave@listserv.opm.gov' | Federal Student Loan Repayment Program FY 2003 Report to the Congress | Mon 5/24/2004 10:53 AM | 303 KB |
| 'payleave@listserv.opm.gov' | Physicians' Comparability Allowances | Tue 5/18/2004 1:19 PM | 55 KB |
| 'payleave@listserv.opm.gov' | Overtime Regulations (5 CFR part 550) and Federal Wage System Regulations (5 CFR part 532) | Thu 5/13/2004 9:15 AM | 56 KB |
| 'payleave@listserv.opm.gov' | Repayment of Student Loans | Tue 4/20/2004 10:57 AM | 48 KB |
| 'payleave@listserv.opm.gov' | Participation of Federal Employees in Volunteer Activities | Wed 4/7/2004 3:11 PM | 43 KB |
| 'payleave@listserv.opm.gov' | Fiscal Year 2004 Physicians' Comparability Allowance Report | Tue 3/16/2004 2:15 PM | 62 KB |
| 'payleave@listserv.opm.gov' | Fiscal Year 2004 Prevailing Rate Pay Adjustments | Fri 3/5/2004 8:58 AM | 31 KB |
| 'payleave@listserv.opm.gov' | Retroactive 2004 Pay Adjustment | Fri 3/5/2004 7:38 AM | 3 KB |
| 'payleave@listserv.opm.gov' | Exceptions to the "12-Month Rule" for Senior Executive Pay Increases | Wed 1/21/2004 9:31 AM | 25 KB |
| 'payleave@listserv.opm.gov' | Conversion to New SES Performance-Based Pay System | Fri 1/9/2004 3:19 PM | 295 KB |
| 'payleave@listserv.opm.gov' | 2003 Annual Review of Special Salary Rates | Wed 1/7/2004 11:17 AM | 80 KB |
| 'payleave@listserv.opm.gov' | Notification of Changes in Post-Employment Restrictions Coverage for Members of the Senior Executive Service (SES) | Tue 1/6/2004 2:09 PM | 125 KB |
| 'payleave@listserv.opm.gov' | Implementing the January 2004 Pay Adjustments | Fri 1/2/2004 8:18 AM | 2 KB |
| 'payleave@listserv.opm.gov' | Recent Legislative Changes | Wed 12/24/2003 9:00 AM | 89 KB |
| 'payleave@listserv.opm.gov' | Earthquake in Central California | Tue 12/23/2003 3:15 PM | 100 KB |
| 'payleave@listserv.opm.gov' | Extension of Locality Payments to Non-General Schedule Employees | Tue 12/23/2003 3:14 PM | 135 KB |
| 'payleave@listserv.opm.gov' | Excused Absence for Federal Employees on December 26, 2003 | Wed 12/17/2003 8:32 AM | 139 KB |
| 'payleave@listserv.opm.gov' | Excused Absence for Federal Employees on December 26, 2003 | Wed 12/17/2003 8:06 AM | 132 KB |
| 'payleave@listserv.opm.gov' | New Performance-Based Pay System for the Senior Executive Service | Wed 12/17/2003 7:47 AM | 36 KB |
| 'payleave@listserv.opm.gov' | Excused Absence for Federal Employees on December 26, 2003 | Mon 12/15/2003 8:03 AM | 138 KB |
| 'payleave@listserv.opm.gov' | Excused Absence for Federal Employees on December 26, 2003 | Thu 12/11/2003 3:50 PM | 129 KB |
| 'payleave@listserv.opm.gov' | Excused Absence for Federal Employees on December 26, 2003 | Thu 12/11/2003 7:50 AM | 134 KB |
| 'payleave@listserv.opm.gov' | Excused Absence for Federal Employees on December 26, 2003 | Wed 12/10/2003 1:28 PM | 137 KB |
| 'payleave@listserv.opm.gov' | Washington, DC, Area Dismissal or Closure Procedures and Related Information | Mon 12/8/2003 7:45 AM | 4 KB |
| 'payleave@listserv.opm.gov' | Questions and Answers on Excused Absence for Employees Returning from Active Duty | Tue 12/2/2003 12:50 PM | 34 KB |
| 'payleave@listserv.opm.gov' | Return of Activated Military Members to Federal Civilian Employment | Mon 11/17/2003 10:35 AM | 40 KB |
| 'payleave@listserv.opm.gov' | Fiscal Year 2003 Student Loan Repayment Report | Mon 11/10/2003 8:10 AM | 28 KB |
| 'payleave@listserv.opm.gov' | Fiscal Year 2003 Student Loan Repayment Report | Fri 11/7/2003 2:29 PM | 28 KB |

| | | | |
|---|---|---|---|
| 'payleave@listserv.opm.gov' | Fiscal Year 2003 Student Loan Repayment Report | Fri 11/7/2003 11:15 AM | 28 KB |
| 'payleave@listserv.opm.gov' | Nature of Action Code for Student Loan Repayments | Thu 10/30/2003 10:20 AM | 25 KB |
| 'payleave@listserv.opm.gov' | Nature of Action Code for Student Loan Repayments | Thu 10/30/2003 10:17 AM | 24 KB |
| 'payleave@listserv.opm.gov' | Director's Memo - Wildfires in California | Tue 10/28/2003 8:53 AM | 32 KB |
| 'payleave@listserv.opm.gov' | Extended Assignment Incentives - Fact Sheet | Fri 9/12/2003 2:45 PM | 17 KB |
| 'payleave@listserv.opm.gov' | Extended Assignment Incentives - Interim Rule | Fri 9/12/2003 12:58 PM | 61 KB |
| 'payleave@listserv.opm.gov' | Update on January 2004 Pay Adjustment | Wed 9/3/2003 9:57 AM | 22 KB |
| 'payleave@listserv.opm.gov' | Update on January 2004 Pay Adjustment | Tue 9/2/2003 10:56 AM | 26 KB |
| 'payleave@listserv.opm.gov' | Director's Memo - NFL Kickoff Concert on the Mall | Thu 8/28/2003 6:42 AM | 25 KB |
| 'payleave@listserv.opm.gov' | Director's Memo - NFL Kickoff Concert on the Mall | Wed 8/27/2003 2:37 PM | 19 KB |
| 'payleave@listserv.opm.gov' | NFL Kickoff Concert on the Mall | Wed 8/27/2003 2:33 PM | 21 KB |
| 'payleave@listserv.opm.gov' | Widespread Power Outage | Fri 8/15/2003 1:54 PM | 27 KB |
| 'payleave@listserv.opm.gov' | 2003 Annual Review of Special Salary Rates | Wed 7/30/2003 8:09 AM | 857 B |
| 'payleave@listserv.opm.gov' | Hurricane Claudette | Wed 7/16/2003 10:11 AM | 25 KB |
| 'payleave@listserv.opm.gov' | EMPLOYMENT RIGHTS AND BENEFITS OF FEDERAL CIVILIAN EMPLOYEES WHO PERFORM ACTIVE MILITARY DUTY | Fri 6/20/2003 10:55 AM | 3 KB |
| 'payleave@listserv.opm.gov' | Federal Student Loan Repayment Program - Report to Congress | Tue 6/10/2003 1:57 PM | 211 KB |
| 'payleave@listserv.opm.gov' | Decreases in Federal Tax Rate Withholding Brackets | Mon 6/2/2003 11:46 AM | 51 KB |
| 'payleave@listserv.opm.gov' | Tornadoes in the Midwest | Tue 5/6/2003 9:14 AM | 55 KB |
| 'payleave@listserv.opm.gov' | Retroactive 2003 Pay Adjustment | Tue 3/25/2003 6:50 AM | 3 KB |
| 'payleave@listserv.opm.gov' | Official Duty Station for Location-Based Pay Purposes | Tue 3/4/2003 2:07 PM | 3 KB |
| 'payleave@listserv.opm.gov' | New OPM Fact Sheets | Tue 2/25/2003 2:00 PM | 3 KB |
| 'payleave@listserv.opm.gov' | Treatment of Employees On AWS Who Were Excused From Duty on 2/18/2003 | Wed 2/19/2003 1:54 PM | 19 KB |
| 'payleave@listserv.opm.gov' | AUO Regulations | Wed 2/5/2003 8:57 AM | 34 KB |
| 'payleave@listserv.opm.gov' | CPM 2003-01 and CPM 2003-02 | Mon 1/27/2003 7:25 AM | 105 KB |
| 'payleave@listserv.opm.gov' | Misc. Updates | Thu 1/9/2003 9:10 AM | 4 KB |
| 'payleave@listserv.opm.gov' | Implementing the January 2003 Pay Adjustments (CPM 2002-17) | Thu 1/2/2003 2:50 PM | 2 KB |
| 'payleave@listserv.opm.gov' | Special Rates Lawsuit Settlement | Mon 12/23/2002 10:22 AM | 4 KB |
| 'payleave@listserv.opm.gov' | Additional Guidance On OPM Director's Memo 2002-16 | Fri 12/20/2002 2:38 PM | 6 KB |
| 'payleave@listserv.opm.gov' | Half-Day Closing of Government Departments and Agencies on Tuesday, December 24, 2002 | Fri 12/20/2002 9:23 AM | 55 KB |
| 'payleave@listserv.opm.gov' | 2002 Annual Review of Special Salary Rates (CPM 2002-15) | Thu 12/19/2002 8:11 AM | 3 KB |
| 'payleave@listserv.opm.gov' | Extension of Locality Payments to Non-General Schedule Employees | Mon 12/9/2002 10:54 AM | 3 KB |
| 'payleave@listserv.opm.gov' | January 2003 Pay Adjustments CPM 2002-14 | Tue 12/3/2002 8:20 AM | 3 KB |
| 'payleave@listserv.opm.gov' | January 2003 Pay Adjustments CPM 2002-12 | Tue 12/3/2002 8:09 AM | 3 KB |
| 'payleave@listserv.opm.gov' | Draft 2003 Pay Tables | Tue 12/3/2002 7:36 AM | 2 KB |
| 'payleave@listserv.opm.gov' | Draft 2003 Salary Tables | Tue 12/3/2002 7:17 AM | 3 KB |
| 'payleave@listserv.opm.gov' | New Compensation Policy Memos - CPM 2002-12 and 2002-13 | Mon 11/18/2002 8:53 AM | 3 KB |
| 'payleave@listserv.opm.gov' | Updated Leave Administration Reference Information | Tue 11/12/2002 2:17 PM | 3 KB |
| 'payleave@listserv.opm.gov' | Basic Pay for Employees of Temporary Organizations | Thu 10/31/2002 12:54 PM | 40 KB |

| | | | |
|---|---|---|---|
| 'payleave@listserv.opm.gov' | Federal Student Loan Repayment Program | Mon 10/7/2002 9:11 AM | 4 KB |
| 'payleave@listserv.opm.gov' | Hurricane Lili | Thu 10/3/2002 10:48 AM | 54 KB |
| 'payleave@listserv.opm.gov' | Tropical Storm Isidore | Thu 9/26/2002 1:32 PM | 55 KB |
| 'payleave@listserv.opm.gov' | Meeting of the World Bank and IMF | Mon 9/16/2002 6:25 PM | 19 KB |
| 'payleave@listserv.opm.gov' | OPM's Strategic Compensation Conference 2002 | Thu 7/18/2002 7:36 AM | 314 KB |
| 'payleave@listserv.opm.gov' | Voluntary Leave Transfer Program | Tue 7/16/2002 2:46 PM | 49 KB |
| 'payleave@listserv.opm.gov' | OPM Director Memo -- Widespread Flooding in Texas | Wed 7/10/2002 8:31 AM | 55 KB |
| 'payleave@listserv.opm.gov' | 2002 Annual Review of Special Salary Rates | Fri 6/28/2002 12:44 PM | 3 KB |
| 'payleave@listserv.opm.gov' | OPM Director's Memo -- Wildfires | Wed 6/26/2002 10:40 AM | 55 KB |
| 'payleave@listserv.opm.gov' | OPM Director's Memo - Fires in the Denver Area | Thu 6/13/2002 3:06 PM | 54 KB |
| 'payleave@listserv.opm.gov' | New Fact Sheets Available on OPM Web | Mon 5/13/2002 9:53 AM | 7 KB |
| 'payleave@listserv.opm.gov' | National Volunteer Week | Wed 4/24/2002 10:45 AM | 55 KB |
| 'payleave@listserv.opm.gov' | Premium Pay Limitations | Fri 4/19/2002 7:55 AM | 48 KB |
| 'payleave@listserv.opm.gov' | Pay Caps | Thu 4/18/2002 1:56 PM | 103 KB |
| 'payleave@listserv.opm.gov' | Meeting of the World Bank and IMF | Mon 4/15/2002 10:25 AM | 52 KB |
| 'payleave@listserv.opm.gov' | Update to OPM's Questions and Answes link | Wed 4/10/2002 9:23 AM | 617 KB |
| 'payleave@listserv.opm.gov' | FW: Student Loan Repayment Fact Sheets and Related Information | Tue 4/9/2002 1:06 PM | 496 KB |
| 'payleave@listserv.opm.gov' | Student Loan Repayment Fact Sheets and Related Information | Tue 4/9/2002 1:05 PM | 496 KB |
| 'payleave@listserv.opm.gov' | AUO Regulations | Thu 2/14/2002 8:03 AM | 41 KB |
| 'payleave@listserv.opm.gov' | AUO Regulations | Wed 2/13/2002 1:33 PM | 36 KB |
| 'payleave@listserv.opm.gov' | AUO Regulations | Wed 2/13/2002 9:12 AM | 39 KB |
| 'payleave@listserv.opm.gov' | Recent Legislative Changes and Monroney Amendment | Tue 1/29/2002 7:51 AM | 106 KB |
| 'payleave@listserv.opm.gov' | 2002 Pay Caps and Pay Computation Examples | Wed 1/2/2002 9:34 AM | 873 B |

**Emails Sent Via the payleave listserv 2/3/01 – 4/29/02**

| | |
|---|---|
| 'payleave@listserv.opm.gov' | National Volunteer Week Wed 4/24/2002 10:45 AM 55 KB |
| 'payleave@listserv.opm.gov' | Premium Pay Limitations Fri 4/19/2002 7:55 AM 48 KB |
| 'payleave@listserv.opm.gov' | Pay Caps Thu 4/18/2002 1:56 PM 103 KB |
| 'payleave@listserv.opm.gov' | Meeting of the World Bank and IMF Mon 4/15/2002 10:25 AM 52 KB |
| 'payleave@listserv.opm.gov' | Update to OPM's Questions and Answes link Wed 4/10/2002 9:23 AM 617 KB |
| 'payleave@listserv.opm.gov' | FW: Student Loan Repayment Fact Sheets and Related Information Tue 4/9/2002 1:06 PM 496 KB |
| 'payleave@listserv.opm.gov' | Student Loan Repayment Fact Sheets and Related Information Tue 4/9/2002 1:05 PM 496 KB |
| 'payleave@listserv.opm.gov' | AUO Regulations Thu 2/14/2002 8:03 AM41 KB |
| 'payleave@listserv.opm.gov' | AUO Regulations Wed 2/13/2002 1:33 PM 36 KB |
| 'payleave@listserv.opm.gov' | AUO Regulations Wed 2/13/2002 9:12 AM 39 KB |
| 'payleave@listserv.opm.gov' | Recent Legislative Changes and Monroney Amendment Tue 1/29/2002 7:51 AM 106 KB |
| 'payleave@listserv.opm.gov' | 2002 Pay Caps and Pay Computation Examples Wed 1/2/2002 9:34 AM 873 B |
| 'payleave@listserv.opm.gov' | 2002 Salary Tables Mon 12/31/2001 9:33 AM 832 B |
| 'payleave@listserv.opm.gov' | QUESTIONS AND ANSWERS ON PAY AND LEAVE ADMINISTRATION FOR DECEMBER 24-25, 2001 Tue 12/18/2001 9:38 AM 632 B |
| 'payleave@listserv.opm.gov' | AAJ Interim Regulations Published Tue 12/11/2001 12:52 PM 48 KB |
| 'payleave@listserv.opm.gov' | Recently Issued Memos Tue 12/11/2001 12:24 PM 957 B |
| 'payleave@listserv.opm.gov' | Excused Absence for Federal Employees on December 24, 2001 Fri 12/7/2001 2:45 PM 51 KB |
| 'payleave@listserv.opm.gov' | Correction - Washington, DC, Area Dismissal or Closure Procedures Fri 11/30/2001 1:45 PM 18 KB |
| 'payleave@listserv.opm.gov' | Washington, DC, Area Dismissal or Closure Procedures Thu 11/29/2001 10:43 AM 46 KB |
| 'payleave@listserv.opm.gov' | Report to Congress on Paid Parental Leave (CPM 2001-11) Wed 11/21/2001 4:52 PM 148 KB |
| 'payleave@listserv.opm.gov' | Frequently Asked Questions on Military Leave Update Wed 11/21/2001 1:18 PM 35 KB |
| 'payleave@listserv.opm.gov' | Cost-of-Living Allowances (Nonforeign Areas) Fri 11/9/2001 3:10 PM 195 KB |
| 'payleave@listserv.opm.gov' | Cost-of-Living Allowances (Nonforeign Areas) Fri 11/9/2001 3:07 PM 195 KB |
| 'payleave@listserv.opm.gov' | Restoration of Annual Leave Fri 11/2/2001 2:00 PM 47 KB |
| 'payleave@listserv.opm.gov' | Frequently Asked Questions on Military Leave Mon 10/29/2001 10:05 AM 30 KB |
| 'payleave@listserv.opm.gov' | Additional Questions and Answers on Potential Exposure to Anthrax Mon 10/29/2001 9:44 AM 26 KB |
| 'payleave@listserv.opm.gov' | OPM Job Announcements Wed 10/24/2001 1:40 PM 769 B |
| 'payleave@listserv.opm.gov' | Job Annoucement at OPM - Compensation Administration Division Mon 10/22/2001 11:47 AM 68 KB |
| 'payleave@listserv.opm.gov' | Hazardous Duty Pay or Environmental Differential Pay Fri 10/19/2001 3:00 PM 771 B |

'payleave@listserv.opm.gov' OPM Job Annoucements Thu 10/18/2001 2:20 PM 61 KB
'payleave@listserv.opm.gov' Updated Guidance Thu 10/18/2001 2:05 PM 1 KB
'payleave@listserv.opm.gov' Documenting Personnel Actions for Reservists Called to Active Duty Fri 9/28/2001 11:07 AM 31 KB
'payleave@listserv.opm.gov' Pay and Leave Guidance for Federal Employees Affected by the Attacks at the World Trade Center and the Pentagon Mon 9/24/2001 8:22 AM 33 KB
'payleave@listserv.opm.gov' Rights and Benefits of Reservists Called to Active Duty - CPM 2001-09 Mon 9/17/2001 9:16 AM 66 KB
'payleave@listserv.opm.gov' "National Day of Prayer... Fri 9/14/2001 8:43 AM 22 KB
'payleave@listserv.opm.gov' Correction Thu 9/13/2001 11:19 AM 1 KB
'payleave@listserv.opm.gov' Correction to Summary Thu 9/13/2001 10:07 AM 1 KB
'payleave@listserv.opm.gov' Excused Absence and Assistance to Federal Employees Affected by the Attacks at the World Trade Center and the Pentagon Thu 9/13/2001 10:02 AM 59 KB
'payleave@listserv.opm.gov' Washington, DC, Area Emergency Dismissal or Closure Procedures Wed 9/12/2001 11:23 AM 1 KB
'payleave@listserv.opm.gov' OPM's Strategic Compensation Conference 2001 Thu 8/2/2001 10:39 AM 51 KB

'payleave@listserv.opm.gov' New Electronic Leave Forms (CPM 2001-07) Mon 6/25/2001 9:39 AM 23 KB
'payleave@listserv.opm.gov' 2001 Annual Review of Special Salary Rates Mon 6/25/2001 8:40 AM 27 KB
'payleave@listserv.opm.gov' Revision to CPM 2001-05 Fri 6/8/2001 10:42 AM 27 KB
'payleave@listserv.opm.gov' CPM 2001-5 Thu 6/7/2001 3:30 PM 76 KB
'payleave@listserv.opm.gov' CPM 2001-5 Thu 6/7/2001 2:13 PM 669 B
'payleave@listserv.opm.gov' CPM2001-05 Thu 6/7/2001 9:38 AM 103 KB
'payleave@listserv.opm.gov' New Pay System for Administrative Appeals Judges Thu 4/19/2001 1:15 PM 75 KB

'payleave@listserv.opm.gov' Pay Administration Workshop Tue 3/13/2001 2:10 PM 10 KB
'PAYLEAVE@LISTSERV.OPM.GOV' NEW OPM FACT SHEETS Thu 3/8/2001 11:28 AM397 KB
'payleave@listserv.opm.gov' Calculating Rates of Basic Pay for Certain GM Employees Who Receive Special Salary Rates Fri 2/16/2001 2:22 PM 92 KB