**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | **No. 05-142C** |
| | ) | **(Judge Firestone)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

# DECLARATION OF MICHAEL J.D. SWEENEY, ESQ.

I, Michael J.D. Sweeney, declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. I am an attorney admitted to practice before this Court. I am associated with the Getman Law Office, 9 Paradies Lane, New Paltz, N.Y. 12561, attorneys for the Plaintiffs in this case. I make this declaration to introduce certain documents and facts in support of the Plaintiffs' Reply with respect to its Motion to Compel Production of Information.

2. Attached as Exhibit AA is a true and correct copy of a March 30, 2007 e-mail from Jeffrey Pease, counsel for the Defendant, to Michael Sweeney, counsel for Plaintiffs.

Dated: April 12, 2007

Respectfully submitted,

/s

Michael J. D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649