**Main Identity**

**From:** "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
**To:** "Michael Sweeney" <MSweeney@getmanlaw.com>
**Sent:** Friday, March 30, 2007 5:30 PM
**Subject:** RE: Moreno & Porta Proposed Protective Orders & Additional Documents

Mike,

I apologize that I wasn't able to make much progress on obtaining the affidavits from other agencies while I was out on paternity leave. Although I have contacted all of the agencies, we have not yet received their affidavits. We will continue to follow up and will promptly provide the agencies' affidavits to you when we receive them.

Thanks,
Jeff

-----Original Message-----
From: Michael Sweeney [mailto:msweeney@hvcbiz.rr.com]
Sent: Thursday, March 29, 2007 4:14 PM
To: Pease, Jeffrey (CIV)
Subject: Fw: Moreno & Porta Proposed Protective Orders & Additional Documents

Dear Jeff,

Welcome back. I hope your paternity leave was wonderful.

I have not received the affidavits regarding the BLM, HUD, State Department, Forest Service, and NPS pay policies for a sixth day of entry level training at the FLETC that you agreed to send. Please send them as soon as possible, and let me know when I can expect them.

- Mike Sweeney

----- Original Message -----
From: "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
To: <MSweeney@getmanlaw.com>
Sent: Friday, January 12, 2007 10:16 PM
Subject: RE: Moreno & Porta Proposed Protective Orders & Additional Documents

Mike,

Please see the attached letter.

Thanks,
Jeff

-----Original Message-----
From: Michael Sweeney [mailto:msweeney@hvcbiz.rr.com]

Sent: Friday, January 12, 2007 2:51 PM
To: Pease, Jeffrey (CIV)
Subject: Re: Moreno & Porta Proposed Protective Orders & Additional Documents

Jeff,

As per my request at Mr. Mikowicz deposition, please provide affidavits from HUD, State Department and Forestry personnel regarding those entities pay policies for a sixth day of entry level training at the FLETC along with the stipulation that you describe in the three of your January 10, 2007 letter.
Please let me know as soon as possible if you do not intend to provide the affidavits and stipulation for the additional entities.

Also, the Defendant produced a series of documents at 1:38 p.m. yesterday, in the middle of the OPM 30(b)(6) deposition. Two of the documents, MOR 213 and 220, refer to documents showing that OPM considered the term "regular working hours" to include regularly scheduled overtime as far back as 1976.
I cannot imagine the reason the Defendant did not produce these documents earlier as they go to the heart of the issues in this case and are clearly covered by the document requests. I requested the production of the documents at the deposition, and I reiterate the request now. Please let me know if you have an objection to producing the documents so that we can bring it to Judge Firestone for prompt resolution.

Thank you.

- Mike Sweeney

----- Original Message -----
From: "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
To: <MSweeney@getmanlaw.com>
Sent: Wednesday, January 10, 2007 4:41 PM
Subject: RE: Moreno & Porta Proposed Protective Orders & Additional Documents

Mike,

Please see the attached letter and enclosures.

Thanks,
Jeff

-----Original Message-----
From: Michael Sweeney [mailto:msweeney@hvcbiz.rr.com]
Sent: Tuesday, January 09, 2007 6:21 PM
To: Pease, Jeffrey (CIV)
Subject: Re: Moreno & Porta Proposed Protective Orders & Additional Documents

Jeff,

I understand your concerns about the Privacy Act. I will send the proposed order to the Court.

With respect to the 5th subject on the OPM deposition notice, my concern is that we discover what various entities received OPM communications on its policy with respect to the 6th day of training at the FLETC. I would be happy with a representation that people responsible for compensation policy at the INS, DHS, ICE, CIS, CBP, BLM and NPS received communications sent out on the list serve from January 1, 2002 through January 1, 2005 (to the extent that the particular entity existed).

Affidavits from BLM and NPS personnel regarding those entities pay policies for a sixth day of entry level training at the FLETC would be acceptable along with the stipulation that you describe in the fourth paragraph of your letter.

Please do not misunderstand my concern with respect to propounding additional document requests for the documents identified in the Draper and Coleman depositions. It is not that I do not want to propound additional requests, it is that the documents identified are covered under the requests already propounded. Given the nature of the Defendant's responses to date, I do not have faith that additional requests will not be dealt with any differently. I am willing to try to negotiate something over the telephone, but if you are of another mind, I will raise the issue with the Court. Let me know how you would like to proceed.

I am not inclined to seek an extension of discovery.

- Mike Sweeney

----- Original Message -----
From: "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
To: "Michael Sweeney" <msweeney@hvcbiz.rr.com>
Sent: Tuesday, January 09, 2007 2:39 PM
Subject: RE: Moreno & Porta Proposed Protective Orders & Additional Documents

Mike,

Please see the attached letter.

Thanks,
Jeff

-----Original Message-----
From: Michael Sweeney [mailto:msweeney@hvcbiz.rr.com]
Sent: Monday, January 08, 2007 2:13 PM
To: Pease, Jeffrey (CIV)
Subject: Re: Moreno & Porta Proposed Protective Orders & Additional

Documents

Jeff,

I mailed the Notice of Deposition to you, as has been our practice. Please let me know the details of where the deposition will take place so that I can instruct the reporter. I appreciate your concern as to the Pay and Leave Administration Group's pay list server. I would be satisfied if you can provide a list of those people from DHS, ICE, CIS, CBP, BLM and NPS who were included on the list server in March, April, May, June, July, August or September of 2003. Then I can limit my questions of the deponent to relevant names. Given the testimony of Ms. Draper and Mr. Coleman, it is important to know who at those agencies received e-mails from the list serve.

I would be satisfied with affidavits from BLM and NPS personnel regarding their pay policies for a sixth day of entry level training at the FLETC, provided that you also provide a stipulation that for purposes of this case the Defendant does not know how other agencies compensated for the sixth day of training at FLETC. That way, we all know what evidence is available and I can rest assured that select evidence about other agencies' pay practices will not appear later.

With respect to the document requests, I would like to speak with you on the phone before going to Judge Firestone. I think we owe her that. I am not trying to be difficult, but I am concerned that discovery ends next week. I believe that the documents that the deponents identified should have been produced already. If I propound additional document requests, I fear that I will end up with a bunch of new objections rather than the documents.

- Mike Sweeney

----- Original Message -----
From: "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
To: <MSweeney@getmanlaw.com>
Sent: Friday, January 05, 2007 6:06 PM
Subject: RE: Moreno & Porta Proposed Protective Orders & Additional Documents

Mike,

Please see the attached letter.

Thanks,
Jeff

-----Original Message-----
From: Michael Sweeney [mailto:msweeney@hvcbiz.rr.com]
Sent: Thursday, January 04, 2007 6:05 PM
To: Pease, Jeffrey (CIV)
Subject: Re: Moreno & Porta Proposed Protective Orders & Additional Documents

Jeff,

Thank you. I am in court tomorrow but will try to review the orders during down time. I am still waiting on a response on the outstanding document requests. I am anxious as our discovery deadline is fast approaching. Also, please give me the details for the OPM deposition so that I can schedule a court reporter.

- Mike Sweeney

----- Original Message -----
From: "Pease, Jeffrey (CIV)" <Jeffrey.Pease@usdoj.gov>
To: <MSweeney@getmanlaw.com>
Sent: Thursday, January 04, 2007 5:39 PM
Subject: RE: Moreno & Porta Proposed Protective Orders & Additional Documents

Mike,

Please see the attached letter and modified proposed protective orders.

Thanks,
Jeff

-----Original Message-----
From: Michael Sweeney [mailto:msweeney@hvcbiz.rr.com]
Sent: Tuesday, January 02, 2007 3:21 PM
To: Pease, Jeffrey (CIV)
Subject: Re: Moreno & Porta Proposed Protective Orders & Additional Documents

Dear Jeff,

The Plaintiffs can agree to the Moreno and Porta Protective Orders with a few changes.

First, paragraph 6 must include (d) the individual or individuals to whom such records pertain; and (e) the Plaintiffs. Both will be subject to the provisions of the Protective Order.
Second, paragraph 10 should read that any confidential information filed with the Court identifying specific individuals will be filed under seal. I am concerned that the way it reads now a brief or motion containing non confidential language excerpted from a document marked confidential would have to be filed under seal. We cannot agree to that. I think the language I propose meets both our concerns.

Third, paragraph 11 is not appropriate for the Protective Order. You have the right depositions to ask that portions be designated confidential during the deposition. We cannot agree to increase your rights via the Protective Order.

If you make these changes, we can agree to the Protective Orders.

Thank you.

- Mike Sweeney

----- Original Message -----
From: <Jeffrey.Pease@usdoj.gov>
To: <MSweeney@getmanlaw.com>
Sent: Monday, November 27, 2006 3:28 PM
Subject: Moreno & Porta Proposed Protective Orders & Additional Documents

> Mike,
>
> Please see the attached letter and enclosures.
>
> Very truly yours,
>
> Jeffrey S. Pease
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> Department of Justice
> 1100 L Street, N.W., Room 12018
> Washington, D.C. 20530 (20005 for non-postal deliveries)
> Tel: (202) 353-7991 (direct)
> Fax: (202) 514-8624
>