# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: May 4, 2007)**

* * * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

As discussed during the status conference held on May 3, 2007, the court **ORDERS** as follows:

(1) The plaintiff's motion to compel, filed on January 26, 2007, is:

(a) **DENIED** as to the documents identified by the government as covered by attorney-client privilege; and

(b) **GRANTED** for the document requests that remain in dispute (requests 3(a), (d), (e), (f), (g), (h), (j), and (k)), subject to the limitations discussed during the status conference The government shall produce documents in response to these requests no later than **Monday, June 4, 2007**. If the government anticipates that it will be unable to produce the documents by the deadline, it shall request an enlargement of time by May 25, 2007.

(2) The schedule for briefing on a partial summary judgment with regard to liability is as follows:

| | |
|---|---|
| **Friday, July 13, 2007** | Plaintiff files motion for partial summary judgment. |

The schedule for the remainder of the briefing shall be in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge