IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-142C<br><br>(Judge Firestone) |

DECLARATION OF WILLIAM R. KRAUS

I, William R. Kraus, state the following:

1. I am an Associate Legal Advisor, Commercial and Administrative Law Division, Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement (US ICE).

2. On Monday, May 21, 2007, Mr. Arthur Rettinger, an attorney in the Office of the Chief Counsel, US Customs and Border Protection (US CBP), emailed me and requested assistance in a discovery matter in Moreno v. United States, No. 05-142C. This email was the first communication I had received on this matter and the first notice this office had of this litigation.

3. In that email, Mr. Rettinger asked for my assistance in checking the records of US ICE to see if we had any documents responsive to the following:

A. Emails between members of the INS compensation policy staff who were involved with the FLETC issue regarding payment of overtime for the 6th day of training at the FLETC (limited to January 2002 through September 2003).

B. Emails in Wayne Coleman's email account regarding payment of overtime for the 6th day of training at the FLETC (limited to January 2002 through September 2003).

C. The reimbursement agreement between ICE and USDA National Finance Center providing for payment for the payment of overtime for the 6th day of training at the FLETC.

D. Emails between ICE compensation staff and FLETC attendees (INS) regarding payment of overtime for the 6th day of training at the FLETC (limited to March 2003 through December 2004).

E. Notice provided to FLETC attendees (INS) when they were paid back overtime wages (limited to March 2003 through December 2004).

F. The training module for the INS supervisors course (in Dallas) on overtime and premium pay (limited to January 2000 through September 2003).

4. Based upon these requests, I took the actions set forth below in Paragraphs Nos. 5-10.

5. Requests A, B, and D were emailed on May 21, 2007, to the Office of the Chief Information Officer (OCIO), US ICE. The project was assigned to Ms. Elizabeth Michelsen, Enterprise Operations, OCIO.

6. Ms. Michelsen and her staff are attempting to locate the "post office" in ccMail (the Agency's email system at the time relevant to these requests. Locating that "post office" will allow the OCIO staff to attempt to locate the mailboxes of the relevant employees for requests A, B, and D. Once the mailboxes are identified, back up tapes of those email records, for the periods in question, will be retrieved and read in an attempt to identify if any emails can be found. Ms. Michelsen anticipates this process will take three weeks. At that point, the Agency will be able to identify and retrieve any responsive emails.

7. Requests C and E were forwarded to two (2) Payroll Specialists, U.S. CBP, and to the Office of Financial Management (OFM), U.S. ICE. Request C was also forwarded to the Acting Director, Labor and Employee Relations, Office of Human Resource Capital (OHRC).

8. The search of OHRC records and files did not produce any responsive record for Request C, however, they are continuing to search their files.

9. The search of OFM and Payroll records also did not produce any responsive document.

10. Request F, was sent to the Leadership Development Center (LDC), US ICE in Dallas, Texas. A search of their records produced no responsive record of any training module on overtime and premium pay. Additionally, Ms. Quinn, Deputy Director for the LDC, informed me that based upon her experience with the Center, which dates back to the early 1990s, no such module has ever been taught at the Center.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 24, 2007.

William R. Kraus