# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: May 25, 2007)**

* * * * * * * * * * * * * * * * *
**ARTURO MORENO, JR.,** *
**individually and on** *
**behalf of others similarly situated,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** a status conference for **Wednesday, May 30, 2007 at 1:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (845) 255-9370; counsel for defendant at (202) 353-0503. The parties shall be prepared to discuss the government's pending motion for enlargement of time. The court will initiate the call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge