**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**ARTURO MORENO, JR.,**
**individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.** **No. 05-142C**
**Judge Firestone**

**THE UNITED STATES OF AMERICA, et al.,**

**Defendants.**

---

**PLAINTIFFS' MOTION TO STAY BRIEFING SCHEDULE**

On May 4, 2007, the Court set deadlines for the Defendant to produce discovery by June 4, 2007, and for the Plaintiffs' to file their motion for partial summary judgment on July 13, 2007. (Docket # 96). Since the Court's May 4 Order, the Defendant has sought an enlargement of time to produce discovery until July 19, 2007. (Docket # 98). The Court granted the Defendant's request in a telephone conference on May 30, 2007. Accordingly, the Plaintiffs, with the Defendant's consent, respectfully request that the Court stay the partial summary judgment briefing schedule until such time as the Defendant has fulfilled its discovery obligations. At that time, the Plaintiffs will move the Court for a revised briefing schedule.

Dated: July 11, 2007

/s
Michael J.D. Sweeney
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
facsimile (845) 255-8649