# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: July 16, 2007)**

* * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' motion, filed July 11, 2007, to stay the partial summary judgment briefing until after the July 19, 2007 discovery deadline is **GRANTED**. Accordingly, briefing is **STAYED**. The plaintiff shall move the court for a revised briefing schedule once discovery is completed.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge