# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: August 7, 2007)**

* * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR.,** *
**individually and on** *
**behalf of others similarly situated,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The parties shall file a joint status report by **Wednesday, August 22, 2007** proposing a briefing schedule.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge