# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: August 27, 2007)**

* * * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR., individually and on behalf of others similarly situated,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * *

**ORDER**

The court **AMENDS** its August 24, 2007 Scheduling Order as follows:

(1) Plaintiff's motion for cross-motion for summary judgment on the issue of liability is due on **Friday, October 5, 2007**.

(2) All other deadlines remain the same.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge