**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., et al.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-142C** |
| **THE UNITED STATES,** | ) | **(Judge Firestone)** |
| **Defendant.** | ) | |

**PLAINTIFFS' MOTION TO REVISE BRIEFING SCHEDULE**

Plaintiffs request the Court revise its August 27, 2007 Order (Doc. #105) to make Plaintiffs' motion for summary judgment in this matter due on October 12, 2007. The motion is currently due on October 5, 2007. Plaintiffs make this request because a change in scheduling for a trial in the U.S. District Court for the Southern District of New York makes the October 5 date very difficult for counsel to meet. Defendant does not oppose Plaintiffs' request. This is the first request Plaintiffs have made for an enlargement to the summary judgment schedule. The request will not affect the remaining schedule for the summary judgment filings.

September 27, 2007

Respectfully submitted,

/s/Michael J.D. Sweeney
______________________________

MICHAEL J.D. SWEENEY
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2007, a copy of the foregoing "PLAINTIFFS' MOTION TO REVISE BRIEFING SCHEDULE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael J.D. Sweeney