# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: October 1, 2007)**

* * * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's unopposed motion, filed September 27, 2007, for an enlargement of time within which to file is motion for summary judgment is **GRANTED**. Accordingly Plaintiff shall file its motion for summary judgment on the issue of liability by **Friday, October 12, 2007**. All other deadlines remain the same.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge