IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-142C |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | (Judge Firestone) |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S CORRECTED UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 7 of the rules of this Court, defendant, the United States, respectfully requests an enlargement of time of 21 days, to and including December 21, 2007, within which to file our opposition to the motion for summary judgment filed by the plaintiffs in this action and its cross-motion for summary judgment. Our opposition and cross-motion is presently due to be filed on November 30, 2007. This is our first request for an enlargement of time for this purpose. Government counsel has discussed this request with plaintiffs' counsel, who indicated by telephone on November 2, 2007, that plaintiffs do not oppose this request.

Plaintiffs' motion for summary judgment was due October 12, 2007. Because plaintiffs electronically filed their motion under seal and did not otherwise serve their motion on the defendant, and because the sealed version was not accessible electronically to government counsel, defendant did not receive plaintiffs' motion when filed. Plaintiffs provided defendant with a copy of their motion today, November 2, 2007, 21 days after it was filed. Accordingly, Government counsel will require an additional 21 days to prepare its opposition and cross-motion.

We respectfully request that all of the deadlines in this matter be adjusted by 21 days as follows:

Defendant's opposition and cross-motion by December 21, 2007;

Plaintiffs' reply in support of its motion and opposition to Defendant's cross-motion by January 18, 2008; and

Defendant's reply in support of its cross-motion by February 8, 2008.

For these reasons, we respectfully request that the Court grant our unopposed motion for a 21-day enlargement of time within which to file our opposition and cross-motion and a 21-day enlargement of time for the other deadlines in the motion for summary judgment briefing schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Maame A.F. Ewsi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-0503
Fax: (202) 514-8624

November 2, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of November, 2007, a copy of the foregoing "DEFENDANT'S CORRECTED UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah