# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: November 6, 2007)**

* * * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed November 2, 2007, for a 21-day enlargement of time within which to file its opposition and cross-motion to plaintiffs' motion for summary judgment is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

| | |
|---|---|
| **December 21, 2007** | Government's opposition and cross-motion to plaintiffs' motion for summary judgment on the issue of liability. |
| **January 18, 2008** | Plaintiffs' reply in support of their motion and opposition to Government's cross-motion. |
| **February 8, 2008** | Government's reply in support of its cross-motion. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge