# *FPM Sunset Document*

December 31, 1993

## TABLE OF CONTENTS

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

How To Use This Document . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Summary Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Chapter Summary Sheets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Notice and Posting System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

Samples of Notice and Posting System . . . . . . . . . . . . . . . . . . . . . 102i-102iv

Operating Manuals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

## INTRODUCTION

Effective December 31, 1993, the Federal Personnel Manual (FPM) is abolished. It is succeeded by a Provisional System which will sunset on December 31, 1994. The Provisional System has three parts which are explained in this document. They are:

### Specifically Retained Provisions of the FPM

*These provisions have been retained to avoid policy gaps and continue the smooth functioning of the Government. During 1994, this material will be incorporated into other documents as appropriate. The retained provisions, as well as abolished material, are detailed in the Summary Table and Chapter Summary Sheets (pages 5-101).*

### Notice and Posting System

*This system has been set up to provide a vehicle for OPM to communicate with operating personnel offices. During 1994, OPM will also post information on electronic bulletin boards and other alternative media. The provisional Notice and Posting System is covered on page 102.*

### Operating Manuals

*Those parts of the FPM that deal with the uniform processing of employment actions and retirement and insurance matters are replaced by Operating Manuals. These manuals will be reauthorized during 1994, and will continue after the sunset date. The Operating Manuals are covered on page 103.*

**For Assistance**

Throughout the Sunset Document, the telephone numbers of subject matter experts who can answer your questions are provided (see numbers listed on the bottom of each Chapter Summary Sheet). The Sunset Document and other relevant information is also available on the OPM Mainstreet Bulletin Board (202-606-4800). For assistance regarding the Notice and Posting System, please contact the OPM Issuance Office on (202) 606-1973. In our new role as an advisor and consultant, we are prepared to work with you to create effective, agency

A21

specific personnel systems that fit your unique needs.

## HOW TO USE THIS DOCUMENT

The Federal Personnel Manual (FPM) Sunset Document outlines the FPM material that is abolished and the FPM material that is being provisionally retained through December 31, 1994. It also contains information on the provisional Notice and Posting System and information about covers for the new Operating Manuals.

### SUMMARY TABLE AND SUBJECT AREA SUMMARY SHEETS

The **Summary Table** is in numerical order by FPM chapter, and may be used as a quick reference to determine the disposition of all material in any FPM subject area.

The **Chapter Summary Sheets** are also in numerical order by FPM chapter. Each summary sheet outlines the status of all information currently in the FPM for a specific chapter, including all subchapters, appendices, letters, bulletins, and supplements. The Summary Sheets are hole punched so that they may be placed in the front of the corresponding current FPM chapter for easy reference.

**Each summary sheet is divided into the following sections:**

| ABOLISHED |
| --- |
| Material that is eliminated from the FPM because it is redundant, out-of-date guidance, advice, or unnecessary regulation. |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
| --- |
| Material that is being retained because it contains process instructions, critical case law, ensures consistency of action throughout Government, or authorizes agency action. After December 31, 1994, this information will either be issued as process manuals, delegated to agencies, or incorporated into regulation. If all material in a FPM chapter has been abolished, there will be no section on provisionally retained material. |

A23

Within the Abolished and Provisionally Retained sections of the Chapter Summary Sheets, each chapter is separated into subchapters, appendices, letters, bulletins, and supplements. Disposition of information is then identified using the following terms:

- **ALL**
  When <u>all</u> information in a specific section of the chapter is being <u>abolished</u>.

- **NONE**
  Used in tandem with "All." For example, if all of the subchapters are abolished, none is being provisionally retained.

- **NONE EXIST**
  Indicates that there is no existing information in that section or title of the FPM chapter.

- **ALL, EXCEPT AS NOTED IN THE RETAINED SECTION**
  Only the material that is specifically noted is being retained, the rest (if any) is abolished.

**<u>RELEVANT STATUTORY AND OTHER REQUIREMENTS:</u>**

This section provides the statutory and/or other cites that the information in a FPM chapter is based on. The following abbreviations are used in this section: U.S.C. for United States Code; CFR for Code of Federal Regulations; E.O. for Executive Order; and § for Sections of the U.S.C.

**<u>CONTACT(S):</u>**

This section provides the name and phone number of an office within OPM that will answer questions, provide advice, and offer assistance to users of the Sunset Document.

## NOTICE AND POSTING SYSTEM

During calendar year 1994, the current FPM distribution system will be kept in place. Under a provisional notice and posting system, current subscribers will continue to receive notices on regulations; variations; pay levels and other adjustments to pay or annuities; changes to current operating requirements; and Governmentwide policy information. Refer to the section of this document on the notice and posting system for further information.

## OPM OPERATING MANUALS

Several of the current Supplements contain procedural guidance that is applicable to all agencies. These supplements are replaced by operating manuals. During calendar year 1994, the operating manuals may have updates similar to the current installments. Any

A24

updates that are issued during the provisional year will be distributed to those subscribers who currently receive the supplements. The covers for these new manuals are included at the end of the Sunset Document. Please refer to the section of this document on operating manuals for further information.

## POST FPM ENVIRONMENT

Over the next year, the Office of Personnel Management will be exploring different options and testing alternative formats for communicating personnel information. All current subscribers will be kept up-to-date regarding innovations and future technology.

## ADVICE FROM THE NATIONAL PARTNERSHIP COUNCIL

The planned "sunset" of the Federal Personnel Manual will make it possible to change at the agency level certain personnel policies and practices that the FPM had mandated or prescribed. In the interest of stability and dispute prevention, the National Partnership Council (NPC) urges agencies and unions to refrain from pursuing such changes, unless they are mutually agreeable to both parties, for six months from the effective date of the FPM sunset. In other words, the NPC asks both unions and agencies to refrain from pursuing changes that will result in a dispute and require a third party to resolve. This six month moratorium on other than mutually agreeable changes will enable agencies and unions to jointly assess the extent of changes made possible by the FPM sunset and to approach making changes in a partnership manner.

## HELPFUL HINTS FOR USERS

- Supplements have been listed with the appropriate chapter, i.e. information on Supplement 296-33 can be found on the Chapter Summary Sheet for Chapter 296.

- All provisionally retained material is specifically listed. If you do not see it listed, it is abolished!

- Bulletins that have been provisionally retained expire on the date shown on the bulletins, not on December 31, 1994.

- The new operating manuals will be reauthorized before December 31, 1994. During 1994, you will continue to receive notices (similar to current installments) updating these manuals.

A25

## SUMMARY TABLE

| FPM | Subject | *Disposition* | Pg. |
|---|---|---|---|
| 002 | Table of Contents | *Abolished* | 11 |
| 003 | Index | *Abolished* | 12 |
| 171 | Office of Personnel Management Issuance System Chapters | *Abolished* | 13 |
| 210 | Basic Concepts and Definitions | *Abolished* | 14 |
| 211 | Veterans' Preference | *Abolished* except for: Subchapters 1, 2, 3* | 15 |
| 212 | Framework of the Federal Civilian Service | *Abolished* | 16 |
| 213 | Excepted Service | *Abolished** | 17 |
| 230 | Organization of the Government for Personnel Management | *Abolished* except for: Subchapter 4-3* | 18 |
| 250 | Personnel Management in Agencies | *Abolished** | 19 |
| 251 | Intramanagement Communications and Consultation | *Abolished* | 20 |
| 252 | Professional or Other Associations | *Abolished* | 21 |
| 271 | Developing Policies, Procedures, Programs, and Standards | *Abolished** | 22 |
| 273 | Personnel Management Evaluation | *Abolished* | 23 |
| 274 | Corrective Actions | *Abolished* | 24 |
| 291 | Personnel Reports | *Abolished** | 25 |
| 292 | Personnel Data Standardization | *Abolished except for: Subchapter 1; Supplement 292-1, subchapters 1, 2(moved to new centralized instructions manual)* | 26 |

A26

| | | | |
|---|---|---|---|
| 293 | Personnel Records and Files | *Abolished* except for: Subchapters 3, 6; Appendix B; Letter 293-21; Supplement 293-31, subchapters 4, 7 (moved to new centralized instructions manual)* | 27 |
| 294 | Availability of Official Information | *Abolished* | 28 |
| 295 | Personnel Forms and Documents | *Abolished** | 29 |
| 296 | Processing Personnel Actions | *Provisionally retained (Supplement 296-33 moved to new centralized instructions manual)* | 30 |
| 298 | Federal Personnel Information Systems | *Abolished except for: Subchapters 1, 2, 3; Appendices A, B; Letters 298-41, 298-43, 298-44, 298-45; Supplement 298-1, subchapters 1, 2, 3, 4; Supplement 298-2 (moved to new centralized instructions manual)* | 31 |
| 300 | Employment | *Abolished except for: Bulletins 300-102, 300-103, 300-104, 300-105, 300-106, 300-107, 300-108, 300-109, 300-110, 300-111* | 32 |
| 301 | Overseas Employment | *Provisionally retained* | 33 |
| 304 | Employment of Individual Experts and Consultants | *Provisionally retained* | 34 |
| 306 | Selective Placement Programs | *Abolished** | 35 |
| 307 | Veteran's Readjustment Appointments | *Abolished* | 36 |
| 308 | Student Employment Programs | *Abolished* | 37 |
| 309 | Hosting Enrollees of Federal Grant Programs | *Abolished* | 38 |
| 310 | Employment of Relatives | *Abolished* | 39 |
| 312 | Position Management | *Abolished* | 40 |
| 315 | Career and Career-Conditional Employment | *Abolished* except for: Subchapters 1, 2, 3, 4, 5, 6, 7, 8, 9; Letters 315-24, 315-26, 315-28, 315-29, 315-30, 315-31, 315-32* | 41 |
| 316 | Temporary Employment | *Abolished except for: Subchapters 1, 2, 3; Letters 316-16, 316-25* | 42 |

A27

| | | | |
|---|---|---|---|
| **319** | Senior Level and Scientific Professional Positions and Employment | *Abolished except for:*<br>*Subchapters 1, 2, 3; Appendices A-1, A-2* | 43 |
| **330** | Recruitment, Selection and Placement | *Abolished except for:*<br>*Subchapters 3, 4* | 44 |
| **331** | Organizing for Recruiting and Examining | *Abolished* | 45 |
| **332** | Recruitment and Selection through Competitive Examination | *Abolished** | 46 |
| **333** | Recruitment and Selection for Temporary and Term Appointments Outside the Register | *Abolished* | 47 |
| **334** | Temporary Assignments Under the Intergovernmental Personnel Act | *Abolished* | 48 |
| **335** | Promotion and Internal Placement | *Abolished except for:*<br>*Subchapter 1; Appendix A; Letter 335-16; Supplement 335-1* | 49 |
| **337** | Examining System | *Abolished* | 50 |
| **338** | Qualification Requirements | *Abolished except for:*<br>*Subchapter 7* | 51 |
| **339** | Qualification Requirements (Medical) | *Abolished* | 52 |
| **340** | Other than Full-Time Career Employment | *Abolished* except for:*<br>*Subchapters 2, 3, 4* | 53 |
| **351** | Reduction in Force | *Provisionally retained* | 54 |
| **352** | Reemployment Rights | *Abolished* | 55 |
| **353** | Restoration to Duty from Military Service or Compensable Injury | *Provisionally retained* | 56 |
| **361** | Career Intern Program | *Abolished* | 57 |
| **362** | Presidential Management Intern Program | *Provisionally retained* | 58 |
| **368** | Flexiplace | *Abolished* | 59 |
| **410** | Training | *Abolished except for:*<br>*Letters 410-34, 410-35; Bulletin 410-133* | 60 |

A28

| | | | |
|---|---|---|---|
| **412** | Executive Management and Supervisory Development | *Abolished except for:* *Bulletin 412-7* | 61 |
| **430** | Performance Appraisal | *Abolished except for:* *Bulletin 430-33* | 62 |
| **432** | Reduction in Grade and Removal Based on Unacceptable Performance | *Abolished* except for:* *Bulletin 432-12* | 63 |
| **451** | Incentive Awards | *Abolished* except for:* *Subchapters 3-2, 5-2a; Appendix E-1; Attachment 1 and Section 7-5b of Attachment 4 of Letter 451-11* | 64 |
| **511** | Position Classification | *Abolished except for:* *Subchapters 6, 7; Appendices B, C, D, E* | 65 |
| **530** | Pay Rates and Systems | *Abolished** | 66 |
| **531** | Pay Under the General Schedule | *Abolished* except for:* *Letters 531-56, 531-57, 531-61* | 67 |
| **532** | Pay Under Prevailing Rate Systems | *Abolished except for:* *Letters 532-139, 532-140; Bulletins 532-106 through 532-123; Supplements 532-1, 532-2* | 68 |
| **534** | Pay Under Other Systems | *Abolished except for:* *Bulletins 534-29, 534-30* | 69 |
| **536** | Grade and Pay Retention | *Abolished** | 70 |
| **540** | Performance Management and Recognition System | *Abolished* | 71 |
| **550** | Pay Administration | *Abolished* except for:* *Letters 550-78, 550-79; See Chapter 990 (Supplement 990-2, Book 550).* | 72 |
| **551** | Pay Administration Under FLSA | *Abolished* except for:* *Letters 551-1, 551-4, 551-5, 551-6, 551-7, 551-9, 551-10, 551-11, 551-14, 551-17, 551-19, 551-20, 551-22, 551-23, 551-24* | 73 |
| **552** | Judgement Offsets | *Abolished* except for:* *Subchapters 1, 2, 3, 4; Appendices A, B* | 74 |
| **572** | Travel and Transportation for Preemployment Interviews and Recruitment | *Abolished* | 75 |
| **591** | Allowances and Differentials Payable in Nonforeign Areas | *Abolished* except for:* *Letter 591-50* | 76 |
| **610** | Hours of Duty | *Abolished*:* *See Chapter 990. (Supplement 990-2, Book 610).* | 77 |

A29

| | | | |
|---|---|---|---|
| **630** | Absence and Leave | *Abolished* except for:*<br>*Subchapters 11, 12, 13; Letter 630-32; See Chapter 990. (Supplement 990-2, Book 630).* | 78 |
| **711** | Labor-Management Relations | *Abolished* except for:*<br>*Subchapter 2-8e, f; Appendices A, C; Letter 711-164* | 79 |
| **713** | Equal Employment Opportunity | *Abolished* | 80 |
| **715** | Voluntary Separations and Reductions in Rank or Pay | *Abolished** | 81 |
| **720** | Affirmative Employment Programs | *Abolished* | 82 |
| **731** | Personnel Suitability | *Abolished* except for:*<br>*Subchapter 1-5a, 1-5d, 2-3a, 3-1b, 5-2g, 7-1, 7-2* | 83 |
| **732** | Personnel Security | *Abolished* except for:*<br>*Subchapter 1-3, 3-4a, 3-7a, 4-1, 7-5b, d, f, 7-7, 7-8a* | 84 |
| **733** | Political Activity of Federal Employees | *Abolished* | 85 |
| **736** | Personnel Investigations | *Abolished* except for:*<br>*Subchapter 1-4; Bulletin 736-26* | 86 |
| **751** | Discipline | *Abolished** | 87 |
| **752** | Adverse Actions | *Abolished* except for:*<br>*Bulletin 752-25* | 88 |
| **754** | Suitability Disqualification Actions | *Abolished* | 89 |
| **771** | Agency Administrative Grievance System | *Abolished* | 90 |
| **792** | Federal Employees Health and Counseling Programs | *Abolished except for:*<br>*Letters 792-15, 792-20, 792-21* | 91 |
| **810** | Injury Compensation | *Abolished* | 92 |
| **830** | CSRS and FERS Handbook for Personnel | *Abolished except for:*<br>*Supplement 830-1 (moved to new centralized instructions manual)* | 93 |
| **831** | Retirement | *Abolished** | 94 |
| **832** | Social Security, Retirement, Survivors, etc. | *Abolished* | 95 |
| **870** | Life Insurance | *Abolished except for:*<br>*Supplement 870-1 (moved to new centralized instructions manual)* | 96 |

A30

| | | | |
|---|---|---|---|
| **890** | Federal Employees Health Benefits | *Abolished except for:* *Supplement 890-1 (moved to new centralized instructions manual)* | 97 |
| **910** | Mobilization Readiness | *Abolished* | 98 |
| **920** | Senior Executive Service | *Abolished except for:* *Letters 920-21, 920-22; Bulletins 920-106, 920-107; Supplement 920-1 S4 §4-3; S5; S6 §6-5; S7 §7-3; S9 §9-3 and Exhibit 9-B; S10; S11; S12; S13 §13-5 and Exhibit 13-A; S14 §14-3* | 99 |
| **930** | Programs for Specific Positions and Examinations | *Abolished* except for:* *Appendix A* | 100 |
| **990** | General and Miscellaneous | *Abolished except for:* *Supplement 990-2, Book 550, Subchapter 1, Appendices H, I; Subchapter 2, Appendix G; Subchapter 8; Appendices A, B. Book 610, Subchapter 1. Book 630, Subchapter 2-6, Appendix A.* | 101 |

** An alternative tool may be produced to cover some or all of this subject. For further information contact the appropriate program office.*

A31

# CHAPTER 002: TABLE OF CONTENTS

| ABOLISHED |
|---|
| *SUBCHAPTERS:*<br>All subchapters |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>None exist |
| *BULLETINS:*<br>None exist |
| *SUPPLEMENTS:*<br>None exist |

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
None exist

*CONTACT:* OPM, Procurement and Administrative Services
(202) 606-1973

A32

# CHAPTER 003: INDEX

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>None exist |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
None exist

***CONTACT:*** OPM, Procurement and Administrative Services
(202) 606-1973

A33

# CHAPTER 171: OFFICE OF PERSONNEL MANAGEMENT ISSUANCE SYSTEM CHAPTERS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
None exist

***CONTACT:*** OPM, Procurement and Administrative Services
(202) 606-1973

A34

# CHAPTER 210: BASIC CONCEPTS AND DEFINITIONS

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>None exist |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTERS 1; 21. 5 CFR PART 210.

***CONTACT:*** OPM, Agency Compliance and Evaluation
(202) 606-2458

A35

# CHAPTER 211: VETERANS' PREFERENCE

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters, except as noted in the retained section |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
|---|
| ***SUBCHAPTERS:***<br>Subchapters 1, 2, 3 |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>None |
| ***BULLETINS*** *(expire on date shown on bulletin):*<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 2108. 38 U.S.C. §§ 4103; 5303A. 5 CFR PART 211.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A36

# CHAPTER 212: FRAMEWORK OF THE FEDERAL CIVILIAN SERVICE

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>None exist |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 2101-2103; 2301-2302. 5 CFR PARTS 212; 213; 300.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A37

# CHAPTER 213: EXCEPTED SERVICE

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>All appendices |
| ***LETTERS:***<br>None exist |
| ***BULLETINS:***<br>All bulletins |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 3301; 3302. 5 CFR PART 213.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A38

# CHAPTER 230: ORGANIZATION OF THE GOVERNMENT FOR PERSONNEL MANAGEMENT

**ABOLISHED**

*SUBCHAPTERS:*
All subchapters, except as noted in the retained section

*APPENDICES:*
None exist

*LETTERS:*
None exist

*BULLETINS:*
None exist

*SUPPLEMENTS:*
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

*SUBCHAPTERS:*
Subchapter 4-3

*APPENDICES:*
None exist

*LETTERS:*
None exist

*BULLETINS (expire on date shown on bulletin):*
None exist

*SUPPLEMENTS:*
None exist

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. §§1103; 1104; 1302. 5 CFR PART 230. 58 FEDERAL REGISTER 36119 (7/6/93) (UNTIL NEW 1994 CODE OF FEDERAL REGULATIONS IS PUBLISHED).

*CONTACT:* OPM, Agency Compliance and Evaluation (Subchp. 1-3), (202) 606-2458; Staffing and Policy Operations (Subchp. 4), (202) 606-0960

A39

# CHAPTER 250: PERSONNEL MANAGEMENT IN AGENCIES

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters<br><br>***APPENDICES:***<br>None exist<br><br>***LETTERS:***<br>None exist<br><br>***BULLETINS:***<br>All bulletins<br><br>***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §1104. 5 CFR PART 250. 58 FEDERAL REGISTER 36119 (7/6/93) (UNTIL NEW 1994 CODE OF FEDERAL REGULATIONS IS PUBLISHED).

***CONTACT:*** OPM, Agency Compliance and Evaluation
(202) 606-2458

A40

# CHAPTER 251: INTRAMANAGEMENT COMMUNICATIONS AND CONSULTATION

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 CFR § 550.331. E.O. 11491 (10/29/69).

***CONTACT:*** OPM, Office of Executive and Management Policy
(202) 606-1610

A41

# CHAPTER 252: PROFESSIONAL OR OTHER ASSOCIATIONS

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>None exist |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
None exist

***CONTACT:*** OPM, Labor-Management Relations Division
(202) 606-2930

# CHAPTER 271: DEVELOPING POLICIES, PROCEDURES, PROGRAMS, AND STANDARDS

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>All appendices |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>All supplements |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTERS 23; 47; § 3301. 5 CFR PARTS 300; 470; 29 CFR PART 1607.

***CONTACT:*** OPM, Office of Personnel Research and Development
(202) 606-0880

# CHAPTER 273: PERSONNEL MANAGEMENT EVALUATION

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 1103; 1104; 4304; 5101 ET SEQUENCE.

***CONTACT:*** OPM, Agency Compliance and Evaluation
(202) 606-2458

A44

# CHAPTER 274: CORRECTIVE ACTIONS

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>None exist |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTERS 1103; 1104. 5 CFR PARTS 5; 250.103. 58 FEDERAL REGISTER 36120 (7/6/93) (UNTIL NEW 1994 CODE OF FEDERAL REGULATIONS IS PUBLISHED).

***CONTACT:*** OPM, Agency Compliance and Evaluation
(202) 606-2980

A45

# CHAPTER 291: PERSONNEL REPORTS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
None exist

***CONTACT:*** OPM, Information Resources Management
(703) 908-8550

A46

# CHAPTER 292: PERSONNEL DATA STANDARDIZATION

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements, except as noted in the retained section

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapter 1 (moved to new centralized instructions manual)

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS** (expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
Supplement 292-1, subchapters 1, 2 (moved to new centralized instructions manual)

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 2951. 5 CFR § 7.2.

***CONTACT:*** OPM, Office of Information Resources Management
(703) 908-8770

A47

# CHAPTER 293: PERSONNEL RECORDS AND FILES

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices, except as noted in the retained section

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements, except as noted in the retained section

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 3, 6

***APPENDICES:***
Appendix B

***LETTERS:***
Letter 293-21

***BULLETINS** (expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
Supplement 293-31, subchapters 4, 7 (moved to new centralized instructions manual)

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 552(a); 2951. 5 CFR PARTS 7; 293; GENERAL RECORDS SCHEDULE NUMBER 1: SEE 5 CFR §§ 1228.44 AND 1228.46. 57 FEDERAL REGISTER 35698 (1992). E.O. 12107 (12/28/78).

***CONTACT:*** OPM, Office of Workforce Information
(202) 606-1976 or (202) 606-4415

A48

# CHAPTER 294: AVAILABILITY OF OFFICIAL INFORMATION

| ABOLISHED |
|---|
| *SUBCHAPTERS:*<br>All subchapters |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>None exist |
| *BULLETINS:*<br>All bulletins |
| *SUPPLEMENTS:*<br>None exist |

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. §§ 552; 552(a). 5 CFR §§ 294; 297.

*CONTACT:* OPM, Information Resources Management
(703) 908-8550

A49

# CHAPTER 295: PERSONNEL FORMS AND DOCUMENTS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
None exist

***CONTACT:*** OPM, Information Resources Management
(703) 908-8550

A50

# CHAPTER 296: PROCESSING PERSONNEL ACTIONS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices, except as noted in the retained section

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements, except as noted in the retained section

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 1, 2

***APPENDICES:***
Appendices A, B, C

***LETTERS:***
None exist

***BULLETINS** (expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
Supplement 296-33 (moved to new centralized instructions manual)

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 2951. 5 CFR PART 7. E.O. 12107 (12/28/78).

***CONTACT:*** OPM, Office of Workforce Information
(202) 606-1453

A51

# CHAPTER 298: FEDERAL PERSONNEL INFORMATION SYSTEMS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices, except as noted in the retained section

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements, except as noted in the retained section

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 1, 2, 3

***APPENDICES:***
Appendices A, B

***LETTERS:***
Letters 298-41, 298-43, 298-44, 298-45, to be incorporated into Supplement 298-2.

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
Supplement 298-1, subchapters 1, 2, 3, 4; Supplement 298-2 (moved to new centralized instructions manual)

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 2951; 7201. 5 CFR §7.2.

***CONTACT:*** OPM, Office of Information Resources Management, (298 & 298-1), (703) 908-8770, Office of Workforce Information, (298-2), (202) 606-2684

A52

# CHAPTER 300: EMPLOYMENT

| ABOLISHED |
|---|
| *SUBCHAPTERS:*<br>All subchapters |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>All letters |
| *BULLETINS:*<br>All bulletins, except as noted in the retained section |
| *SUPPLEMENTS:*<br>None exist |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
|---|
| *SUBCHAPTERS:*<br>None |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>None |
| *BULLETINS (expire on date shown on bulletin):*<br>Bulletins 300-102, 300-103, 300-104, 300-105, 300-106, 300-107, 300-108, 300-109, 300-110, 300-111 |
| *SUPPLEMENTS:*<br>None exist |

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. §§ 3301; 3302; 3111; 3323; 3341; 8335; 8425; 8468. 31 U.S.C. § 1342. 5 CFR § 7.4; PARTS 300; 315; 316; 338. E.O. 11219 (5/6/65); 10577 (11/23/54).

*CONTACT:* OPM, Office of Staffing Policy and Operations
(202) 606-0960

A53

# CHAPTER 301: OVERSEAS EMPLOYMENT

**ABOLISHED**

*SUBCHAPTERS:*
All subchapters, except as noted in the retained section

*APPENDICES:*
None exist

*LETTERS:*
None exist

*BULLETINS:*
None exist

*SUPPLEMENTS:*
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

*SUBCHAPTERS:*
Subchapters 1, 2, 3, 4

*APPENDICES:*
None exist

*LETTERS:*
None exist

*BULLETINS (expire on date shown on bulletin):*
None exist

*SUPPLEMENTS:*
None exist

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 CFR PARTS 8; 301.

*CONTACT:* OPM, Office of Staffing Policy and Operations
(202) 606-0960

A54

# CHAPTER 304: EMPLOYMENT OF INDIVIDUAL EXPERTS AND CONSULTANTS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices, except as noted in the retained section

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapter 1

***APPENDICES:***
Appendix A

***LETTERS:***
Letter 304-4

***BULLETINS** (expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 3109.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A55

# CHAPTER 306: SELECTIVE PLACEMENT PROGRAMS

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>All appendices |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 3102. 5 CFR §§ 213.3102; 213.3202; 315.709; 316.213.

***CONTACT:*** OPM, Office of Affirmative Recruiting and Employment
(202) 606-0870

A56

# CHAPTER 307: VETERAN'S READJUSTMENT APPOINTMENTS

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>All appendices |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>All bulletins |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
38 U.S.C. § 4214. 5 CFR PART 307. E.O. 11521 (3/26/70).

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A57

# CHAPTER 308: STUDENT EMPLOYMENT PROGRAMS

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters<br><br>***APPENDICES:***<br>All appendices<br><br>***LETTERS:***<br>All letters<br><br>***BULLETINS:***<br>All bulletins<br><br>***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 3111. 5 CFR PARTS 213; 308; 432; 752. E.O. 12015 (10/26/77).

***CONTACT:*** OPM, Office of Affirmative Recruiting and Employment
(202) 606-0870

A58

# CHAPTER 309: HOSTING ENROLLEES OF FEDERAL GRANT PROGRAMS

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>None exist |
| ***BULLETINS:***<br>All bulletins |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
COLLEGE WORK STUDY PROGRAM (42 U.S.C. §§ 2751-2756a); SENIOR COMMUNITY SERVICE PROGRAM (42 U.S.C. § 3061); VOCATIONAL EDUCATIONAL PROGRAM (20 U.S.C. § 2301); JOB TRAINING PARTNERSHIP ACT PROGRAM (29 U.S.C. § 1501 ET SEQUENCE); RETIRED SENIOR VOLUNTEER PROGRAM (42 U.S.C. § 5001).

***CONTACT:*** OPM, Office of Affirmative Recruiting and Employment
(202) 606-0870

A59

# CHAPTER 310: EMPLOYMENT OF RELATIVES

| ABOLISHED |
|---|
| *SUBCHAPTERS:*<br>All subchapters |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>None exist |
| *BULLETINS:*<br>None exist |
| *SUPPLEMENTS:*<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 3110. 5 CFR PART 310.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

# CHAPTER 312: POSITION MANAGEMENT

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters<br><br>***APPENDICES:***<br>All appendices<br><br>***LETTERS:***<br>None exist<br><br>***BULLETINS:***<br>None exist<br><br>***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 302; 305; 3101; 3404; 5102; 5105; 5113; 7106.

***CONTACT:*** OPM, Office of Classification
(202) 606-2486

A61

# CHAPTER 315: CAREER AND CAREER-CONDITIONAL EMPLOYMENT

**ABOLISHED**

*SUBCHAPTERS:*
All subchapters, except as noted in the retained section

*APPENDICES:*
All appendices

*LETTERS:*
All letters, except as noted in the retained section

*BULLETINS:*
All bulletins

*SUPPLEMENTS:*
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

*SUBCHAPTERS:*
Subchapters 1, 2, 3, 4, 5, 6, 7, 8, 9

*APPENDICES:*
None

*LETTERS:*
Letters 315-24, 315-26, 315-28, 315-29, 315-30, 315-31, 315-32

*BULLETINS (expire on date shown on bulletin):*
None

*SUPPLEMENTS:*
None exist

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. §§ 1302; 3301; 3302; 3304; 3304a; 3321. 38 U.S.C. CHAPTER 31.
5 CFR PART 315. E.O. 10577 (11/23/54); 11219 (5/6/65); 12137 (5/16/79); 12721 (7/30/90).

*CONTACT:* OPM, Office of Staffing Policy and Operations
(202) 606-0960

A62

# CHAPTER 316: TEMPORARY EMPLOYMENT

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in retained section

***APPENDICES:***
None exist

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 1, 2, 3

***APPENDICES:***
None exist

***LETTERS:***
Letters 316-16, 316-25

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 CFR PART 316.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A63

# CHAPTER 319: SENIOR LEVEL AND SCIENTIFIC PROFESSIONAL POSITIONS AND EMPLOYMENT

## ABOLISHED

*SUBCHAPTERS:*
All subchapters, except as noted in the retained section

*APPENDICES:*
All appendices, except as noted in the retained section

*LETTERS:*
None exist

*BULLETINS:*
None exist

*SUPPLEMENTS:*
None exist

## PROVISIONALLY RETAINED THROUGH DEC. 31, 1994

*SUBCHAPTERS:*
Subchapters 1, 2, 3

*APPENDICES:*
Appendices A-1, A-2

*LETTERS:*
None exist

*BULLETINS (expire on date shown on bulletin):*
None exist

*SUPPLEMENTS:*
None exist

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. §§ 3104; 3324; 3325; 5108; 5376. 5 CFR PART 319.

*CONTACT:* OPM, Office of Executive and Management Policy
(202) 606-1610

A64

# CHAPTER 330: RECRUITMENT, SELECTION AND PLACEMENT

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in retained section

***APPENDICES:***
All appendices

***LETTERS:***
All letters

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
All supplements

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 3, 4

***APPENDICES:***
None

***LETTERS:***
None

***BULLETINS*** *(expire on date shown on bulletin):*
None

***SUPPLEMENTS:***
None

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 1302; 3315; 8151; 8337(h); 8456. 5 CFR PART 330.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0950

# CHAPTER 331: ORGANIZING FOR RECRUITING AND EXAMINING

**ABOLISHED**

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 1104; 3102.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

# CHAPTER 332: RECRUITMENT AND SELECTION THROUGH COMPETITIVE EXAMINATION

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
All letters

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 3102 AND CHAPTER 33. 5 CFR PARTS 300; 330; 332.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0950

A67

# CHAPTER 333: RECRUITMENT AND SELECTION FOR TEMPORARY AND TERM APPOINTMENTS OUTSIDE THE REGISTER

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 1302; 3308; 3313; 3327. 5 CFR PART 333.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

# CHAPTER 334: TEMPORARY ASSIGNMENTS UNDER THE INTERGOVERNMENTAL PERSONNEL ACT

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 3371-3376. 5 CFR PART 334.

***CONTACT:*** OPM, Office of Executive and Management Development
(703) 235-1111

# CHAPTER 335: PROMOTION AND INTERNAL PLACEMENT

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices, except as noted in the retained section

***LETTERS:***
All letters, except as noted in retained section

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
All supplements, except as noted in the retained section

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapter 1

***APPENDICES:***
Appendix A

***LETTERS:***
Letter 335-16

***BULLETINS*** *(expire on date shown on bulletin):*
None

***SUPPLEMENTS:***
Supplement 335-1

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 2301; 3301; 3302; 3329; 3361; 4302; 552A(k)(6); 7106. 5 CFR PARTS 300; 330; 335; 771, 297.501 SUBPART E.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A70

# CHAPTER 337: EXAMINING SYSTEM

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 1104; CHAPTER 33.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A71

# CHAPTER 338: QUALIFICATION REQUIREMENTS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
None exist

***LETTERS:***
All letters

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapter 7

***APPENDICES:***
None exist

***LETTERS:***
None

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 3301; 3307; 3308; 5333. 5 CFR PARTS 300; 338; 339; 531.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-2557

A72

# CHAPTER 339: QUALIFICATION REQUIREMENTS (MEDICAL)

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
All letters

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
All supplements

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 3301; 3302. 29 U.S.C. §§ 791; 794. 5 CFR § 2.1(a); PART 339.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A73

# CHAPTER 340: OTHER THAN FULL-TIME CAREER EMPLOYMENT

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
None exist

***LETTERS:***
All letters

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 2, 3, 4

***APPENDICES:***
None exist

***LETTERS:***
None

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 34. 5 CFR PART 340.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A74

# CHAPTER 351: REDUCTION IN FORCE

**ABOLISHED**

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
All bulletins, except as noted in the retained section

***SUPPLEMENTS:***
None

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
Letters 351-21, 351-23, 351-24, 351-25, 351-26, 351-27

***BULLETINS** (expire on date shown on bulletin):*
Bulletins 351-57, 351-58, 351-59, 351-60

***SUPPLEMENTS:***
Supplement 351-1

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 3501-3503; 8336(a)(2); 8414(b)(1)(B). 5 CFR PART 351.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A75

# CHAPTER 352: REEMPLOYMENT RIGHTS

| ABOLISHED |
| --- |
| *SUBCHAPTERS:*<br>All subchapters<br><br>*APPENDICES:*<br>All appendices<br><br>*LETTERS:*<br>None exist<br><br>*BULLETINS:*<br>None exist<br><br>*SUPPLEMENTS:*<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 35. 5 CFR § 7.3 AND PART 352.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

# CHAPTER 353: RESTORATION TO DUTY FROM MILITARY SERVICE OR COMPENSABLE INJURY

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 1, 2, 3

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 8151. 38 U.S.C. CHAPTER 43. 5 CFR PART 353.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A77

# CHAPTER 361: CAREER INTERN PROGRAM

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters<br><br>***APPENDICES:***<br>None exist<br><br>***LETTERS:***<br>None exist<br><br>***BULLETINS:***<br>None exist<br><br>***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
None exist

***CONTACT:*** OPM, Office of Affirmative Recruiting and Employment
(202) 606-0870

A78

# CHAPTER 362: PRESIDENTIAL MANAGEMENT INTERN PROGRAM

| ABOLISHED |
|---|
| ***SUBCHAPTERS:*** All subchapters, except as noted in the retained section |
| ***APPENDICES:*** None exist |
| ***LETTERS:*** None exist |
| ***BULLETINS:*** None exist |
| ***SUPPLEMENTS:*** None exist |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
|---|
| ***SUBCHAPTERS:*** Subchapters 1, 2 |
| ***APPENDICES:*** None exist |
| ***LETTERS:*** None exist |
| ***BULLETINS** (expire on date shown on bulletin):* None exist |
| ***SUPPLEMENTS:*** None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 3301; 3302. 5 CFR PARTS 213; 315. E.O. 12364 (5/24/82) AS AMENDED BY E.O. 12645 (7/12/88).

***CONTACT:*** OPM, Office of Executive and Management Development
(703) 235-1111

A79

# CHAPTER 368: FLEXIPLACE

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>None exist<br><br>***APPENDICES:***<br>None exist<br><br>***LETTERS:***<br>Letter 368-1<br><br>***BULLETINS:***<br>None exist<br><br>***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
None exist

**CONTACT:** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A80

# CHAPTER 410: TRAINING

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
All bulletins, except as noted in the retained section

***SUPPLEMENTS:***
Supplement 410-1

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None

***LETTERS:***
Letters 410-34, 410-35

***BULLETINS*** *(expire on date shown on bulletin):*
Bulletin 410-133

***SUPPLEMENTS:***
None

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 41. 5 CFR PART 410; 41 CFR PART 301-16. E.O. 11348 (4/20/67); 11895 (1/6/76) AS AMENDED BY E.O. 12107 (12/28/78). OMB BULLETIN 93-11 (4/19/93).

***CONTACT:*** OPM, Office of Employee Development Policy and Programs
(703) 235-1006

A81

# CHAPTER 412: EXECUTIVE MANAGEMENT AND SUPERVISORY DEVELOPMENT

**ABOLISHED**

*SUBCHAPTERS:*
All subchapters

*APPENDICES:*
None exist

*LETTERS:*
None exist

*BULLETINS:*
All bulletins, except as noted in the retained section

*SUPPLEMENTS:*
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

*SUBCHAPTERS:*
None

*APPENDICES:*
None exist

*LETTERS:*
None exist

*BULLETINS (expire on date shown on bulletin):*
Bulletin 412-7

*SUPPLEMENTS:*
None exist

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. CHAPTER 33. 5 CFR PART 412.

*CONTACT:* OPM, Office of Executive and Management Policy
(202) 606-1610

A82

# CHAPTER 430: PERFORMANCE APPRAISAL

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
All letters

***BULLETINS:***
All bulletins, except as noted in the retained section

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None

***LETTERS:***
None

***BULLETINS*** *(expire on date shown on bulletin):*
Bulletin 430-33

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. Chapter 43. 5 CFR Part 430. Note: In 5 U.S.C. Chapter 43, section 4302a was repealed effective Nov 1. 1993, pursuant to the PMRS Termination Act of 1993 along with its corresponding regulations at 5 CFR 430, subpart D.

***CONTACT:*** OPM, Performance Management and Incentive Awards Division
(202) 606-2720

A83

# CHAPTER 432: REDUCTION IN GRADE AND REMOVAL BASED ON UNACCEPTABLE PERFORMANCE

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
None exist

***BULLETINS:***
All bulletins, except as noted in the retained section

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None

***LETTERS:***
None exist

***BULLETINS*** *(expire on date shown on bulletin):*
Bulletin 432-12

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 43. 5 CFR PART 432.

***CONTACT:*** OPM, Family Programs and Employee Relations Division
(202) 606-2920

A84

# CHAPTER 451: INCENTIVE AWARDS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices, except as noted in the retained section

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 3-2, 5-2a

***APPENDICES:***
Appendix E-1

***LETTERS:***
Attachment 1 and Section 7-5b of Attachment 4 of Letter 451-11

***BULLETINS** (expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 45. 10 U.S.C. § 1124. 5 CFR PARTS 430; 451; 531. E.O. 11438, 3 CFR 755 (1966-1970); E.O. 12637, 3 CFR 566 (1988). 69 COMP. GEN. 38 (1989); 65 COMP. GEN. 738 (1986); 70 COMP. GEN. 711 (1991); 67 COMP. GEN. 349 (1988); B-243025, 5/2/91; B-128082, 7/15/69, 8/14/56.

***CONTACT:*** OPM, Performance Management and Incentive Awards Division
(202) 606-2720

A85

# CHAPTER 511: POSITION CLASSIFICATION

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices, except as noted in the retained section

***LETTERS:***
All letters

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 6, 7

***APPENDICES:***
Appendices B, C, D, E

***LETTERS:***
None

***BULLETINS** (expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTERS 31; 51; 53. 5 CFR PARTS 511; 532, SUBPART G.

***CONTACT:*** OPM, Classification Appeals Office (Subchps. 1-5), (202) 606-2486 Agency Compliance and Evaluation (Remainder), (202) 606-2990

A86

# CHAPTER 530: PAY RATES AND SYSTEMS

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:*** <br> All subchapters |
| ***APPENDICES:*** <br> None exist |
| ***LETTERS:*** <br> All letters |
| ***BULLETINS:*** <br> All bulletins |
| ***SUPPLEMENTS:*** <br> All supplements |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 53, SUBCHAPTER I. 5 CFR PART 530.

***CONTACT:*** Compensation Administration Division
(202) 606-2858

# CHAPTER 531: PAY UNDER THE GENERAL SCHEDULE

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
All supplements

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None exist

***LETTERS:***
Letters 531-56, 531-57, 531-61

***BULLETINS*** *(expire on date shown on bulletin):*
None

***SUPPLEMENTS:***
None

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 5304; 5306; 5331-5338; 5363. 5 CFR PART 531.

***CONTACT:*** OPM, Compensation Administration Division
(202) 606-2858

A88

# CHAPTER 532: PAY UNDER PREVAILING RATE SYSTEMS

**ABOLISHED**

*SUBCHAPTERS:*
None exist

*APPENDICES:*
None exist

*LETTERS:*
All letters, except as noted in the retained section

*BULLETINS:*
All bulletins, except as noted in the retained section

*SUPPLEMENTS:*
Supplement 532-2, Subchapter 10 and Appendix U

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

*SUBCHAPTERS:*
None exist

*APPENDICES:*
None exist

*LETTERS:*
Letters 532-139, 532-140

*BULLETINS (expire on date shown on bulletin):*
Bulletins 532-106 through 532-123

*SUPPLEMENTS:*
Supplements 532-1 and 532-2 (except as noted in the abolished section)

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. CHAPTER 53, SUBCHAPTER IV. 5 CFR PART 532.

*CONTACT:* OPM, Wage Systems Branch
(202) 606-2848

# CHAPTER 534: PAY UNDER OTHER SYSTEMS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
All bulletins, except as noted in the retained section

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS*** *(expire on date shown on bulletin):*
Bulletins 534-29, 534-30

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 5312-5318; 5372(a); 5373; 5376. 5 CFR PART 534, SUBPARTS D AND E. SECTION 101(C) OF PUBLIC LAW 101-509 (11/5/90).

***CONTACT:*** OPM, Office of Executive and Management Policy
(202) 606-1610

A90

# CHAPTER 536: GRADE AND PAY RETENTION

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>All supplements |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 5361-5366. 5 CFR PART 536.

***CONTACT:*** OPM, Compensation Administration Division
(202) 606-2858

# CHAPTER 540: PERFORMANCE MANAGEMENT AND RECOGNITION SYSTEM

**ABOLISHED**

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
All letters

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
None exist. Note: Regulations implementing the PMRS Termination Act of 1993 were published December 15, 1993 (58 Federal Register 65531).

***CONTACT:*** OPM, Performance Management and Incentive Division
(202) 606-2720

A92

# CHAPTER 550: PAY ADMINISTRATION

| ABOLISHED |
|---|
| *SUBCHAPTERS:*<br>All subchapters |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>All letters, except as noted in the retained section |
| *BULLETINS:*<br>All bulletins |
| *SUPPLEMENTS:*<br>None exist |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
|---|
| *SUBCHAPTERS:*<br>None |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>Letters 550-78, 550-79 |
| *BULLETINS (expire on date shown on bulletin):*<br>None |
| *SUPPLEMENTS:*<br>None exist. See Chapter 990 (Supplement 990-2, Book 550). |

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. §§ 5521-5527; 5541-5550; 5551-5553; 5595; 5596; 6306. 5 CFR PART 550.

*CONTACT:* OPM, Compensation Administration Division (Subchps. 1-4 and 7-9), (202) 606-2858; OPM, Staffing and Policy Operations (Subchps. 5-6), (202) 606-0960

A93

# CHAPTER 551: PAY ADMINISTRATION UNDER FLSA

**ABOLISHED**

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
Letters 551-1, 551-4, 551-5, 551-6, 551-7, 551-9, 551-10, 551-11, 551-14, 551-17, 551-19, 551-20, 551-22, 551-23, 551-24

***BULLETINS** (expire on date shown on bulletin):*
None

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
SECTION 210 OF PUBLIC LAW 101-509, (11/5/90). 29 U.S.C. CHAPTER 8. 5 CFR PART 551.

***CONTACT:*** OPM, Compensation Administration Division (202) 606-2858, Agency Compliance and Evaluation (202) 606-1431

A94

# CHAPTER 552: JUDGEMENT OFFSETS

| ABOLISHED |
| --- |
| *SUBCHAPTERS:*<br>All subchapters, except as noted in the retained section<br><br>*APPENDICES:*<br>All appendices, except as noted in the retained section<br><br>*LETTERS:*<br>None exist<br><br>*BULLETINS:*<br>None exist<br><br>*SUPPLEMENTS:*<br>None exist |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
| --- |
| *SUBCHAPTERS:*<br>Subchapters 1, 2, 3, 4<br><br>*APPENDICES:*<br>Appendices A, B<br><br>*LETTERS:*<br>None exist<br><br>*BULLETINS (expire on date shown on bulletin):*<br>None exist<br><br>*SUPPLEMENTS:*<br>None exist |

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
PUBLIC LAW NO. 97-276, SECTION 124, 96 STAT. 1186, 1195-1196 (1982).

*CONTACT:* OPM, Retirement Policy Division
(202) 606-0299

A95

# CHAPTER 572: TRAVEL AND TRANSPORTATION FOR PREEMPLOYMENT INTERVIEWS AND RECRUITMENT

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 5723. 5 CFR PART 572.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960