# CHAPTER 591: ALLOWANCES AND DIFFERENTIALS PAYABLE IN NONFOREIGN AREAS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
All supplements

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None

***LETTERS:***
Letter 591-50

***BULLETINS*** *(expire on date shown on bulletin):*
None

***SUPPLEMENTS:***
None

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 5941; 5942. 5 CFR PART 591, SUBPARTS B AND C.

***CONTACT:*** OPM, Compensation Administration Division
(202) 606-2858

A97

# CHAPTER 610: HOURS OF DUTY

## ABOLISHED

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
All letters

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements, except as noted in the retained section

## PROVISIONALLY RETAINED THROUGH DEC. 31, 1994

***SUBCHAPTERS:***
None

***APPENDICES:***
None

***LETTERS:***
None

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
Book 610, subchapter 1

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 61. 5 CFR PART 610.

***CONTACT:*** OPM, Compensation Administration Division
(202) 606-2858

A98

# CHAPTER 630: ABSENCE AND LEAVE

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
None exist

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
All bulletins

***SUPPLEMENTS:***
All supplements and appendices, except as noted in the retained section

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 11, 12, 13

***APPENDICES:***
None exist

***LETTERS:***
Letter 630-32

***BULLETINS*** *(expire on date shown on bulletin):*
None

***SUPPLEMENTS:***
Book 630, appendix A

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 6301-6312; 6322; 6323; 6326; 8149. 5 CFR PARTS 63; 81.

***CONTACT:*** OPM, Compensation Administration Division
(202) 606-2858

A99

# CHAPTER 711: LABOR-MANAGEMENT RELATIONS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices, except as noted in the retained section

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapter 2-8e, f

***APPENDICES:***
Appendices A, C

***LETTERS:***
Letter 711-164

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 4303; 7101 ET SEQUENCE; 7512. E.O. 11491 (10/20/69). REORGANIZATION PLAN NO. 2 OF 1978 (APPENDIX TO TITLE 5 OF THE UNITED STATES CODE).

***CONTACT:*** OPM, Labor-Management Relations Division
(202) 606-2930

A100

# CHAPTER 713: EQUAL EMPLOYMENT OPPORTUNITY

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters<br><br>***APPENDICES:***<br>All appendices<br><br>***LETTERS:***<br>All letters<br><br>***BULLETINS:***<br>None exist<br><br>***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
29 U.S.C. §§ 633a; 791; 794; 794a. 42 U.S.C. § 2000e-16. 5 CFR PART 720.

***CONTACT:*** OPM, Office of Affirmative Recruiting and Employment
(202) 606-0870

A101

# CHAPTER 715: VOLUNTARY SEPARATIONS AND REDUCTIONS IN RANK OR PAY

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>None exist |
| ***LETTERS:***<br>None exist |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 CFR PART 715.

***CONTACT:*** OPM, Family Programs and Employee Relations Division
(202) 606-2920

A102

# CHAPTER 720: AFFIRMATIVE EMPLOYMENT PROGRAMS

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>All appendices |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 7201. 38 U.S.C. § 4214. 5 CFR PART 720.

***CONTACT:*** OPM, Affirmative Recruiting and Employment
(202) 606-0870

A103

# CHAPTER 731: PERSONNEL SUITABILITY

**ABOLISHED**

*SUBCHAPTERS:*
All subchapters, except as noted in the retained section

*APPENDICES:*
All appendices

*LETTERS:*
None exist

*BULLETINS:*
None exist

*SUPPLEMENTS:*
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

*SUBCHAPTERS:*
Subchapters 1-5(a), 1-5(d), 2-3(a), 3-1(b), 5-2(g), 7-1, 7-2

*APPENDICES:*
None

*LETTERS:*
None exist

*BULLETINS (expire on date shown on bulletin):*
None exist

*SUPPLEMENTS:*
None exist

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. §§ 3301; 3302. 5 CFR PART 731. E.O. 10577 (11/23/54) AS AMENDED BY E.O. 12107 (12/28/78).

*CONTACT:* OPM, Investigations Policy Resources Branch
(202) 376-3800

A104

# CHAPTER 732: PERSONNEL SECURITY

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapters 1-3, 3-4(a), 3-7(a), 4-1, 7-5(b), (d), (f), 7-7, 7-8(a)

***APPENDICES:***
None

***LETTERS:***
None exist

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 7312; 7531-7533. 5 CFR PART 732. E.O. 10450 (4/27/53); 12356 (4/2/82). NATIONAL SECURITY DIRECTIVE 63; DIRECTOR OF CENTRAL INTELLIGENCE DIRECTIVE 1/14.

***CONTACT:*** OPM, Investigations Policy Resources Branch
(202) 376-3800

A105

# CHAPTER 733: POLITICAL ACTIVITY OF FEDERAL EMPLOYEES

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 1215-16; 2301-02; 3303; 7324; 7325; 7326; 7327; 7328. 18 U.S.C. §§ 210-11; 594-95; 597-98; 600-07. 5 CFR PARTS 733; 1800; 1201.

***CONTACT:*** OPM, Office of Special Counsel
(202) 653-7188 or 1-800-854-2824

A106

# CHAPTER 736: PERSONNEL INVESTIGATIONS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters, except as noted in the retained section

***APPENDICES:***
All appendices

***LETTERS:***
None exist

***BULLETINS:***
All bulletins, except as noted in the retained section

***SUPPLEMENTS:***
None exist

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
Subchapter 1-4

***APPENDICES:***
None

***LETTERS:***
None exist

***BULLETINS*** *(expire on date shown on bulletin):*
Bulletin 736-26

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 3301; 3302. 5 CFR PART 736. E.O. 10577 (11/23/54) AS AMENDED BY E.O. 12107 (12/28/78).

***CONTACT:*** OPM, Investigations Policy Resources Branch
(202) 376-3800

A107

# CHAPTER 751: DISCIPLINE

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
All letters

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 75. 5 CFR PART 752.

***CONTACT:*** OPM, Family Programs and Employee Relations Division
(202) 606-2920

A108

# CHAPTER 752: ADVERSE ACTIONS

| ABOLISHED |
| --- |
| ***SUBCHAPTERS:***<br>All subchapters<br><br>***APPENDICES:***<br>All appendices<br><br>***LETTERS:***<br>All letters<br><br>***BULLETINS:***<br>All bulletins, except as noted in the retained section<br><br>***SUPPLEMENTS:***<br>None exist |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
| --- |
| ***SUBCHAPTERS:***<br>None<br><br>***APPENDICES:***<br>None<br><br>***LETTERS:***<br>None<br><br>***BULLETINS*** *(expire on date shown on bulletin):*<br>Bulletin 752-25<br><br>***SUPPLEMENTS:***<br>None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 75. 5 CFR PART 752.

***CONTACT:*** OPM, Family Programs and Employee Relations Division
(202) 606-2920

A109

# CHAPTER 754: SUITABILITY DISQUALIFICATION ACTIONS

**ABOLISHED**

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 CFR PART 731.

***CONTACT:*** OPM, Investigations Policy Resources Branch
(202) 376-3800

A110

# CHAPTER 771: AGENCY ADMINISTRATIVE GRIEVANCE SYSTEM

| ABOLISHED |
|---|
| ***SUBCHAPTERS:*** All subchapters |
| ***APPENDICES:*** None exist |
| ***LETTERS:*** All letters |
| ***BULLETINS:*** All bulletins |
| ***SUPPLEMENTS:*** None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 CFR PART 771.

***CONTACT:*** OPM, Family Programs and Employee Relations Division
(202) 606-2920

A111

# CHAPTER 792: FEDERAL EMPLOYEES HEALTH AND COUNSELING PROGRAMS

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None exist

***LETTERS:***
Letters 792-15, 792-20, 792-21

***BULLETINS** (expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
None

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 7301, NOTE; CHAPTERS 75; 79; 42 U.S.C. §§ 290dd - 3; 290ee - 3.
5 CFR PARTS 752; 792; 42 CFR PART 2. E.O. 12564 (9/15/86). NTEU V. YEUTTER, 918 F.2d 968 (D.C. CIR. 1990); 68 COMP. GEN. 222 (2/3/89); 64 COMP. GEN. 835 (9/6/85).

***CONTACT:*** OPM, Family Programs and Employee Relations Division
(202) 606-2920

A112

# CHAPTER 810: INJURY COMPENSATION

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
All appendices

***LETTERS:***
All letters

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None exist

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. § 1801 ET SEQUENCE. 20 CFR PART 10.

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A113

# CHAPTER 830: CSRS AND FERS HANDBOOK FOR PERSONNEL

## ABOLISHED

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
None

## PROVISIONALLY RETAINED THROUGH DEC. 31, 1994

***SUBCHAPTERS:***
None exist

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS*** *(expire on date shown on bulletin):*
None exist

***SUPPLEMENTS:***
Supplement 830-1 (moved to new centralized instructions manual)

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTERS 83; 84. 5 CFR PARTS 831; 835; 837; 838; 841- 846.

***CONTACT:*** OPM, Retirement and Insurance Policy Division
(202) 606-0299

A114

# CHAPTER 831: RETIREMENT

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters<br><br>***APPENDICES:***<br>None exist<br><br>***LETTERS:***<br>All letters<br><br>***BULLETINS:***<br>None exist<br><br>***SUPPLEMENTS:***<br>All supplements |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 83. 5 CFR PART 831.

***CONTACT:*** OPM, Retirement Policy Division
(202) 606-0299

A115

# CHAPTER 832: SOCIAL SECURITY RETIREMENT, SURVIVORS AND DISABILITY INSURANCE, AND MEDICAL PROGRAM

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
None exist

***BULLETINS:***
None exist

***SUPPLEMENTS:***
All supplements

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
26 U.S.C. CHAPTER 21. 42 U.S.C. 410(a)(5); 405(p).

***CONTACT:*** OPM, Retirement Policy Division
(202) 606-0299

A116

# CHAPTER 870: LIFE INSURANCE

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
None

***BULLETINS:***
None

***SUPPLEMENTS:***
None

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None exist

***LETTERS:***
*Incorporated into Supplement 870-1

***BULLETINS*** *(expire on date shown on bulletin):*
*Incorporated into Supplement 870-1

***SUPPLEMENTS:***
Supplement 870-1 (moved to new centralized instructions manual)

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTER 87. 5 CFR PARTS 870; 871; 872; 873; 874.

***CONTACT:*** OPM, Insurance Policy Division
(202) 606-0191

**FPM Letters and Bulletins have been distributed under both the basic FPM and the Supplement. However, they would be incorporated into the Supplement, not the basic FPM chapter.*

A117

# CHAPTER 890: FEDERAL EMPLOYEES HEALTH BENEFITS

| ABOLISHED |
|---|
| *SUBCHAPTERS:*<br>All subchapters |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>None |
| *BULLETINS:*<br>None |
| *SUPPLEMENTS:*<br>None |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
|---|
| *SUBCHAPTERS:*<br>None |
| *APPENDICES:*<br>None exist |
| *LETTERS:*<br>*Incorporated into Supplement 890-1 |
| *BULLETINS (expire on date shown on bulletin):*<br>*Incorporated into Supplement 890-1 |
| *SUPPLEMENTS:*<br>Supplement 890-1 (moved to new centralized instructions manual) |

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
5 U.S.C. CHAPTER 89. 5 CFR PART 890.

*CONTACT:* OPM, Insurance Policy Division
(202) 606-0191

**FPM Letters and Bulletins have been distributed under both the basic FPM and the Supplement. However, they would be incorporated into the Supplement, not the basic FPM chapter.*

A118

# CHAPTER 910: MOBILIZATION READINESS

| ABOLISHED |
|---|
| *SUBCHAPTERS:*<br>All subchapters |
| *APPENDICES:*<br>All appendices |
| *LETTERS:*<br>None exist |
| *BULLETINS:*<br>None exist |
| *SUPPLEMENTS:*<br>All supplements |

*RELEVANT STATUTORY AND OTHER REQUIREMENTS:*
50 U.S.C. §§ 402-405; 2061; 2251. 5 CFR 230.401; 230.402. E.O. 11490 (10/28/69); 12148 (7/20/79); 12656 (11/18/88).

*CONTACT:* OPM, Office of Staffing Policy and Operations
(202) 606-0960

A119

# CHAPTER 920: SENIOR EXECUTIVE SERVICE

**ABOLISHED**

***SUBCHAPTERS:***
All subchapters

***APPENDICES:***
None exist

***LETTERS:***
All letters, except as noted in the retained section

***BULLETINS:***
All bulletins, except as noted in the retained section

***SUPPLEMENTS:***
Supplement 920-1, except as noted in the retained section

**PROVISIONALLY RETAINED THROUGH DEC. 31, 1994**

***SUBCHAPTERS:***
None

***APPENDICES:***
None exist

***LETTERS:***
Letters 920-21, 920-22

***BULLETINS** (expire on date shown on bulletin):*
Bulletins 920-106, 920-107

***SUPPLEMENTS:***
Supplement 920-1 S4 §4-3; S5; S6 §6-5; S7 §7-3; S9 §9-3 and exhibit 9-B; S10; S11; S12; S13 §13-5 and exhibit 13-A; S14 §14-3

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. CHAPTERS 31; 33; 35; 43; 53; 75. 5 CFR PARTS 214; 317; 359; 430; 451; 534; 630; 752.

***CONTACT:*** OPM, Office of Executive and Management Policy
(202) 606-1610

A120

# CHAPTER 930: PROGRAMS FOR SPECIFIC POSITIONS AND EXAMINATIONS

| ABOLISHED |
|---|
| ***SUBCHAPTERS:*** All subchapters |
| ***APPENDICES:*** All appendices, except as noted in the retained section |
| ***LETTERS:*** All letters |
| ***BULLETINS:*** All bulletins |
| ***SUPPLEMENTS:*** None exist |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
|---|
| ***SUBCHAPTERS:*** None |
| ***APPENDICES:*** Appendix A |
| ***LETTERS:*** None |
| ***BULLETINS*** *(expire on date shown on bulletin):* None |
| ***SUPPLEMENTS:*** None exist |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 553-559; 1104(a); 1305; 3105; 3301; 3323; 3344; 4301(2); 5335. 40 U.S.C. § 471. 5 CFR PARTS 213; 930. E.O. 9830 (2/1/47).

***CONTACT:*** OPM, Office of Staffing Policy and Operations
(202) 606-0960

A121

# CHAPTER 990: GENERAL AND MISCELLANEOUS

| ABOLISHED |
|---|
| ***SUBCHAPTERS:***<br>All subchapters |
| ***APPENDICES:***<br>All appendices |
| ***LETTERS:***<br>All letters |
| ***BULLETINS:***<br>None exist |
| ***SUPPLEMENTS:***<br>All supplements, except as noted in the retained section |

| PROVISIONALLY RETAINED THROUGH DEC. 31, 1994 |
|---|
| ***SUBCHAPTERS:***<br>None |
| ***APPENDICES:***<br>None |
| ***LETTERS:***<br>None |
| ***BULLETINS*** *(expire on date shown on bulletin):*<br>None exist |
| ***SUPPLEMENTS:***<br>Supplement 990-2, Book 550, Subchapter 1, Appendices H, I;<br>Subchapter 2, Appendix G; Subchapter 8; Appendices A, B. Book 610,<br>Subchapter 1. Book 630, Subchapter 2-6, Appendix A. |

***RELEVANT STATUTORY AND OTHER REQUIREMENTS:***
5 U.S.C. §§ 1302; 2061; 2251; 7703. 18 U.S.C. §§ 203; 205. 5 CFR §§ 990; 2365.

***CONTACT:*** OPM, Compensation Policy (Supp. 990-2) (202) 606-1413; Staffing Policy & Operations (Supp. 990-3), (202) 606-0960; General Counsel (Remainder), (202) 606-1700

A122

## NOTICE AND POSTING SYSTEM

Under the provisional system, the Office of Personnel Management will continue to communicate with agency operating personnel offices using a "Notice and Posting System." This system will provide a vehicle for OPM to quickly communicate important and essential information at the operating level. The Notice and Posting System will replace FPM bulletins. The current FPM distribution system will remain in place during the provisional period, and the new notices will follow that pattern. For example, those subscribers who are to receive all information issued under FPM subject area 591, will receive notices that pertain to that subject area. The only function of notices under the provisional system is to transmit information, and as such they will not have an expiration line. However, the material transmitted will contain appropriate information regarding its relevancy. For example, a "Notice of OPM Regulatory Change" will include instructions to post a proposed or final regulation for a specific period of time. The new notice and posting system will be limited to four types of notices:

- Notice of OPM Regulatory Change

  *These notices will transmit for posting OPM proposed and final regulations.*

- Notice of OPM Variations

  *These notices will transmit information on the variations that were permitted by OPM over specific period of time.*

- Notice of OPM Operating Information

  *These notices will transmit information on new pay levels, cost of living adjustments, changes in processing codes, etc., that will be incorporated into other operating documents; e.g., one of the continuing operating manuals or the Federal Pay Table.*

  *Changes to current operating requirements are usually the result of changes in law or Executive order. Occasionally they derive from court and third party decisions.*

- Notice of OPM Policy Information

  *These notices will transmit information regarding Presidential and Administration policy. They will also transmit special announcements and policy statements.*

Please refer to the following samples of the provisional Notice and Posting System. For questions concerning the provisional Notice and Posting System, please call the OPM Issuance Office on (202) 606-1973.

A123

U.S. OFFICE OF PERSONNEL MANAGEMENT

# NOTICE AND POSTING SYSTEM

Washington, DC 20415

Notice No: Provisional 531-1

Date: 11/23/93

## Notice of OPM Operating Information

**AGENCIES:** THIS NOTICE PROVIDES ADVANCED INFORMATION RELATIVE TO PAY CHANGES FOR FEDERAL EMPLOYEES. It will be incorpoated into ______________________.

**Heads of Departments and Independent Establishments:**

Lorraine A. Green
Deputy Director

Attachment

Distribution: Formerly 531

Inquiries: Office of Compensation Policy
(202) 606-2800

Federal Recycling Program
Printed on Recycled Paper

OPM Form xxxx 12/93

A124

U.S. OFFICE OF PERSONNEL MANAGEMENT

# NOTICE AND POSTING SYSTEM

Notice No: Provisional 591-1

Washington, DC 20415

Date: 11/22/93

## Notice of OPM Regulatory Change

**AGENCIES:** POST THIS NOTICE IN A PROMINENT PLACE. The attached regulations must be made available for employees to review in accordance with 5 U.S.C. 1103(b)(2)(A) and 5 CFR Part 110. Insert the location where the regulations can be reviewed in the box below. This notice should be posted for a minimum of 10 workdays.

**EMPLOYEES:** The OPM regulations summarized in this bulletin were recently published in the Federal Register. The complete text of the regulations, including relevant dates and addresses, is available for review in the location listed below. **This bulletin is for informational purposes only. Publication in the Federal Register provides official notice to the public of OPM regulatory changes.**

REGULATION STAGE: ☐ Proposed ☐ Interim ☐ Final

SUBJECT:

SUMMARY:

LOCATION OF COMPLETE TEXT:

Attachment

Lorraine A. Green
Deputy Director

Distribution: Formerly 591

Inquiries: Office of Compensation Policy
(202) 606-2800

Federal Recycling Program
Printed on Recycled Paper
OPM Form xxxx 12/93

A125

U.S. OFFICE OF PERSONNEL MANAGEMENT

# NOTICE AND POSTING SYSTEM

Notice No: Provisional 300-1

**Washington, DC 20415**

Date: 11/22/93

## Notice of OPM Variations

**AGENCIES:** THIS NOTICE PROVIDES INFORMATION RELATIVE TO VARIATION REQUESTS. Section 5.1 of civil service rule V requires the Office of Personnel Management to inform agencies about variations which it grants under that rule. This notice describes non - precedent - setting variations to staffing regulations granted during the quarter ending ______________________________.

**Heads of Departments and Independent Establishments:**

Lorraine A. Green
Deputy Director

Distribution: Formerly 300

Inquiries: Staffing Operations Division, Career Entry Group
(202) 606-0950

Federal Recycling Program
Printed on Recycled Paper
OPM Form xxxx 12/93

A126

U.S. OFFICE OF PERSONNEL MANAGEMENT

# NOTICE AND POSTING SYSTEM

Notice No: Provisional 531-1

Washington, DC 20415

Date: 11/23/93

## Notice of OPM Policy Information

**AGENCIES:** THIS NOTICE PROVIDES ADVANCED POLICY INFORMATION RELATIVE TO ______________.

Attached is a letter to ______________________________________.

Lorraine A. Green
Deputy Director

Attachment

Distribution: Formerly 531

Inquiries: Office of Compensation Policy
(202) 606-2800

Federal Recycling Program
Printed on Recycled Paper
OPM Form xxxx 12/93

A127

## OPM OPERATING MANUALS

Several of the current supplements contain procedural guidance that is applicable to all agencies. These supplements are now relaced by operating manuals. During the coming year, the operating manuals may have updates similar to installments. These will be distributed to those subscribers who are listed to receive the supplements. OPM plans to revise the operating manuals to improve their customer orientation, and reauthorize them to continue beyond the sunset date of December 31, 1994.

The covers for the new manuals follow. Please remove and place them in front of the supplements as shown below. For your information, a sample cover of an operating manual update is also provided.

| **SUPPLEMENT** | **OPERATING MANUAL** |
|---|---|
| 293-31, Basic Personnel Records and Files Systems | The Guide to Personnel Recordkeeping |
| 296-33, Guide to Processing Personnel Actions | The Guide to Processing Personnel Actions |
| 298-2, The 113 Summary Data Reporting System | The 113 Summary Data Reporting System |
| 292-1, The Guide to Personnel Data Standards | The Guide to Personnel Data Standards |
| 298-1, The Central Personnel Data File Reporting System | The Guide to the Central Personnel Data File |
| 830-1, CSRS and FERS Handbook for Personnel | The CSRS and FERS Handbook for Personnel and Payroll Offices |
| 870-1, Federal Employees Group Life Insurance | The Federal Employees Group Life Insurance Handbook for Personnel and Payroll Offices |
| 890-1, Federal Employees Health Benefits | The Federal Employees Health Benefits Handbook for Personnel and Payroll Offices |

A128