IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| v. | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**DECLARATION OF MICHAEL J.D. SWEENEY, ESQ.**

I, Michael J.D. Sweeney, declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that I am an attorney admitted to practice before this Court. I am associated with the Getman Law Office, 9 Paradies Lane, New Paltz, N.Y. 12561, attorneys for Plaintiffs. I make this declaration in support of the Plaintiffs' Motion for Summary Judgment on the Issue of Liability. I submit this declaration to place before the Court certain documents cited in papers supporting "Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment."

1. Attached as Exhibit 31 is a true and correct copy of page 575 of Title V from the 2002 version of the Code of Federal Regulations citing 5 C.F.R.§551.421 that was accessed from the U.S. Government Printing Office's National Archives and Records Administration website at <http://a257.g.akamaitech.net/7/257/2422/14mar20010800/edocket.access.gpo.gov/cfr_2002/janqtr/pdf/5cfr551.421.pdf> (last accessed January 18, 2008).

2. Attached as Exhibit 32 is a true and correct copy of portions of deposition transcript from the Lead Compensation Specialist at the Office of Personnel Management, Vicki Draper, dated November 30, 2006.
3. Attached as Exhibit 35 is a true and correct copy of the declaration provided by Wayne Coleman on October 14, 2004.
4. Attached as Exhibit 36 is a true and correct copy of portions of the transcript from the Office of Personnel Management 30(b)(6) deposition of Jerome Mikowicz dated January 11, 2007.
5. Attached as Exhibit 37 is a true and correct copy of portions of the transcript from the U.S. Government's 30(b)(6) deposition of Wayne A. Coleman dated November 2, 2006.

Dated: January 18, 2008

Respectfully submitted,

/s/ Michael J.D. Sweeney

Michael J. D. Sweeney, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649