# EXHIBIT 33

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: George Cosme

Print Name: GEORGE COSME

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: [signature]

Print Name: SHAWN D LINDSETH

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: ______________________

Print Name: BOGDAN KOSZARYCZ

Tel: (786) 683-2240.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **No. 05-142C** <br> **(Judge Firestone)** |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 12, 2008

Respectfully submitted,

Signature: [signature]

Print Name: James L. King

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14th, 2008

Respectfully submitted,

Signature: Brett D. Kynard

Print Name: Brett D. Kynard

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January __, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Aida Morales

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 11, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Michael S. Messina

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: ______________________

Print Name: Annmarie Lopez

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | ) | **No. 05-142C**<br>**(Judge Firestone)** |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Ruben A. Cruz Lugo

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: ____________________

Print Name: Arturo Moreno Jr.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: [signature]

Print Name: RICHARD LONGORIA

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 15, 2008

Respectfully submitted,

Signature: ______________________

Print Name: Oscar Rene Donado

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 16, 2008

Respectfully submitted,

Signature: Lyle A Boelens

Print Name: Lyle Boelens

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January __, 2008

Respectfully submitted, 2/17/08

Signature: ______________________

Print Name: Alejandra Diaz

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: Paulette G Delisle

Print Name: PAULETTE G. DELISLE

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** v. **THE UNITED STATES,** **Defendant.** | ) ) ) ) ) ) ) ) ) | **No. 05-142C** **(Judge Firestone)** |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: Angelica Cruse

Print Name: Angelica Cruse

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 15, 2008

Respectfully submitted,

Signature: Sandra K. Johnson

Print Name: Sandra K. Johnson

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 9, 2008

Respectfully submitted,

Signature: Gregory L Cleveland

Print Name: GREGORY L CLEVELAND

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Carol Muldrow

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 12, 2008

Respectfully submitted,

Signature: ____________________

Print Name: STEVE NGUYEN