## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: Dennis A. Arnaboldi

Print Name: DENNIS A. ARNABOLDI

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 11, 2008

Respectfully submitted,

Signature: Patrick M. Kenneally

Print Name: PATRICK M. KENNEALLY

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.
7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.
8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 11, 2008

Respectfully submitted,

Signature: [signature]

Print Name: ELIZABETH KAFATI

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 9, 2008

Respectfully submitted,

Signature: Traice D. Ghostlaw

Print Name: Traice D Ghostlaw

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: Darlene Durant (Bonaparte)

Print Name: Darlene Durant (Bonaparte)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10TH, 2008

Respectfully submitted,

Signature: [signature]

Print Name: KENNETH K. HONG

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **No. 05-142C** <br> **(Judge Firestone)** |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 11, 2008

Respectfully submitted,

Signature: Lyle M. Conley

Print Name: LYLE M. CONLEY

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.
7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.
8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 15, 2008

Respectfully submitted,

Signature: Michael N. New

Print Name: Michael N. New

**IN THE UNITED STATES COURT OF FEDE**

| | |
|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |
| | ) |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1

true. I am a Plaintiff in this matter. I submit this declaration in

overtime damages in this case.

1. While employed by the defendant, I was required to attenc

   Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, includii
3. At the time of the training, I was not paid for working on t

   6th day of work resulted in me working more than 40 hour
4. After the training was complete, the defendant admitted th

   me for the 6th day of training each week, and it representec

   complete payment under the law for the 6th day of work or

   understood the defendant's representation to mean that it v

   owed me under the law.
5. I relied on the defendant's promise to fully compensate me

   and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented th received a payment. The payment did not include an accou it was calculated, what pay rate or hours it was based upon, payment compensated.
7. Despite its representation that it would make complete pay defendant sent to me was not complete payment for the 6th at the FLETC.
8. I joined this action to recover the balance of the compensat owes me after I realized that the defendant had not made co does not intend to fully compensate me as required under tl

Dated: January 14, 2008

Respectfully submitted,

Signature: Julie A. Mossak

Print Name: Julie A. Mossak

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 18, 2008

Respectfully submitted,

Signature: ______________________

Print Name: Abraham Narvaez

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: [signature]

Print Name: NGHIEM V. NGUYEN

New address: 8641 ELMER LN
Garden Grove, CA 92841

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.
7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.
8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me an does not intend to fully compensate me as required under the law.

Dated: January __, 2008

Respectfully submitted,

Signature: ______________________________

Print Name: ______________________________

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.
7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.
8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me an does not intend to fully compensate me as required under the law.

Dated: January __, 2008

Respectfully submitted,

Signature: ______________________

Print Name: ______________________

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: Tammy Nealy

Print Name: TAMMY NEALY

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs, | ) | |
| v. | ) | No. 05-142C (Judge Firestone) |
| THE UNITED STATES, Defendant. | ) | |

DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: James A Bitterman

Print Name: James A Bitterman

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. Even though the defendant represented that it would pay me, I have still not received a payment.

7. I joined this action to recover the compensation that the defendant owes me after the defendant made a payment to my co-workers, but not to me.

Dated: January 15, 2008

Respectfully submitted,

Signature: ______________________

Print Name: Timothy Berz

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.
7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.
8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: Gabriela Avelar

Print Name: GABRIELA AVELAR

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** v. **THE UNITED STATES,** **Defendant.** | ) ) ) ) ) ) ) ) ) | **No. 05-142C (Judge Firestone)** |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10 2008

Respectfully submitted,

Signature: Floyd L Wilder

Print Name: Floyd L. WILDER

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 11, 2008

Respectfully submitted,

Signature: Janet McCandless

Print Name: Janet McCandless

New address - 644 Emerald St.
Imperial, CA 92251

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

Scott Masters

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 15, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Scott Masters