**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 13, 2008

Respectfully submitted,

Signature: Judith A. Bruels

Print Name: Judith A. Bruels

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14, 2008

Respectfully submitted,

Signature: ______________________

Print Name: Jerald H Walters

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Mellissa B. Harper

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 12, 2008

Respectfully submitted,

Signature: [signature]

Print Name: GILBERT HERNANDEZ

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs, | ) | |
| v. | ) | No. 05-142C (Judge Firestone) |
| THE UNITED STATES, Defendant. | ) | |

DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 13, 2008

Respectfully submitted,

Signature: T. Bowers

Print Name: Timothy M. Bowers

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 14 2008

Respectfully submitted,

Signature: Sally A. Hiller

Print Name: Sally A. Hiller

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 15, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Berta Garza

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.
7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.
8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 16, 2008

Respectfully submitted,

Signature: Roger Backen

Print Name: Roger Backen

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.
7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.
8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 15, 2008

Respectfully submitted,

Signature: Sandra Holt

Print Name: Sandra Holt

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C** **(Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 11, 2008

Respectfully submitted,

Signature: Pedro V. D–

Print Name: Pedro V. Durán

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 10, 2008

Respectfully submitted,

Signature: ______________________

Print Name: Heath A. Clemens

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs, | ) | |
| v. | ) | No. 05-142C (Judge Firestone) |
| THE UNITED STATES, Defendant. | ) | |

DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 11, 2008

Respectfully submitted,

Signature: John Dubski

Print Name: JOHN DUBSKI

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 13, 2008

Respectfully submitted,

Signature: [signature]

Print Name: JAMES GORDON DANIELS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 12, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Deric Jordan

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 16, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Larry C Ketzel

Larry C. Ketzel

**Larry Ketzel**
**11515 Pleasant View Drive**
**Pinckney MI 48169**

PH: 734-878-1699

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 23, 2008

Respectfully submitted,

Signature: Salvatore Gemma

Print Name: Salvatore - Gemma

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 15, 2008

Respectfully submitted,

Signature: Roderick Haville

Print Name: Roderick Haville

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 16, 2008

Respectfully submitted,

Signature: JHood

Print Name: Jennifer Hood

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION**

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 09, 2008

Respectfully submitted,

Signature: [signature]

Print Name: TIMOTHY DANEK

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**
**Plaintiffs,**

**v.**

**THE UNITED STATES,**
**Defendant.**

**No. 05-142C**
**(Judge Firestone)**

## DECLARATION

I declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that the following is true. I am a Plaintiff in this matter. I submit this declaration in support of my claim for overtime damages in this case.

1. While employed by the defendant, I was required to attend training at the Federal Law Enforcement Training Facility in Glynco, Georgia.
2. The defendant required me to train 6 days a week, including Saturdays.
3. At the time of the training, I was not paid for working on the 6th day of the week. The 6th day of work resulted in me working more than 40 hours in those weeks.
4. After the training was complete, the defendant admitted that the law required it to pay me for the 6th day of training each week, and it represented that it would make complete payment under the law for the 6th day of work on a retroactive basis. I understood the defendant's representation to mean that it would pay me all that it owed me under the law.
5. I relied on the defendant's promise to fully compensate me as required under the law and did not bring legal action for the back pay.

6. More than a year after the defendant initially represented that it would pay me, I received a payment. The payment did not include an accounting of the payment, how it was calculated, what pay rate or hours it was based upon, or even what work the payment compensated.

7. Despite its representation that it would make complete payment, the payment that defendant sent to me was not complete payment for the 6th day of training each week at the FLETC.

8. I joined this action to recover the balance of the compensation that the defendant owes me after I realized that the defendant had not made complete payment to me and does not intend to fully compensate me as required under the law.

Dated: January 11, 2008

Respectfully submitted,

Signature: [signature]

Print Name: Princess Gibson