# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: February 19, 2008)**

* * * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR., individually and on behalf of others similarly situated,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** a status conference for **Friday, February 22, 2008 at 11:00 a.m. eastern time**. The purpose of the call is to coordinate proceedings in this case and Porta et al. v. United States and Barth, et al. v. United States. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (845) 255-9370; counsel for defendant at (202) 353-0503. The court will initiate the call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge