# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: March 5, 2008)**

* * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR.,**
**individually and on**
**behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is returning the declaration of Carlos M. Miller to plaintiffs' attorney of record for proper filing.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Carlos M. Miller
194 Putnam Ave.
Brooklyn, NY 11216