# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: June 3, 2008)**

* * * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Oral argument on the parties' cross-motions for summary judgment shall be heard on **Monday, June 16, 2008 at 1:00 p.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number shall be posted in the lobby on the day of the argument.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge