# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: June 6, 2008)**

* * * * * * * * * * * * * * * * *

**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

At the oral argument on Monday, June 16, 2008, the parties should be prepared to address, in addition to the matters briefed, the following specific issues:

(1) Whether it is possible, given the subjective elements involved in both the willfulness inquiry and the good faith inquiry, for the court to find summary judgment on those questions without a trial to examine the credibility of those involved in the pay decisions at issue. See, e.g., Leggett & Platt, Inc. v. Hickory Springs Mfg. Co., 285 F.3d 1353, 1362 (Fed. Cir. 2002); Fed. R. Civ. P. 56 advisory committee's notes (1963 Amend.).

(2) If the court were to find that equitable tolling is not allowed in this case, how many plaintiffs would remain in the litigation. In this connection, how many plaintiffs would fall within the two-year statute of limitations under 29 U.S.C. § 255(a) (2000), and how many would remain if the court were to find a willful violation under 29 U.S.C. § 255(a).

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge