# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: June 12, 2008)**

* * * * * * * * * * * * * * * * * *
**ARTURO MORENO, JR., individually and on behalf of others similarly situated,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed June 10, 2008, to amend the appendix filed with its cross-motion for summary judgment to include Exhibit 32 is **GRANTED**. Accordingly, Exhibit 32 will be deemed filed with the granting of this motion.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge