# In the United States Court of Federal Claims

**No. 05-142C**
**(Filed: July 17, 2008)**

* * * * * * * * * * * * * * * * *
*
**ARTURO MORENO, JR., individually and on behalf of others similarly situated,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed July 15, 2008, for an enlargement of time for the parties to file a joint status report is **GRANTED**. In order to expedite resolution of this case, the plaintiff shall provide social security numbers for the individuals who have potential claims remaining under the court's July 3, 2008 ruling. The plaintiff shall provide the social security numbers to the government by **Friday, August 15, 2008**. The parties shall file a joint status report by **Monday, September 8, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge