# SCHEDULE A

**Plaintiffs that the Parties Agree Are Within the Three-Year Statute of Limitations Period**

| | Moreno Clients | Start Date | End Date | Consent Dates |
|---|---|---|---|---|
| 1 | Ackroyd, Harry E. | 7/10/03 | 9/17/03 | 6/2/06 |
| 2 | Acox, Micah L. | 7/17/03 | 9/24/03 | 7/14/06 |
| 3 | Aguirre, Leopoldo | 7/10/03 | 9/17/03 | 7/14/06 |
| 4 | Alvarado, Antonio E. | 8/21/03 | 11/6/03 | 7/14/06 |
| 5 | Aneke, Nnamdi F. | 5/1/03 | 7/10/03 | 7/14/06 |
| 6 | Annotti, Mark | 5/1/03 | 7/10/03 | 6/2/06 |
| 7 | Arambulo, Emmanuel | 5/22/03 | 7/31/03 | 6/9/06 |
| 8 | Araujo, Victor | 8/6/03 | 10/15/03 | 8/11/06 |
| 9 | Arcinas, Arlo S. | 5/1/03 | 7/10/03 | 6/2/06 |
| 10 | Arredondo, Hector | 3/20/03 | 5/28/03 | 5/26/06 |
| 11 | Backen, Roger | 4/24/03 | 7/2/03 | 6/30/06 |
| 12 | Belinsky, Marcel Paul | 7/24/03 | 10/1/03 | 6/2/06 |
| 13 | Biacke, Noel M. | 8/21/03 | 10/30/03 | 7/17/06 |
| 14 | Boelens, Lyle | 5/1/03 | 7/10/03 | 7/7/06 |
| 15 | Bond, James K. | 5/1/03 | 7/10/03 | 6/16/06 |
| 16 | Brannen, William R. | 8/6/03 | 10/15/03 | 5/26/06 |
| 17 | Brantley, James A. | 7/10/03 | 9/17/03 | 7/7/06 |
| 18 | Bria, Jerome | 8/21/03 | 10/30/03 | 5/26/06 |
| 19 | Brooks, Robert E | 4/3/03 | 6/11/03 | 5/25/06 |
| 20 | Bruce, Karen | 5/1/03 | 7/10/03 | 7/14/06 |
| 21 | Butler, Sonia L. | 4/3/03 | 6/11/03 | 6/9/06 |
| 22 | Cai, Bei Hua | 7/10/03 | 8/13/03 | 6/16/06 |
| 23 | Calcano, Nuirka Y. | 8/21/03 | 11/6/03 | 6/2/06 |
| 24 | Carrillo, Melissa Ann | 6/12/03 | 8/20/03 | 6/2/06 |
| 25 | Carter, Paul | 5/22/03 | 7/31/03 | 6/2/06 |
| 26 | Clemens, Heath | 6/26/03 | 9/4/03 | 6/2/06 |
| 27 | Coffey, Andrea | 5/15/03 | 7/24/03 | 6/30/06 |
| 28 | Crump, Timothy R. | 8/21/03 | 11/6/03 | 6/16/06 |
| 29 | Cruse, Angelica | 4/17/03 | 6/10/03 | 6/9/06 |
| 30 | Diaz Jr., Tomas | 5/22/03 | 7/31/03 | 7/18/06 |
| 31 | Dixon, Sandra L | 4/24/03 | 7/2/03 | 6/9/06 |
| 32 | Duran, Pedro V. | 8/21/03 | 10/30/03 | 6/9/06 |
| 33 | Dusharm, Floyd | 5/15/03 | 7/24/03 | 6/16/06 |
| 34 | Gamboa, Erika B. | 5/22/03 | 7/31/03 | 6/9/06 |
| 35 | Ghee, James Donald | 4/24/03 | 7/2/03 | 7/7/06 |
| 36 | Gladney, Clifton M. | 6/19/03 | 8/27/03 | 6/22/06 |
| 37 | Grant Sr., Gary L. | 7/2/03 | 9/10/03 | 6/16/06 |
| 38 | Grofcsik, Herbert F. | 6/26/03 | 9/4/03 | 7/14/06 |
| 39 | Hall, Lonnie L | 6/26/03 | 7/30/03 | 6/9/06 |
| 40 | Hansen, James P. | 4/24/03 | 7/2/03 | 6/9/06 |
| 41 | Hernandez, Gilbert S. | 8/21/03 | 10/30/03 | 6/9/06 |
| 42 | Hewson, Kathleen A. | 3/27/03 | 6/4/03 | 6/2/06 |
| 43 | Hofstra, Kenneth E. | 5/22/03 | 7/31/03 | 6/30/06 |
| 44 | Hopkins, Eric J. | 3/27/03 | 6/4/03 | 6/9/06 |

| | | | | |
|---|---|---|---|---|
| 45 | Hospedales, Judith | 7/23/03 | 8/27/03 | 7/17/06 |
| 46 | Huaug, Steve | 4/17/03 | 6/25/03 | 6/9/06 |
| 47 | Huffman, Reggie | 4/10/03 | 6/18/03 | 6/16/06 |
| 48 | Iannaccone, Joseph P. | 8/21/03 | 10/30/03 | 6/2/06 |
| 49 | Jackson, Wendell | 5/1/03 | 7/10/03 | 7/7/06 |
| 50 | Johnson, Sherry J. | 5/1/03 | 7/10/03 | 6/2/06 |
| 51 | Jones, William D. | 5/1/03 | 7/10/03 | 6/2/06 |
| 52 | Kelley, Orson C. | 8/21/03 | 10/30/03 | 6/16/06 |
| 53 | King, James L | 7/17/03 | 9/24/03 | 6/9/06 |
| 54 | Knapp, James P. | 6/5/03 | 8/13/03 | 6/16/06 |
| 55 | Knee, Celeste A. | 5/8/03 | 7/17/03 | 6/2/06 |
| 56 | Koszarycz, Bogdan | 8/21/03 | 10/30/03 | 6/2/06 |
| 57 | Kraft, Michael | 6/26/03 | 9/4/03 | 6/9/06 |
| 58 | Kumpost, David J. | 8/6/03 | 10/15/03 | 6/16/06 |
| 59 | Lannan, Shelley | 6/19/03 | 8/27/03 | 6/9/06 |
| 60 | Lippard, Jack | 5/22/03 | 7/31/03 | 7/7/06 |
| 61 | Lopez, Ener I. | 8/21/03 | 10/30/03 | 6/2/06 |
| 62 | Lovell, Richard V. | 4/10/03 | 6/18/03 | 6/2/06 |
| 63 | Luker, Michael G. | 8/6/03 | 10/15/03 | 6/9/06 |
| 64 | McCurdy, Jon M. | 6/19/03 | 8/27/03 | 6/2/06 |
| 65 | Mendez, Odette E. | 7/24/03 | 10/1/03 | 6/2/06 |
| 66 | Miller, Gordon | 4/24/03 | 7/2/03 | 7/7/06 |
| 67 | Mora, Rene | 6/12/03 | 8/20/03 | 6/2/06 |
| 68 | Morales, Aida | 4/24/03 | 7/2/03 | 6/22/06 |
| 69 | Moreno, Arturo | 6/12/02 | 8/20/02 | 6/1/04 |
| 70 | Muneer, Revathi | 4/8/03 | 5/13/03 | 5/26/06 |
| 71 | Newgent, Hadley | 5/29/03 | 8/6/03 | 6/9/06 |
| 72 | Nielsen, Jennifer | 7/10/03 | 8/30/03 | 6/2/06 |
| 73 | Nielson, James | 5/15/03 | 7/24/03 | 6/30/06 |
| 74 | O'Denius, David A. | 6/26/03 | 9/4/03 | 6/2/06 |
| 75 | Opdahl, Carol | 6/19/03 | 8/27/03 | 6/2/06 |
| 76 | Passanante, Beth | 5/22/03 | 7/31/03 | 6/22/06 |
| 77 | Perales, Israel | 4/17/03 | 6/25/03 | 6/30/06 |
| 78 | Phelan, Gregory | 5/15/03 | 7/24/03 | 6/16/06 |
| 79 | Pitts, Quanshateshia | 7/10/03 | 9/17/03 | 6/30/06 |
| 80 | Powe, Don D. | 7/10/03 | 9/17/03 | 6/2/06 |
| 81 | Rab, Syed Fazl | 6/26/03 | 7/24/03 | 6/2/06 |
| 82 | Ramirez, Norma A. | 3/27/03 | 6/4/03 | 6/2/06 |
| 83 | Rangel-Machua, Eliz | 7/10/03 | 9/17/03 | 6/9/06 |
| 84 | Rodman, Drew | 6/19/03 | 8/27/03 | 6/16/06 |
| 85 | Ruiz, Abdel R. | 7/2/03 | 9/10/03 | 6/9/06 |
| 86 | Salinas, Elena | 9/18/03 | 1/6/04 | 6/16/06 |
| 87 | Salvador, Melvin B. | 4/17/03 | 6/25/03 | 6/2/06 |
| 88 | Sansone, William | 5/8/03 | 7/17/03 | 5/26/06 |
| 89 | Shelly, Steven E. | 3/20/03 | 5/28/03 | 6/2/06 |
| 90 | Solorio, Ulises G. | 5/8/03 | 7/17/03 | 7/17/06 |
| 91 | Tabor, Alberta Jo | 6/19/03 | 8/27/03 | 6/16/06 |
| 92 | Todd, Paul A. | 5/15/03 | 7/24/03 | 6/22/06 |
| 93 | Ulbncht, Robert S. | 6/5/03 | 8/18/03 | 6/16/06 |
| 94 | Vargas, Hector A. | 6/26/03 | 9/4/03 | 6/9/06 |
| 95 | Verina, Ernie | 5/8/03 | 7/17/03 | 6/2/06 |

| | | | | |
|---|---|---|---|---|
| 96 | Wang, Travis R. | 6/26/03 | 9/4/03 | 6/30/06 |
| 97 | Williams, Johnny | 7/17/03 | 9/24/03 | 6/9/06 |
| 98 | Wisniewski, Dawn | 8/14/03 | 10/23/03 | 6/2/06 |
| 99 | Wissmueller, Tamara R | 8/21/03 | 11/6/03 | 6/30/06 |
| 100 | Wu, Natalie J. | 5/15/03 | 7/24/03 | 6/9/06 |
| 101 | Ye, Yang | 5/15/2003 | 7/24/2003 | 6/16/2006 |
| 102 | Zinnerman, Amina | 8/21/2003 | 10/30/2003 | 7/18/2006 |