# SCHEDULE B

**Plaintiffs Not Paid Overtime For Training After 8/23/03**

| | Moreno Clients | Start Date | End Date | Consent Dates |
|---|---|---|---|---|
| 1 | Hance, Carl E. | 9/4/2003 | 11/13/2003 | 6/9/06 |
| 2 | Hernandez, Jesus | 9/4/2003 | 11/13/2003 | 6/30/06 |
| 3 | Hrastar, Susan | 9/4/2003 | 11/13/2003 | 8/11/06 |
| 4 | Manzano, Segundo S. | 9/4/2003 | 11/13/2003 | 7/14/06 |
| 5 | Marshall, Laura | 9/4/2003 | 11/13/2003 | 6/2/06 |
| 6 | Quinones, Jorge L. | 9/4/2003 | 11/13/2003 | 6/9/06 |
| 7 | Vasquez, Gilbert | 9/4/2003 | 11/13/2003 | 7/7/06 |
| 8 | Salinas, Elena | 9/7/2003 | 11/26/2003 | 6/16/06 |
| 9 | Milian, John S. | 10/7/03 | 11/10/2003 | 5/26/06 |
| 10 | Royal, Wanda | 10/7/03 | 11/10/2003 | 6/2/06 |
| 11 | Stokes, Mark | 10/7/03 | 11/10/2003 | 6/9/06 |
| 12 | Le Roy, Walter Preston | 10/21/03 | 11/24/2003 | 7/14/06 |
| 13 | Valade, Thomas David | 10/21/03 | 11/24/2003 | 6/2/06 |
| 14 | Webb, Michael A. | 10/21/03 | 11/24/2003 | 6/9/06 |
| 15 | Van Nguyen, Nghiem | 10/29/03 | 12/11/2003 | 6/9/06 |
| 16 | Thibault, Meloday A. | 10/30/03 | 12/9/2003 | 6/22/06 |
| 17 | Oetinger, Kevin | 11/3/2003 | 12/11/2003 | 6/16/06 |
| 18 | Koson, Joseph T. | 1/27/04 | 2/27/2004 | 6/16/06 |
| 19 | Dicks, Julie | 2/4/2004 | 3/10/2004 | 6/2/06 |
| 20 | Murphy, Scott A. | 2/24/04 | 3/25/2004 | 5/26/06 |
| 21 | McDougald, Elliott | 3/9/04 | 4/8/2004 | 6/9/06 |
| 22 | Bayanilla, Jose L. | 4/27/2004 | 5/5/2004 | 6/2/06 |
| 23 | Ortiz, Michael A. | 6/15/04 | 6/24/2004 | 7/14/06 |
| 24 | Saucedo, Eduardo | 7/30/2004 | 10/18/2004 | 7/17/06 |
| 25 | Brown, Robinette D. | 12/7/04 | 12/16/2004 | 7/14/06 |