# SCHEDULE C

**Additional Plaintiffs Excluded from the Government's List**

| | Moreno Clients | Start Date | End Date | Consent Dates |
|---|---|---|---|---|
| 1 | Abadico, Hassen A. | 8/14/2003 | 10/23/2003 | 6/9/06 |
| 2 | Abella, Roberto J. | 5/1/2003 | 7/10/2003 | 7/17/06 |
| 3 | Ash, Steven K. | 7/17/2003 | 9/24/2003 | 6/9/06 |
| 4 | Barden, Robert | 5/22/2003 | 7/31/2003 | 6/16/06 |
| 5 | Borden, Timothy G. | 5/29/2003 | 8/6/2003 | 5/26/06 |
| 6 | Browder, Daron L. | 3/27/2003 | 6/4/2003 | 6/9/06 |
| 7 | Brower, Paul | 5/1/2003 | 7/10/2003 | 6/30/06 |
| 8 | DeAvila, Lilia | 5/29/2003 | 8/6/2003 | 6/16/06 |
| 9 | Fernandez, Michael | 5/1/2003 | 7/10/2003 | 7/14/06 |
| 10 | Florendo, Pete O. | 5/15/2003 | 7/24/2003 | 6/9/06 |
| 11 | Garay-Ortiz, Mariano | 7/24/2003 | 10/1/2003 | 6/2/06 |
| 12 | Garcia, Claudette J. | 7/24/2003 | 10/1/2003 | 6/30/06 |
| 13 | Harmon, William C. | 5/15/2003 | 7/24/2003 | 6/16/06 |
| 14 | Kaiser, Polly E. | 5/1/2003 | 7/10/2003 | 7/7/06 |
| 15 | Moldovan, Benjamin | 8/6/2003 | 10/15/2003 | 7/18/06 |
| 16 | Moody, Joseph E. | 4/24/2003 | 7/2/2003 | 6/16/06 |
| 17 | Reilley, Robert J. | 3/27/2003 | 6/4/2003 | 6/9/06 |
| 18 | Rigg, Michael | 3/13/2003 | 5/20/2003 | 6/2/06 |
| 19 | Shryock, JoAnn | 7/10/2003 | 9/17/2003 | 6/2/06 |
| 20 | Walkley, Theodore A. | 4/10/2003 | 6/18/2003 | 6/30/06 |
| 21 | Yates, Christyke R. | 4/24/2003 | 7/2/2003 | 6/30/06 |
| 22 | Zhang, Danyang | 5/15/2003 | 7/24/2003 | 6/22/06 |