# Schedule D

## Alleged Criminal Investigators

| | Moreno Clients | Start Date | End Date | Consent Dates |
|---|---|---|---|---|
| 1 | Bogdanski, Leonard J. | | | 7/14/06 |
| 2 | Cozine, Mark | | | 7/17/06 |
| 3 | Kelly, Edward J. | | | 7/7/06 |
| 4 | Laird, Kevin | | | 7/14/06 |
| 5 | Lombardi, Robert | | | 7/14/06 |
| 6 | Stanley, John | | | 6/30/06 |