# SCHEDULE E

**Plaintiffs for Whom Government Has Not Provided Records**

| | Moreno Clients | Start Date | End Date | Consent Dates |
|---|---|---|---|---|
| 1 | Cacley, Andrew | | | 6/9/06 |
| 2 | Canta, Diana E. | | | 6/9/06 |
| 3 | Culpepper, Richard | | | 7/17/06 |
| 4 | Duran, Rudy | | | 8/11/06 |
| 5 | Garman, Elizabeth | | | 6/9/06 |
| 6 | Gendreau, Michael Paul | | | 6/16/06 |
| 7 | Harper, Mellissa B. | | | 6/16/06 |
| 8 | Heffer, Raymond | | | 6/22/06 |
| 9 | Mirandona Jr., John | | | 7/14/06 |
| 10 | Murrino, Michael | | | 7/18/06 |
| 11 | Ramoner, Javier A. | | | 6/9/06 |
| 12 | Renfeldt, Michael A. | | | 6/9/06 |
| 13 | Smyth, Dennis R. | | | 7/14/06 |
| 14 | Wanjiru, Anji | | | 6/16/06 |