SCHEDULE F
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** |
| 2 | Ackroyd, Harry E. | | 7/10/03 | 9/17/03 | 6/2/06 | 10 | 7 | 7 |
| 3 | Acox, Micah L. | | 7/17/03 | 9/24/03 | 7/14/06 | 10 | 6 | 6 |
| 4 | Aguirre, Leopoldo | | 7/10/03 | 9/17/03 | 7/14/06 | 10 | 7 | 7 |
| 5 | Alvarado, Antonio E. | | 8/21/03 | 11/6/03 | 7/14/06 | 11 | 1 | 1 |
| 6 | Aneke, Nnamdi F. | | 5/1/03 | 7/10/03 | 7/14/06 | 10 | 10 | 1 |
| 7 | Annotti, Mark | | 5/1/03 | 7/10/03 | 6/2/06 | 10 | 10 | 7 |
| 8 | Arambulo, Emmanuel | | 5/22/03 | 7/31/03 | 6/9/06 | 10 | 10 | 10 |
| 9 | Araujo, Victor | | 8/6/03 | 10/15/03 | 8/11/06 | 10 | 3 | 3 |
| 10 | Arcinas, Arlo S. | | 5/1/03 | 7/10/03 | 6/2/06 | 10 | 10 | 7 |
| 11 | Arredondo, Hector | | 3/20/03 | 5/28/03 | 5/26/06 | 10 | 10 | 3 |
| 12 | Backen, Roger | | 4/24/03 | 7/2/03 | 6/30/06 | 10 | 10 | 2 |
| 13 | Belinsky, Marcel Paul | | 7/24/03 | 10/1/03 | 6/2/06 | 10 | 5 | 5 |
| 14 | Biacke, Noel M. | | 8/21/03 | 10/30/03 | 7/17/06 | 10 | 1 | 1 |
| 15 | Boelens, Lyle | | 5/1/03 | 7/10/03 | 7/7/06 | 10 | 10 | 3 |
| 16 | Bond, James K. | | 5/1/03 | 7/10/03 | 6/16/06 | 10 | 10 | 5 |
| 17 | Brannen, William R. | | 8/6/03 | 10/15/03 | 5/26/06 | 10 | 3 | 3 |
| 18 | Brantley, James A. | | 7/10/03 | 9/17/03 | 7/7/06 | 10 | 7 | 7 |
| 19 | Bria, Jerome | | 8/21/03 | 10/30/03 | 5/26/06 | 10 | 1 | 1 |
| 20 | Brooks, Robert E | | 4/3/03 | 6/11/03 | 5/25/06 | 10 | 10 | 5 |
| 21 | Bruce, Karen | | 5/1/03 | 7/10/03 | 7/14/06 | 10 | 10 | 1 |
| 22 | Butler, Sonia L. | | 4/3/03 | 6/11/03 | 6/9/06 | 10 | 10 | 3 |
| 23 | Cai, Bei Hua | | 7/10/03 | 8/13/03 | 6/16/06 | 10 | 10 | 10 |
| 24 | Calcano, Nuirka Y. | | 8/21/03 | 11/6/03 | 6/2/06 | 11 | 1 | 1 |
| 25 | Carrillo, Melissa Ann | | 6/12/03 | 8/20/03 | 6/2/06 | 10 | 10 | 10 |
| 26 | Carter, Paul | | 5/22/03 | 7/31/03 | 6/2/06 | 10 | 10 | 10 |

SCHEDULE F
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** |
| 27 | Clemens, Heath | | 6/26/03 | 9/4/03 | 6/2/06 | 10 | 9 | 9 |
| 28 | Coffey, Andrea | | 5/15/03 | 7/24/03 | 6/30/06 | 10 | 10 | 5 |
| 29 | Crump, Timothy R. | | 8/21/03 | 11/6/03 | 6/16/06 | 7 | 1 | 1 |
| 30 | Cruse, Angelica | | 4/17/03 | 6/10/03 | 6/9/06 | 8 | 8 | 3 |
| 31 | Diaz Jr., Tomas | | 5/22/03 | 7/31/03 | 7/18/06 | 10 | 10 | 4 |
| 32 | Dixon, Sandra L. | | 4/24/03 | 7/2/03 | 6/9/06 | 10 | 10 | 6 |
| 33 | Duran, Pedro V. | | 8/21/03 | 10/30/03 | 6/9/06 | 10 | 1 | 1 |
| 34 | Dusharm, Floyd | | 5/15/03 | 7/24/03 | 6/16/06 | 10 | 10 | 7 |
| 35 | Gamboa, Erika B. | | 5/22/03 | 7/31/03 | 6/9/06 | 10 | 10 | 10 |
| 36 | Ghee, James Donald | | 4/24/03 | 7/2/03 | 7/7/06 | 10 | 10 | 2 |
| 37 | Gladney, Clifton M. | | 6/19/03 | 8/27/03 | 6/22/06 | 10 | 10 | 10 |
| 38 | Grant Sr., Gary L. | | 7/2/03 | 9/10/03 | 6/16/06 | 10 | 8 | 8 |
| 39 | Grofcsik, Herbert F. | | 6/26/03 | 9/4/03 | 7/14/06 | 10 | 9 | 9 |
| 40 | Hall, Lonnie L. | | 6/26/03 | 7/30/03 | 6/9/06 | 5 | 5 | 5 |
| 41 | Hansen, James P. | | 4/24/03 | 7/2/03 | 6/9/06 | 10 | 10 | 6 |
| 42 | Hernandez, Gilbert S. | | 8/21/03 | 10/30/03 | 6/9/06 | 10 | 1 | 1 |
| 43 | Hewson, Kathleen A. | | 3/27/03 | 6/4/03 | 6/2/06 | 10 | 10 | 2 |
| 44 | Hofstra, Kenneth E. | | 5/22/03 | 7/31/03 | 6/30/06 | 10 | 10 | 8 |
| 45 | Hopkins, Eric J. | | 3/27/03 | 6/4/03 | 6/9/06 | 10 | 10 | 2 |
| 46 | Hospedales, Judith | | 7/23/03 | 8/27/03 | 7/17/06 | 5 | 5 | 5 |
| 47 | Huaug, Steve | | 4/17/03 | 6/25/03 | 6/9/06 | 10 | 10 | 5 |
| 48 | Huffman, Reggie | | 4/10/03 | 6/18/03 | 6/16/06 | 10 | 10 | 2 |
| 49 | Iannaccone, Joseph P. | | 8/21/03 | 10/30/03 | 6/2/06 | 10 | 1 | 1 |
| 50 | Jackson, Wendell | | 5/1/03 | 7/10/03 | 7/7/06 | 10 | 10 | 3 |
| 51 | Johnson, Sherry J. | | 5/1/03 | 7/10/03 | 6/2/06 | 10 | 10 | 7 |

SCHEDULE F
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** |
| 52 | Jones, William D. | | 5/1/03 | 7/10/03 | 6/2/06 | 10 | 10 | 7 |
| 53 | Kelley, Orson C. | | 8/21/03 | 10/30/03 | 6/16/06 | 10 | 1 | 1 |
| 54 | King, James L. | | 7/17/03 | 9/24/03 | 6/9/06 | 10 | 6 | 6 |
| 55 | Knapp, James P. | | 6/5/03 | 8/13/03 | 6/16/06 | 10 | 10 | 10 |
| 56 | Knee, Celeste A. | | 5/8/03 | 7/17/03 | 6/2/06 | 10 | 10 | 8 |
| 57 | Koszarycz, Bogdan | | 8/21/03 | 10/30/03 | 6/2/06 | 10 | 1 | 1 |
| 58 | Kraft, Michael | | 6/26/03 | 9/4/03 | 6/9/06 | 10 | 9 | 9 |
| 59 | Kumpost, David J. | | 8/6/03 | 10/15/03 | 6/16/06 | 10 | 3 | 3 |
| 60 | Lannan, Shelley | | 6/19/03 | 8/27/03 | 6/9/06 | 10 | 10 | 10 |
| 61 | Lippard, Jack | | 5/22/03 | 7/31/03 | 7/7/06 | 10 | 10 | 6 |
| 62 | Lopez, Ener I. | | 8/21/03 | 10/30/03 | 6/2/06 | 10 | 1 | 1 |
| 63 | Lovell, Richard V. | | 4/10/03 | 6/18/03 | 6/2/06 | 10 | 10 | 4 |
| 64 | Luker, Michael G. | | 8/6/03 | 10/15/03 | 6/9/06 | 10 | 3 | 3 |
| 65 | McCurdy, Jon M. | | 6/19/03 | 8/27/03 | 6/2/06 | 10 | 10 | 10 |
| 66 | Mendez, Odette E. | | 7/24/03 | 10/1/03 | 6/2/06 | 10 | 5 | 5 |
| 67 | Miller, Gordon | | 4/24/03 | 7/2/03 | 7/7/06 | 10 | 10 | 2 |
| 68 | Mora, Rene | | 6/12/03 | 8/20/03 | 6/2/06 | 10 | 10 | 10 |
| 69 | Morales, Aida | | 4/24/03 | 7/2/03 | 6/22/06 | 10 | 10 | 4 |
| 70 | Moreno, Arturo | | 6/12/02 | 8/20/02 | 6/1/04 | 10 | 10 | 10 |
| 71 | Muneer, Revathi | | 4/8/03 | 5/13/03 | 5/26/06 | 5 | 5 | 1 |
| 72 | Newgent, Hadley | | 5/29/03 | 8/6/03 | 6/9/06 | 10 | 10 | 10 |
| 73 | Nielsen, Jennifer | | 7/10/03 | 8/30/03 | 6/2/06 | 8 | 7 | 7 |
| 74 | Nielson, James | | 5/15/03 | 7/24/03 | 6/30/06 | 10 | 10 | 4 |
| 75 | O'Denius, David A. | | 6/26/03 | 9/4/03 | 6/2/06 | 10 | 9 | 9 |
| 76 | Opdahl, Carol | | 6/19/03 | 8/27/03 | 6/2/06 | 10 | 10 | 10 |

SCHEDULE F
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** |
| 77 | Passanante, Beth | | 5/22/03 | 7/31/03 | 6/22/06 | 10 | 10 | 8 |
| 78 | Perales, Israel | | 4/17/03 | 6/25/03 | 6/30/06 | 10 | 10 | 1 |
| 79 | Phelan, Gregory | | 5/15/03 | 7/24/03 | 6/16/06 | 10 | 10 | 7 |
| 80 | Pitts, Quanshateshia | | 7/10/03 | 9/17/03 | 6/30/06 | 10 | 7 | 7 |
| 81 | Powe, Don D. | | 7/10/03 | 9/17/03 | 6/2/06 | 10 | 7 | 7 |
| 82 | Rab, Syed Fazl | | 6/26/03 | 7/24/03 | 6/2/06 | 4 | 4 | 4 |
| 83 | Ramirez, Norma A. | | 3/27/03 | 6/4/03 | 6/2/06 | 10 | 10 | 2 |
| 84 | Rangel-Machua, Eliz | | 7/10/03 | 9/17/03 | 6/9/06 | 10 | 7 | 7 |
| 85 | Rodman, Drew | | 6/19/03 | 8/27/03 | 6/16/06 | 10 | 10 | 10 |
| 86 | Ruiz, Abdel R. | | 7/2/03 | 9/10/03 | 6/9/06 | 10 | 8 | 8 |
| 87 | Salinas, Elena | | 9/18/03 | 1/6/04 | 6/16/06 | 16 | 1 | 1 |
| 88 | Salvador, Melvin B. | | 4/17/03 | 6/25/03 | 6/2/06 | 10 | 10 | 5 |
| 89 | Sansone, William | | 5/8/03 | 7/17/03 | 5/26/06 | 10 | 10 | 10 |
| 90 | Shelly, Steven E. | | 3/20/03 | 5/28/03 | 6/2/06 | 10 | 10 | 1 |
| 91 | Solorio, Ulises G. | | 5/8/03 | 7/17/03 | 7/17/06 | 10 | 10 | 2 |
| 92 | Tabor, Alberta Jo | | 6/19/03 | 8/27/03 | 6/16/06 | 10 | 10 | 10 |
| 93 | Todd, Paul A. | | 5/15/03 | 7/24/03 | 6/22/06 | 10 | 10 | 7 |
| 94 | Ulbncht, Robert S. | | 6/5/03 | 8/18/03 | 6/16/06 | 11 | 11 | 11 |
| 95 | Vargas, Hector A. | | 6/26/03 | 9/4/03 | 6/9/06 | 10 | 9 | 9 |
| 96 | Verina, Ernie | | 5/8/03 | 7/17/03 | 6/2/06 | 10 | 10 | 8 |
| 97 | Wang, Travis R. | | 6/26/03 | 9/4/03 | 6/30/06 | 10 | 9 | 9 |
| 98 | Williams, Johnny | | 7/17/03 | 9/24/03 | 6/9/06 | 10 | 6 | 6 |
| 99 | Wisniewski, Dawn | | 8/14/03 | 10/23/03 | 6/2/06 | 10 | 2 | 2 |
| 100 | Wissmueller, Tamara R. | | 8/21/03 | 11/6/03 | 6/30/06 | 11 | 1 | 1 |
| 101 | Wu, Natalie J. | | 5/15/03 | 7/24/03 | 6/9/06 | 10 | 10 | 9 |

SCHEDULE F
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** |
| 102 | Ye, Yang | | 5/15/03 | 7/24/03 | 6/16/06 | 10 | 10 | 7 |
| 103 | Zinnerman, Amina | | 8/21/03 | 10/30/03 | 7/18/06 | 10 | 1 | 1 |