SCHEDULE G
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With No Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | |
| 2 | Alvarez, Maria J. | | 5/29/02 | 8/6/02 | 7/14/06 | 10 | | 0 | |
| 3 | Baez-Freyre, Cristina | | 7/23/02 | 8/16/02 | 6/30/06 | 3 | | 0 | |
| 4 | Bayanilla, Jose L. | | 4/27/04 | 5/5/04 | 6/2/06 | 1 | 0 | 0 | |
| 5 | Bennett, Alan G. | | 7/23/02 | 8/16/02 | 7/14/06 | 3 | | 0 | |
| 6 | Brown, Robinette D. | | 12/7/04 | 12/16/04 | 7/14/06 | 1 | 0 | 0 | |
| 7 | Brown, Robyn | | 1/8/02 | 2/1/02 | 5/25/06 | 3 | | 0 | |
| 8 | Burgert, Greta | | 2/11/02 | 3/12/02 | 6/30/06 | 4 | | 0 | |
| 9 | Cahi, Dave L. | | 10/17/02 | 12/27/02 | 6/22/06 | 10 | | 0 | |
| 10 | Carey, Chamaiporn | | 7/9/02 | 8/1/02 | 5/26/06 | 3 | | 0 | Alleging Non-Payment Of Back Wages |
| 11 | Cobb, Adam | | 2/1/02 | 3/1/02 | 6/2/06 | 4 | | 0 | |
| 12 | Cole, Catherine | | 1/29/02 | 2/12/02 | 7/7/06 | 2 | | 0 | |
| 13 | Conley, Lyle M. | | 2/25/02 | 3/25/02 | 7/14/06 | 4 | | 0 | |
| 14 | Cruz-Camacho, Jonathan | | 3/14/02 | * | 6/22/06 | 0 | | 0 | Alleging Non-Payment Of Back Wages |
| 15 | Cua, Gilberto | | 3/8/02 | 4/8/02 | 6/2/06 | 5 | | 0 | |
| 16 | Dafforn, Monica A. | | 4/8/03 | 5/13/03 | 6/2/06 | 5 | | 0 | |
| 17 | Dicks, Julie | | 2/4/04 | 3/10/04 | 6/2/06 | 5 | 0 | 0 | |
| 18 | Dubski, John | | 1/22/02 | 2/20/02 | 7/7/06 | 4 | | 0 | |

SCHEDULE G
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With No Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | |
| 19 | Flores, Bernadine L. | | 11/17/02 | 1/18/03 | 7/7/06 | 9 | | 0 | |
| 20 | Garcia Sr., Efren | | 7/2/02 | 9/10/02 | 7/14/06 | 10 | | 0 | |
| 21 | Garzasty, Jacqueline | | 7/9/02 | 8/7/02 | 6/2/06 | 4 | | 0 | |
| 22 | Ghostlaw, Tracie D | | 7/18/02 | 8/20/02 | 5/25/06 | 5 | | 0 | |
| 23 | Gibson, Princess Stryker | | 6/12/02 | 8/20/02 | 6/16/06 | 10 | | 0 | |
| 24 | Gilbertoson, Matthew N. | | 1/30/03 | 4/9/03 | 6/9/06 | 10 | | 0 | |
| 25 | Goddridge, Arnold | | 2/12/02 | 3/8/02 | 7/17/06 | 3 | | 0 | |
| 26 | Hall, Lynnette | | 1/8/02 | 2/7/02 | 8/11/06 | 4 | | 0 | |
| 27 | Hance, Carl E. | | 9/4/03 | 11/13/03 | 6/9/06 | 10 | 0 | 0 | |
| 28 | Hernandez, Jesus | | 9/4/03 | 11/13/03 | 6/30/06 | 10 | 0 | 0 | |
| 29 | Hrastar, Susan | | 9/4/03 | 11/13/03 | 8/11/06 | 10 | 0 | 0 | |
| 30 | Hun, Dong Yim | | 3/13/03 | 5/20/03 | 6/9/06 | 10 | | 0 | |
| 31 | Kaneris, Michael | | 2/14/02 | 3/12/02 | 6/2/06 | 4 | | 0 | |
| 32 | Ketzel, Larry | | 2/7/02 | 4/1/02 | 6/2/06 | 8 | | 0 | |
| 33 | Koson, Joseph T. | | 1/27/04 | 2/27/04 | 6/16/06 | 4 | 0 | 0 | |
| 34 | Leroy, Walter Preston | | 10/21/03 | 11/24/03 | 7/14/06 | 4 | 0 | 0 | |
| 35 | Manzano, Segundo S. | | 9/4/03 | 11/13/03 | 7/14/06 | 10 | 0 | 0 | |
| 36 | Marshall, Laura | | 9/4/03 | 11/13/03 | 6/2/06 | 10 | 0 | 0 | |
| 37 | Martin, Linda R. | | 3/5/02 | 3/19/02 | 6/9/06 | 2 | | 0 | |
| 38 | McDougald, Elliott | | 3/9/04 | 4/8/04 | 6/9/06 | 4 | | 0 | |
| 39 | MIlian, John S. | | 10/7/03 | 11/10/03 | 5/26/06 | 5 | 0 | 0 | |
| 40 | Moser, Ling P. | | 2/28/02 | 5/7/02 | 6/9/06 | 10 | | 0 | |
| 41 | Munoz, Robert A. | | 3/5/02 | 3/19/02 | 6/30/06 | 2 | | 0 | |
| 42 | Murphy, Scott A. | | 2/24/04 | 3/25/04 | 5/26/06 | 4 | 0 | 0 | |
| 43 | Nealy, Tammy | | 2/25/02 | 3/25/02 | 7/18/06 | 4 | | 0 | |

SCHEDULE G
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With No Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | |
| 44 | Oetinger, Kevin | | 11/3/03 | 12/11/03 | 6/16/06 | 5 | 0 | 0 | |
| 45 | Oh, Maria S. | | 7/9/02 | 8/1/02 | 6/9/06 | 3 | | 0 | Alleging Non-Payment Of Back Wages |
| 46 | Ortiz, Michael A. | | 6/15/04 | 6/24/04 | 7/14/06 | 1 | 0 | 0 | |
| 47 | Pelissero, Gregory Keir | | 1/5/02 | 2/5/02 | 6/9/06 | 5 | | 0 | |
| 48 | Puns, Ana | | 1/8/02 | 2/1/02 | 7/14/06 | 3 | | 0 | |
| 49 | Rigg, Michael | | 3/13/03 | 5/20/03 | 6/2/06 | 10 | | 0 | |
| 50 | Roney, Marta | | 3/5/02 | 3/19/02 | 7/18/06 | 2 | | 0 | |
| 51 | Royal, Wanda | | 10/7/03 | 11/10/03 | 6/2/06 | 5 | 0 | 0 | |
| 52 | Ruvalcaba, Marta V. | | 2/12/02 | 3/8/02 | 6/2/06 | 3 | | 0 | |
| 53 | Sarich, Julia | | 3/14/02 | 4/29/02 | 6/9/06 | 7 | | 0 | |
| 54 | Saucedo, Eduardo | | 7/30/04 | 10/18/04 | 7/17/06 | 12 | 0 | 0 | |
| 55 | Scott, Terence J. | | 1/8/02 | 2/1/02 | 5/25/06 | 3 | | 0 | |
| 56 | Stanley, John | | 2/23/04 | 5/7/04 | 6/30/06 | 0 | | 0 | |
| 57 | Stocker, John A. | | 2/14/02 | 4/24/02 | 7/14/06 | 10 | | 0 | |
| 58 | Stokes, Mark | | 10/7/03 | 11/10/03 | 6/9/06 | 5 | 0 | 0 | |
| 59 | Stuart, Linnea | | 7/23/02 | 8/16/02 | 8/11/06 | 3 | | 0 | |
| 60 | Thibualt, Meloday A. | | 10/30/03 | 12/9/03 | 6/22/06 | 6 | 0 | 0 | |
| 61 | Valade, Thomas David | | 10/21/03 | 11/24/03 | 6/2/06 | 5 | 0 | 0 | |
| 62 | Van Nguyen, Nghiem | | 10/29/03 | 12/11/03 | 6/9/06 | 6 | 0 | 0 | |
| 63 | Vasquez, Gilbert | | 9/4/03 | 11/13/03 | 7/7/06 | 10 | 0 | 0 | |
| 64 | Walkley, Theodore A. | | 4/10/03 | 6/18/03 | 6/30/06 | 10 | | 0 | |

SCHEDULE G
Moreno v. United States, Fed Cl. No. 05-142
Plaintiffs With No Claims Remaining In The Litigation
(exclusive of plaintiffs for whom counsel has not provided social security numbers)

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | |
| 65 | Webb, Michael A. | | 10/21/03 | 11/24/03 | 6/9/06 | 5 | 0 | 0 | |