SCHEDULE H
Moreno v. United States, Fed. Cl. No. 05-142
Plaintiffs for whom counsel provided Social Security numbers

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | **Notes** |
| 2 | Ackroyd, Harry E. | | 7/10/03 | 9/17/03 | 6/2/06 | 10 | 7 | 7 | |
| 3 | Acox, Micah L. | | 7/17/03 | 9/24/03 | 7/14/06 | 10 | 6 | 6 | |
| 4 | Aguirre, Leopoldo | | 7/10/03 | 9/17/03 | 7/14/06 | 10 | 7 | 7 | |
| 5 | Alvarado, Antonio E. | | 8/21/03 | 11/6/03 | 7/14/06 | 11 | 1 | 1 | |
| 6 | Alvarez, Maria J. | | 5/29/02 | 8/6/02 | 7/14/06 | 10 | | 0 | |
| 7 | Aneke, Nnamdi F. | | 5/1/03 | 7/10/03 | 7/14/06 | 10 | 10 | 1 | |
| 8 | Annotti, Mark | | 5/1/03 | 7/10/03 | 6/2/06 | 10 | 10 | 7 | |
| 9 | Arambulo, Emmanuel | | 5/22/03 | 7/31/03 | 6/9/06 | 10 | 10 | 10 | |
| 10 | Araujo, Victor | | 8/6/03 | 10/15/03 | 8/11/06 | 10 | 3 | 3 | |
| 11 | Arcinas, Arlo S. | | 5/1/03 | 7/10/03 | 6/2/06 | 10 | 10 | 7 | |
| 12 | Arredondo, Hector | | 3/20/03 | 5/28/03 | 5/26/06 | 10 | 10 | 3 | |
| 13 | Backen, Roger | | 4/24/03 | 7/2/03 | 6/30/06 | 10 | 10 | 2 | |
| 14 | Baez-Freyre, Cristina | | 7/23/02 | 8/16/02 | 6/30/06 | 3 | | 0 | |
| 15 | Bayanilla, Jose L. | | 4/27/04 | 5/5/04 | 6/2/06 | 1 | 0 | 0 | |
| 16 | Belinsky, Marcel Paul | | 7/24/03 | 10/1/03 | 6/2/06 | 10 | 5 | 5 | |
| 17 | Bennett, Alan G. | | 7/23/02 | 8/16/02 | 7/14/06 | 3 | | 0 | |
| 18 | Biacke, Noel M. | | 8/21/03 | 10/30/03 | 7/17/06 | 10 | 1 | 1 | |
| 19 | Boelens, Lyle | | 5/1/03 | 7/10/03 | 7/7/06 | 10 | 10 | 3 | |
| 20 | Bogdanski, Leonard J. | | | | 7/14/06 | | * | | Criminal Investigator |
| 21 | Bond, James K. | | 5/1/03 | 7/10/03 | 6/16/06 | 10 | 10 | 5 | |
| 22 | Brannen, William R. | | 8/6/03 | 10/15/03 | 5/26/06 | 10 | 3 | 3 | |
| 23 | Brantley, James A. | | 7/10/03 | 9/17/03 | 7/7/06 | 10 | 7 | 7 | |
| 24 | Bria, Jerome | | 8/21/03 | 10/30/03 | 5/26/06 | 10 | 1 | 1 | |
| 25 | Brooks, Robert E | | 4/3/03 | 6/11/03 | 5/25/06 | 10 | 10 | 5 | |
| 26 | Brown, Robinette D. | | 12/7/04 | 12/16/04 | 7/14/06 | 1 | 0 | 0 | |

SCHEDULE H
Moreno v. United States, Fed. Cl. No. 05-142
Plaintiffs for whom counsel provided Social Security numbers

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | **Notes** |
| 27 | Brown, Robyn | | 1/8/02 | 2/1/02 | 5/25/06 | 3 | | 0 | |
| 28 | Bruce, Karen | | 5/1/03 | 7/10/03 | 7/14/06 | 10 | 10 | 1 | |
| 29 | Burgert, Greta | | 2/11/02 | 3/12/02 | 6/30/06 | 4 | | 0 | |
| 30 | Butler, Sonia L. | | 4/3/03 | 6/11/03 | 6/9/06 | 10 | 10 | 3 | |
| 31 | Cahi, Dave L. | | 10/17/02 | 12/27/02 | 6/22/06 | 10 | | 0 | |
| 32 | Cai, Bei Hua | | 7/10/03 | 8/13/03 | 6/16/06 | 10 | 10 | 10 | |
| 33 | Calcano, Nuirka Y. | | 8/21/03 | 11/6/03 | 6/2/06 | 11 | 1 | 1 | |
| 34 | Carey, Chamaiporn | | 7/9/02 | 8/1/02 | 5/26/06 | 3 | | 0 | Alleging Non-Payment Of Back Wages |
| 35 | Carrillo, Melissa Ann | | 6/12/03 | 8/20/03 | 6/2/06 | 10 | 10 | 10 | |
| 36 | Carter, Paul | | 5/22/03 | 7/31/03 | 6/2/06 | 10 | 10 | 10 | |
| 37 | Clemens, Heath | | 6/26/03 | 9/4/03 | 6/2/06 | 10 | 9 | 9 | |
| 38 | Cobb, Adam | | 2/1/02 | 3/1/02 | 6/2/06 | 4 | | 0 | |
| 39 | Coffey, Andrea | | 5/15/03 | 7/24/03 | 6/30/06 | 10 | 10 | 5 | |
| 40 | Cole, Catherine | | 1/29/02 | 2/12/02 | 7/7/06 | 2 | | 0 | |
| 41 | Conley, Lyle M. | | 2/25/02 | 3/25/02 | 7/14/06 | 4 | | 0 | |
| 42 | Cozine, Mark | | | | 7/17/06 | | * | | Criminal Investigator |
| 43 | Crump, Timothy R. | | 8/21/03 | 11/6/03 | 6/16/06 | 7 | 1 | 1 | |
| 44 | Cruse, Angelica | | 4/17/03 | 6/10/03 | 6/9/06 | 8 | 8 | 3 | |

SCHEDULE H

Moreno v. United States, Fed. Cl. No. 05-142

Plaintiffs for whom counsel provided Social Security numbers

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | **Notes** |
| 45 | Cruz-Camacho, Jonathan | | 3/14/02 | * | 6/22/06 | 0 | | 0 | Alleging Non-Payment Of Back Wages |
| 46 | Cua, Gilberto | | 3/8/02 | 4/8/02 | 6/2/06 | 5 | | 0 | |
| 47 | Dafforn, Monica A. | | 4/8/03 | 5/13/03 | 6/2/06 | 5 | | 0 | |
| 48 | Diaz Jr., Tomas | | 5/22/03 | 7/31/03 | 7/18/06 | 10 | 10 | 4 | |
| 49 | Dicks, Julie | | 2/4/04 | 3/10/04 | 6/2/06 | 5 | 0 | 0 | |
| 50 | Dixon, Sandra L. | | 4/24/03 | 7/2/03 | 6/9/06 | 10 | 10 | 6 | |
| 51 | Dubski, John | | 1/22/02 | 2/20/02 | 7/7/06 | 4 | | 0 | |
| 52 | Duran, Pedro V. | | 8/21/03 | 10/30/03 | 6/9/06 | 10 | 1 | 1 | |
| 53 | Dusharm, Floyd | | 5/15/03 | 7/24/03 | 6/16/06 | 10 | 10 | 7 | |
| 54 | Flores, Bernadine L. | | 11/17/02 | 1/18/03 | 7/7/06 | 9 | | 0 | |
| 55 | Gamboa, Erika B. | | 5/22/03 | 7/31/03 | 6/9/06 | 10 | 10 | 10 | |
| 56 | Garcia Sr., Efren | | 7/2/02 | 9/10/02 | 7/14/06 | 10 | | 0 | |
| 57 | Garzasty, Jacqueline | | 7/9/02 | 8/7/02 | 6/2/06 | 4 | | 0 | |
| 58 | Gendream, Michael Paul | | | | 6/16/06 | | | | Unable to Locate in Records |
| 59 | Ghee, James Donald | | 4/24/03 | 7/2/03 | 7/7/06 | 10 | 10 | 2 | |
| 60 | Ghostlaw, Tracie D | | 7/18/02 | 8/20/02 | 5/25/06 | 5 | | 0 | |
| 61 | Gibson, Princess Stryker | | 6/12/02 | 8/20/02 | 6/16/06 | 10 | | 0 | |
| 62 | Gilbertoson, Matthew N. | | 1/30/03 | 4/9/03 | 6/9/06 | 10 | | 0 | |
| 63 | Gladney, Clifton M. | | 6/19/03 | 8/27/03 | 6/22/06 | 10 | 10 | 10 | |
| 64 | Goddridge, Arnold | | 2/12/02 | 3/8/02 | 7/17/06 | 3 | | 0 | |

SCHEDULE H
Moreno v. United States, Fed. Cl. No. 05-142
Plaintiffs for whom counsel provided Social Security numbers

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | **Notes** |
| 65 | Grant Sr., Gary L. | | 7/2/03 | 9/10/03 | 6/16/06 | 10 | 8 | 8 | |
| 66 | Grofcsik, Herbert F. | | 6/26/03 | 9/4/03 | 7/14/06 | 10 | 9 | 9 | |
| 67 | Hall, Lonnie L. | | 6/26/03 | 7/30/03 | 6/9/06 | 5 | 5 | 5 | |
| 68 | Hall, Lynnette | | 1/8/02 | 2/7/02 | 8/11/06 | 4 | | 0 | |
| 69 | Hance, Carl E. | | 9/4/03 | 11/13/03 | 6/9/06 | 10 | 0 | 0 | |
| 70 | Hansen, James P. | | 4/24/03 | 7/2/03 | 6/9/06 | 10 | 10 | 6 | |
| 71 | Harper, Mellissa B. | | | | 6/16/06 | | | | Criminal Investigator |
| 72 | Hernandez, Gilbert S. | | 8/21/03 | 10/30/03 | 6/9/06 | 10 | 1 | 1 | |
| 73 | Hernandez, Jesus | | 9/4/03 | 11/13/03 | 6/30/06 | 10 | 0 | 0 | |
| 74 | Hewson, Kathleen A. | | 3/27/03 | 6/4/03 | 6/2/06 | 10 | 10 | 2 | |
| 75 | Hofstra, Kenneth E. | | 5/22/03 | 7/31/03 | 6/30/06 | 10 | 10 | 8 | |
| 76 | Hopkins, Eric J. | | 3/27/03 | 6/4/03 | 6/9/06 | 10 | 10 | 2 | |
| 77 | Hospedales, Judith | | 7/23/03 | 8/27/03 | 7/17/06 | 5 | 5 | 5 | |
| 78 | Hrastar, Susan | | 9/4/03 | 11/13/03 | 8/11/06 | 10 | 0 | 0 | |
| 79 | Huaug, Steve | | 4/17/03 | 6/25/03 | 6/9/06 | 10 | 10 | 5 | |
| 80 | Huffman, Reggie | | 4/10/03 | 6/18/03 | 6/16/06 | 10 | 10 | 2 | |
| 81 | Hun, Dong Yim | | 3/13/03 | 5/20/03 | 6/9/06 | 10 | | 0 | |
| 82 | Iannaccone, Joseph P. | | 8/21/03 | 10/30/03 | 6/2/06 | 10 | 1 | 1 | |
| 83 | Jackson, Wendell | | 5/1/03 | 7/10/03 | 7/7/06 | 10 | 10 | 3 | |
| 84 | Johnson, Sherry J. | | 5/1/03 | 7/10/03 | 6/2/06 | 10 | 10 | 7 | |
| 85 | Jones, William D. | | 5/1/03 | 7/10/03 | 6/2/06 | 10 | 10 | 7 | |
| 86 | Kaneris, Michael | | 2/14/02 | 3/12/02 | 6/2/06 | 4 | | 0 | |
| 87 | Kelley, Orson C. | | 8/21/03 | 10/30/03 | 6/16/06 | 10 | 1 | 1 | |
| 88 | Kelly, Edward J. | | | | 7/7/06 | | * | | Criminal Investigator |

SCHEDULE H
Moreno v. United States, Fed. Cl. No. 05-142
Plaintiffs for whom counsel provided Social Security numbers

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | **Notes** |
| 89 | Ketzel, Larry | | 2/7/02 | 4/1/02 | 6/2/06 | 8 | | 0 | |
| 90 | King, James L. | | 7/17/03 | 9/24/03 | 6/9/06 | 10 | 6 | 6 | |
| 91 | Knapp, James P. | | 6/5/03 | 8/13/03 | 6/16/06 | 10 | 10 | 10 | |
| 92 | Knee, Celeste A. | | 5/8/03 | 7/17/03 | 6/2/06 | 10 | 10 | 8 | |
| 93 | Koson, Joseph T. | | 1/27/04 | 2/27/04 | 6/16/06 | 4 | 0 | 0 | |
| 94 | Koszarycz, Bogdan | | 8/21/03 | 10/30/03 | 6/2/06 | 10 | 1 | 1 | |
| 95 | Kraft, Michael | | 6/26/03 | 9/4/03 | 6/9/06 | 10 | 9 | 9 | |
| 96 | Kumpost, David J. | | 8/6/03 | 10/15/03 | 6/16/06 | 10 | 3 | 3 | |
| 97 | Laird, Kevin | | | | 7/14/06 | | * | | Criminal Investigator |
| 98 | Lannan, Shelley | | 6/19/03 | 8/27/03 | 6/9/06 | 10 | 10 | 10 | |
| 99 | Leroy, Walter Preston | | 10/21/03 | 11/24/03 | 7/14/06 | 4 | 0 | 0 | |
| 100 | Lippard, Jack | | 5/22/03 | 7/31/03 | 7/7/06 | 10 | 10 | 6 | |
| 101 | Lombardi, Robert | | | | 7/14/06 | | * | | Criminal Investigator |
| 102 | Lopez, Ener I. | | 8/21/03 | 10/30/03 | 6/2/06 | 10 | 1 | 1 | |
| 103 | Lovell, Richard V. | | 4/10/03 | 6/18/03 | 6/2/06 | 10 | 10 | 4 | |
| 104 | Luker, Michael G. | | 8/6/03 | 10/15/03 | 6/9/06 | 10 | 3 | 3 | |
| 105 | Manzano, Segundo S. | | 9/4/03 | 11/13/03 | 7/14/06 | 10 | 0 | 0 | |
| 106 | Marshall, Laura | | 9/4/03 | 11/13/03 | 6/2/06 | 10 | 0 | 0 | |
| 107 | Martin, Linda R. | | 3/5/02 | 3/19/02 | 6/9/06 | 2 | | 0 | |
| 108 | McCurdy, Jon M. | | 6/19/03 | 8/27/03 | 6/2/06 | 10 | 10 | 10 | |
| 109 | McDougald, Elliott | | 3/9/04 | 4/8/04 | 6/9/06 | 4 | | 0 | |
| 110 | Melchor, Cecilia M. | | | | 7/17/06 | | * | | Criminal Investigator |
| 111 | Mendez, Odette E. | | 7/24/03 | 10/1/03 | 6/2/06 | 10 | 5 | 5 | |

SCHEDULE H
Moreno v. United States, Fed. Cl. No. 05-142
Plaintiffs for whom counsel provided Social Security numbers

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | **Notes** |
| 112 | MIlian, John S. | | 10/7/03 | 11/10/03 | 5/26/06 | 5 | 0 | 0 | |
| 113 | Miller, Gordon | | 4/24/03 | 7/2/03 | 7/7/06 | 10 | 10 | 2 | |
| 114 | Mirandona Jr., John | | | | 7/14/06 | | | | Unable to Locate in Records |
| 115 | Mora, Rene | | 6/12/03 | 8/20/03 | 6/2/06 | 10 | 10 | 10 | |
| 116 | Morales, Aida | | 4/24/03 | 7/2/03 | 6/22/06 | 10 | 10 | 4 | |
| 117 | Moreno, Arturo | | 6/12/02 | 8/20/02 | 6/1/04 | 10 | 10 | 10 | |
| 118 | Moser, Ling P. | | 2/28/02 | 5/7/02 | 6/9/06 | 10 | | 0 | |
| 119 | Muneer, Revathi | | 4/8/03 | 5/13/03 | 5/26/06 | 5 | 5 | 1 | |
| 120 | Munoz, Robert A. | | 3/5/02 | 3/19/02 | 6/30/06 | 2 | | 0 | |
| 121 | Murphy, Scott A. | | 2/24/04 | 3/25/04 | 5/26/06 | 4 | 0 | 0 | |
| 122 | Nealy, Tammy | | 2/25/02 | 3/25/02 | 7/18/06 | 4 | | 0 | |
| 123 | Newgent, Hadley | | 5/29/03 | 8/6/03 | 6/9/06 | 10 | 10 | 10 | |
| 124 | Nielsen, Jennifer | | 7/10/03 | 8/30/03 | 6/2/06 | 8 | 7 | 7 | |
| 125 | Nielson, James | | 5/15/03 | 7/24/03 | 6/30/06 | 10 | 10 | 4 | |
| 126 | O'Denius, David A. | | 6/26/03 | 9/4/03 | 6/2/06 | 10 | 9 | 9 | |
| 127 | Oetinger, Kevin | | 11/3/03 | 12/11/03 | 6/16/06 | 5 | 0 | 0 | |
| 128 | Oh, Maria S. | | 7/9/02 | 8/1/02 | 6/9/06 | 3 | | 0 | Alleging Non-Payment Of Back Wages |
| 129 | Opdahl, Carol | | 6/19/03 | 8/27/03 | 6/2/06 | 10 | 10 | 10 | |
| 130 | Ortiz, Michael A. | | 6/15/04 | 6/24/04 | 7/14/06 | 1 | 0 | 0 | |
| 131 | Passanante, Beth | | 5/22/03 | 7/31/03 | 6/22/06 | 10 | 10 | 8 | |

SCHEDULE H
Moreno v. United States, Fed. Cl. No. 05-142
Plaintiffs for whom counsel provided Social Security numbers

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | **Notes** |
| 132 | Pelissero, Gregory Keir | | 1/5/02 | 2/5/02 | 6/9/06 | 5 | | 0 | |
| 133 | Perales, Israel | | 4/17/03 | 6/25/03 | 6/30/06 | 10 | 10 | 1 | |
| 134 | Phelan, Gregory | | 5/15/03 | 7/24/03 | 6/16/06 | 10 | 10 | 7 | |
| 135 | Pitts, Quanshateshia | | 7/10/03 | 9/17/03 | 6/30/06 | 10 | 7 | 7 | |
| 136 | Powe, Don D. | | 7/10/03 | 9/17/03 | 6/2/06 | 10 | 7 | 7 | |
| 137 | Puns, Ana | | 1/8/02 | 2/1/02 | 7/14/06 | 3 | | 0 | |
| 138 | Rab, Syed Fazl | | 6/26/03 | 7/24/03 | 6/2/06 | 4 | 4 | 4 | |
| 139 | Ramirez, Norma A. | | 3/27/03 | 6/4/03 | 6/2/06 | 10 | 10 | 2 | |
| 140 | Rangel-Machua, Eliz | | 7/10/03 | 9/17/03 | 6/9/06 | 10 | 7 | 7 | |
| 141 | Rigg, Michael | | 3/13/03 | 5/20/03 | 6/2/06 | 10 | | 0 | |
| 142 | Rodman, Drew | | 6/19/03 | 8/27/03 | 6/16/06 | 10 | 10 | 10 | |
| 143 | Roney, Marta | | 3/5/02 | 3/19/02 | 7/18/06 | 2 | | 0 | |
| 144 | Royal, Wanda | | 10/7/03 | 11/10/03 | 6/2/06 | 5 | 0 | 0 | |
| 145 | Ruiz, Abdel R. | | 7/2/03 | 9/10/03 | 6/9/06 | 10 | 8 | 8 | |
| 146 | Ruvalcaba, Marta V. | | 2/12/02 | 3/8/02 | 6/2/06 | 3 | | 0 | |
| 147 | Salinas, Elena | | 9/18/03 | 1/6/04 | 6/16/06 | 16 | 1 | 1 | |
| 148 | Salvador, Melvin B. | | 4/17/03 | 6/25/03 | 6/2/06 | 10 | 10 | 5 | |
| 149 | Sansone, William | | 5/8/03 | 7/17/03 | 5/26/06 | 10 | 10 | 10 | |
| 150 | Sarich, Julia | | 3/14/02 | 4/29/02 | 6/9/06 | 7 | | 0 | |
| 151 | Saucedo, Eduardo | | 7/30/04 | 10/18/04 | 7/17/06 | 12 | 0 | 0 | |
| 152 | Scott, Terence J. | | 1/8/02 | 2/1/02 | 5/25/06 | 3 | | 0 | |
| 153 | Shelly, Steven E. | | 3/20/03 | 5/28/03 | 6/2/06 | 10 | 10 | 1 | |
| 154 | Solorio, Ulises G. | | 5/8/03 | 7/17/03 | 7/17/06 | 10 | 10 | 2 | |
| 155 | Stanley, John | | 2/23/04 | 5/7/04 | 6/30/06 | 0 | | 0 | |
| 156 | Stocker, John A. | | 2/14/02 | 4/24/02 | 7/14/06 | 10 | | 0 | |
| 157 | Stokes, Mark | | 10/7/03 | 11/10/03 | 6/9/06 | 5 | 0 | 0 | |

SCHEDULE H

Moreno v. United States, Fed. Cl. No. 05-142

Plaintiffs for whom counsel provided Social Security numbers

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff Name** | **Social Security Number (REDACTED)** | **FLETC Training Start Date** | **FLETC Training End Date** | **Notice of Consent to Sue Filing Date** | **Total Number of FLETC Saturdays Attended** | **Total Number of FLETC Saturdays Attended Prior To August 24, 2003** | **Total Number of Pre 8/24/03 FLETC Saturdays Falling Within 3 Year Statute of Limitations** | **Notes** |
| 158 | Stuart, Linnea | | 7/23/02 | 8/16/02 | 8/11/06 | 3 | | 0 | |
| 159 | Tabor, Alberta Jo | | 6/19/03 | 8/27/03 | 6/16/06 | 10 | 10 | 10 | |
| 160 | Thibualt, Meloday A. | | 10/30/03 | 12/9/03 | 6/22/06 | 6 | 0 | 0 | |
| 161 | Todd, Paul A. | | 5/15/03 | 7/24/03 | 6/22/06 | 10 | 10 | 7 | |
| 162 | Ulbncht, Robert S. | | 6/5/03 | 8/18/03 | 6/16/06 | 11 | 11 | 11 | |
| 163 | Valade, Thomas David | | 10/21/03 | 11/24/03 | 6/2/06 | 5 | 0 | 0 | |
| 164 | Van Nguyen, Nghiem | | 10/29/03 | 12/11/03 | 6/9/06 | 6 | 0 | 0 | |
| 165 | Vargas, Hector A. | | 6/26/03 | 9/4/03 | 6/9/06 | 10 | 9 | 9 | |
| 166 | Vasquez, Gilbert | | 9/4/03 | 11/13/03 | 7/7/06 | 10 | 0 | 0 | |
| 167 | Verina, Ernie | | 5/8/03 | 7/17/03 | 6/2/06 | 10 | 10 | 8 | |
| 168 | Walkley, Theodore A. | | 4/10/03 | 6/18/03 | 6/30/06 | 10 | | 0 | |
| 169 | Wang, Travis R. | | 6/26/03 | 9/4/03 | 6/30/06 | 10 | 9 | 9 | |
| 170 | Webb, Michael A. | | 10/21/03 | 11/24/03 | 6/9/06 | 5 | 0 | 0 | |
| 171 | Williams, Johnny | | 7/17/03 | 9/24/03 | 6/9/06 | 10 | 6 | 6 | |
| 172 | Wisniewski, Dawn | | 8/14/03 | 10/23/03 | 6/2/06 | 10 | 2 | 2 | |
| 173 | Wissmueller, Tamara R. | | 8/21/03 | 11/6/03 | 6/30/06 | 11 | 1 | 1 | |
| 174 | Wu, Natalie J. | | 5/15/03 | 7/24/03 | 6/9/06 | 10 | 10 | 9 | |
| 175 | Ye, Yang | | 5/15/03 | 7/24/03 | 6/16/06 | 10 | 10 | 7 | |
| 176 | Zinnerman, Amina | | 8/21/03 | 10/30/03 | 7/18/06 | 10 | 1 | 1 | |