**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 05-142C** |
| **v.** | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**DECLARATION OF MATT DUNN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE GOVERNMENT'S BEST EFFORTS TO PROVIDE PLAINTIFFS' EMPLOYMENT INFORMATION**

I, Matt Dunn, declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that I am an attorney associated with the Getman Law Office, 9 Paradies Lane, New Paltz, New York 12561, attorneys for Plaintiffs. I make this declaration in support of the Plaintiffs' Motion to Compel the Government's Best Efforts to Provide Plaintiffs' Employment Information.

1. I am over eighteen years of age and am competent to give this Declaration, which is based upon my personal knowledge.
2. The Government produced to Plaintiffs' counsel on Friday, September 5, 2008 Statement of Earnings and Leave for several Plaintiffs. The documents contained Plaintiffs' social security numbers.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: September 11, 2008
New Paltz, New York

Respectfully submitted,

Matt Dunn
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649