**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARTURO MORENO, JR., individually and on behalf of others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-142C (Judge Firestone)** |
| **THE UNITED STATES, Defendant.** | ) | |

**DECLARATION OF KATHY WEISS, IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE GOVERNMENT'S BEST EFFORTS TO PROVIDE PLAINTIFFS' EMPLOYMENT INFORMATION**

I, Kathy Weiss, declare under the penalty of perjury pursuant to 28 U.S.C. §1749, that I am a paralegal associated with the Getman Law Office, 9 Paradies Lane, New Paltz, New York 12561, attorneys for Plaintiffs. I make this declaration in support of the Plaintiffs' Motion to Compel the Government's Best Efforts to Provide Plaintiffs' Employment Information.

1. I am over eighteen years of age and am competent to give this Declaration, which is based upon my personal knowledge.
2. Many efforts were taken to contact each Plaintiff in order to comply with the Court's July 17, 2008 Order.
3. First, an e-mail along with a copy of the July 17, 2008 Order was sent to each Plaintiff for whom we have an e-mail address.
4. Second, a copy of Court's Order on its website along with instructions for Plaintiffs to provide us with their social security numbers was posted on Getman Law's website.

5. Third, a letter and a copy of the July 17, 2008 Order was mailed to each Plaintiff for whom the Government did not provide training dates.
6. Fourth, each Plaintiff who did not respond to the letter was called.
7. Fifth, a second e-mail was sent, with another copy of the July 17, 2008 Order.
8. Sixth, a second letter was mailed to each Plaintiff for whom the Government did not provide training dates.
9. Based on my conversations with Plaintiffs many were initially reluctant to provide social security numbers because they believed that the Government had their social security numbers.
10. After my conversations with some of the Plaintiffs, at least four Plaintiffs refused to provide social security numbers.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: September 11, 2008
New Paltz, New York

Kathy Weiss

Kathy Weiss
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649