# In the United States Court of Federal Claims

No. 05-142C
(Filed: November 16, 2009)

```
* * * * * * * * * * * * * * * * *
                                 *
ARTURO MORENO, JR.,              *
individually and on              *
behalf of others similarly situated, *
                                 *
            Plaintiff,           *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
* * * * * * * * * * * * * * * * *
```

**ORDER**

The parties' joint motion, filed November 13, 2009, in which the parties request (1) additional time to complete discovery on damages and (2) to stay discovery with respect to plaintiffs' attorneys' fees and costs until after the court makes its determination with respect to plaintiffs' damages is **GRANTED**. Accordingly, the deadlines are as follows:

**December 15, 2009**    Close of Discovery with respect to damages.

**December 15, 2009**    The parties shall file a joint status report addressing their progress towards the parties' entering into a stipulation with respect to plaintiffs' damages.

In addition, discovery with respect to the plaintiff's attorneys' fees and costs is **STAYED** until after the court makes its determination with respect to plaintiffs' damages

    **IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge